# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**MICHAEL PRINCE, JR.**                                                  **PLAINTIFF**

**v.**                                **CAUSE NUMBER: 4:13cv165-SA-JMV**

**WASHINGTON COUNTY, MISSISSIPPI,**
**SHERIFF MILTON GASTON, in his Official Capacity,**
**LIEUTENANT MACK WHITE,**
in his Individual and Official Capacity,
**DEPUTY MARVIN MARSHALL,**
in his Individual and Official Capacity, and
**JOHN DOES 1-10**                                  **DEFENDANTS**

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

**PLEASE TAKE NOTICE** that the Plaintiff, Michael Prince, Jr., has served upon the Defendants, the information required by Fed. R. Civ. P. 26(a) and L. U. Civ R. 26(a)(1).

**NOTICE GIVEN** this the 14th day of November 2013.

                                                    **MICHAEL PRINCE, JR.**

                                                    /s/ Derek L. Hall
                                                    BY: DEREK L. HALL

Derek L. Hall
DEREK L. HALL, PLLC
1911 Dunbarton Drive
Jackson, Mississippi 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
Email: derek@dlhattorneys.com
*Attorneys for Michael Prince, Jr.*

**CERTIFICATE OF SERVICE**

I, Derek L. Hall, do hereby certify that I have this day, electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document was served on counsel listed below via electronic mail generated by the electronic court filing system:

P. Scott Phillips, Esq.
Campbell Delong, LLP
Post Office Box 1856
Greenville, Mississippi 38702-1856
Email: sphillips@campbelldelongllp.com

**SO CERTIFIED**, this the 14th day of November 2013.

/s/ Derek L. Hall
DEREK L. HALL