| | | |
|---|---|---|
| SGT. MACK WHITE | SHOTS FIRED | 111969 |
| COMPLAINANT'S NAME | NATURE OF COMPLAINT | SERIAL NUMBER |
| 903 W. ALEXANDER ST. G'VILLE, MS | 662-334-4523 | PEARSON TRAILER PARK |
| COMPLAINANT'S ADDRESS | PHONE NUMBER | LOCATION OF OFFENSE OR INCIDENT |
| PAGE | 7:17A M  3-17-12 | SGT. WHITE  PHONE |
| RECEIVED BY | TIME  DATE | OFFICERS ASSIGNED  HOW REPORTED |

DETAILS OF COMPLAINT, OR INCIDENT  (LIST PROPERTY, SUSPECTS, WANTED ON REVERSE SIDE)

ON MARCH 16, 2012 SGT. PARSON AND DEPUTY MARSHALL WAS ON SCENE AT PEARSON TRAILER PARK LOT#24 IN REF. TO A DISTURBANCE. APPROXIMATELY AT 2313 HOURS, SGT. PARSON CAME ACROSS THE RADIO AND ADVISED UNITS THAT HE HAD SOMEONE OFF IN THE WOODS SOUTH OF THE TRAILER HOUSES SHOOTING. APPROXIMATELY 2330 HOURS I, SGT. WHITE ARRIVED ON SCENE AND AT THAT TIME I, SGT. WHITE MADE CONTACT WITH SGT. PARSON WHO WAS WALKING ALONG THE FENCE LINE. AT THAT TIME SGT. PARSON SHINED HIS FLASHLIGHT IN THE AREA WERE YOU COULD HEAR SOMEONE WALKING IN THE WOODS. AT THAT TIME I, SGT. WHITE WENT AROUND THE FENCE LINE AND INTO THE WOODS WERE I, SGT. WHITE LOCATED A BLACKMALE WITH NO SHIRT ON LAYING ON SOME BRUSHES AND SOME BROKEN TREE BRANCHES. AT THAT TIME, I SGT. WHITE ORDERED THE BLACK MALE NOT TO MOVE AND THAT IS WHEN HE GOT UP AND STARTED TO RUN, BUT GOT CAUGHT UP IN SOME VINES. I, SGT. WHITE ORDERED THE BLACK MALE TO STAY ON THE GROUND AND NOT TO MOVE, WHICH HE CONTINUED TO TRY AND RUN. AS THE BLACK MALE CONTINUED TO TRY AND RUN, I SGT. WHITE THEN RAN AND TACKLED THE BLACK MALE IN SOME VINES, BRUSHES, AND TREE BRANCHES. WHILE I, SGT. WHITE WAS TRYING TO PLACE THE BLACK MALE IN CUFFS, HE KNOCKED MY RADIO OUT OF MY HAND AND CONTINUED TO TRY TO GET AWAY. I SGT. WHITE THEN PLACED MY LEFT KNEE IN THE BLACKMALE'S BACK WHILE HAVING HIM AT GUN POINT. MOMENTS LATER SGT. PARSON ARRIVED AND HELPED HAND-CUFF THE BLACK-MALE.

---

| | | |
|---|---|---|
| | | 111969 |
| COMPLAINANT'S NAME | NATURE OF COMPLAINT | SERIAL NUMBER |
| COMPLAINANT'S ADDRESS | PHONE NUMBER | LOCATION OF OFFENSE OR INCIDENT |
| | M | |
| RECEIVED BY | TIME  DATE | OFFICERS ASSIGNED  HOW REPORTED |

DETAILS OF COMPLAINT, OR INCIDENT  (LIST PROPERTY, SUSPECTS, WANTED ON REVERSE SIDE)

THE BLACK MALE HAD A LOUD ODOR OF ALCOHOL COMING OFF OF HIM. THE BLACK MALE WAS IDENTIFIED AS MICHAEL PRINCE JR. APPROXIMATELY AT 2334 HOURS DEPUTY JACKSON TRANSPORTED MICHAEL TO THE SHERIFF'S DEPARTMENT. APPROXIMATELY AT 2337 HOURS I, SGT. WHITE CALLED THE SHERIFF'S OFFICE AND HAD DISPATCHER PAGE TO CHECK WARRANTS ON MICHAEL PRINCE JR. AFTER BOOKING MICHAEL IN ON MISDEMEANOR CHARGES, THAT IS WHEN I, SGT. WHITE NOTICED MICHAEL'S RIGHT EYE WAS SWOLLEN. MICHAEL STATED TO I, SGT. WHITE THAT HE DID NOT NEED ANY MEDICAL TREATMENT. I SGT. WHITE THEN TRANSPORTED MICHAEL TO GREENVILLE POLICE DEPARTMENT, WHERE HE WAS BOOKED IN ON A CONTEMPT OF COURT WARRANT. APPROXIMATELY AT 0157 HOURS I SGT. WHITE TRANSPORTED MICHAEL TO THE WASHINGTON COUNTY REGIONAL JAIL WERE JAILOR FREDDIE AND JAILOR WINDELL BOTH ADVISED THAT MICHAEL NEEDED TO BE CLEARED WITH A MEDICAL RELEASE BEFORE THEY WOULD TAKE HIM. APPROXIMATELY 0223 HOURS I SGT. WHITE TRANSPORTED MICHAEL BACK TO THE SHERIFF'S OFFICE WERE DRMC AMBULANCE CAME AND TRIED TO CHECK MICHAEL OUT BUT HE REFUSED AND SIGNED A REFUSAL SHEET. AT THAT TIME, I, SGT. WHITE THEN TRANSPORTED MICHAEL BACK TO THE REGIONAL JAIL AND TURNED HIM OVER TO JAILOR FREDDIE AND JAILOR WINDELL. I SGT. WHITE ALSO TOLD BOTH JAILORS THAT MICHAEL REFUSED MEDICAL TREATMENT. I, SGT. WHITE THEN LEFT THE REGIONAL JAIL. APPROXIMATELY AT 0315 SGT. REED FROM THE WASHINGTON COUNTY REGIONAL JAIL CALLED I, SGT. WHITE ON MY CELL PHONE AND ADVISED THAT MICHAEL NEEDED TO GO TO



WCM-279

| COMPLAINANT'S NAME | | | NATURE OF COMPLAINT | | SERIAL NUMBER 11969 |
|---|---|---|---|---|---|
| COMPLAINANT'S ADDRESS | | | PHONE NUMBER | LOCATION OF OFFENSE OR INCIDENT | |
| RECEIVED BY | TIME M | DATE | | OFFICERS ASSIGNED | HOW REPORTED |

DETAILS OF COMPLAINT, OR INCIDENT (LIST PROPERTY, SUSPECTS WANTED ON REVERSE SIDE).

THE HOSPITAL BECAUSE HE WAS HURTING. APPROXIMATELY AT 0346 HOURS DEPUTY MARSHALL TRANSPORTED MICHAEL TO THE HOSPITAL. APPROXIMATELY AT 0651 HOURS DEPUTY MARSHALL CALLED AND ADVISED I, SGT. WHITE THAT THE E.R. DOCTOR JOHN BERRY WAS ON THE PHONE TALKING TO A SPECIALIST AT UMC IN JACKSON. APPROXIMATELY AT 0658 HOURS I SGT. WHITE ARRIVED AT DRMC. APPROXIMATELY AT 0717 HOURS I SGT.WHITE CALLED MAJOR MILES AND ADVISED HIM ON WHAT HAPPENED AND WHAT THE E.R. DOCTOR WAS TRYING TO DO. AT THAT TIME MAJOR MILES ADVISED TO TRANSPORT MR. PRINCE BACK TO THE JAIL AND TO RELEASE HIM. APPROXIMATELY AT 0720 HOURS I,SGT.WHITE WENT BACK OUT TO THE SCENE LOOKING FOR THE GUN BUT WAS UNABLE TO LOCATE IT. I, SGT. WHITE TOOK PICTURES WERE THE INCIDENT TOOK PLACE.

KS