| DESHONDA TALBERT | CREATING A DISTURBANCE | 111969 |
|---|---|---|
| COMPLAINANT'S NAME | NATURE OF COMPLAINT | SERIAL NUMBER |

| 2587 OLD LELAND RD LOT 24 GREENVILLE MS | | 2587 OLD LELAND RD #24 G'VILLE |
|---|---|---|
| COMPLAINANT'S ADDRESS | PHONE NUMBER | LOCATION OF OFFENSE OR INCIDENT |

| REYNOLDS | 10:11PM | 3-17-2012 | MARSHALL/PARSON/WHITE | PERSON |
|---|---|---|---|---|
| RECEIVED BY | TIME | DATE | OFFICERS ASSIGNED | HOW REPORTED |

DETAILS OF COMPLAINT, OR INCIDENT    (LIST PROPERTY, SUSPECTS WANTED ON REVERSE SIDE).

ON THE ABOVE DATE AND TIME THE ABOVE COMPL CALLED THE WCSO REQUESTING TO SPEAK WITH A DEPUTY. UPON ARRIVAL, CONTACT WAS MADE WITH THE COMPL WHO STATED THAT ON TODAYS DATE BETWEEN THE HOURS OF 9-10PM (B/M MICHAEL PRINCE, DOB 5-12-90, SS# 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) BECAME IRATE AND TALKING LOUD CURSING AND DISTURBING HER FAMILY WHO WAS ASLEEP AT THE TIME. COMPL STATED THAT HER HUSBAND (STEVEN JOHNSON, B/M DOB 08-13-83 OF 2587 OLD LELAND RD #2) WENT OUTSIDE HER RESIDENCE TO ASK PRINCE TO HOLD THE NOISE DOWN. COMPL STATED THAT JOHNSON BEGAN TO CURSE AND THREATEN HER HUSBAND. WHILE SPEAKING WITH THE COMPL SGT. PARSON ARRIVED ON SCENE WHILE BOTH DEPUTIES WERE SPEAKING WITH THE COMPL WE HEARD WHAT APPEARED TO BE THE SOUNDS OF SHOTS COMING FROM THE EAST END OF THE PARK. SGT. PARSON NOTIFIED DISPATCH OF THE INCIDENT, AND BOTH DEPUTIES WENT TO THE AREA WHERE THE SOUND OF THE GUNSHOTS WHERE. THE AREA WAS CHECKED AND SGT. WHITE, DEPUTY CARTLIDGE AND DEPUTY JACKSON RESPONDED TO THE SCENE AND STARTED TO CHECK THE AREA. WHILE SEARCHING THE FENCE LINE BEHIND THE TRAILER PARK SGT. PARSON HEARD SOUNDS COMING OUT OF THE WOODED AREA BEHIND THE PARK. SGT. PARSON ADVISED SGT. WHITE TO CHECK THAT AREA. AT THAT TIME A DISTURBANCE STARTED UP AT THE WEST END OF THE TRAILER PARK. SGT. PARSON AND DEPUTY MARSHALL RESPONDED TO THAT DISTURBANCE. WHILE TALKING TO THE SUBJECTS THE TRAILER PARK MANAGER (BOBBIE WHITE) CAME UP AND

| | | 111969 |
|---|---|---|
| COMPLAINANT'S NAME | NATURE OF COMPLAINT | SERIAL NUMBER |

| | | |
|---|---|---|
| COMPLAINANT'S ADDRESS | PHONE NUMBER | LOCATION OF OFFENSE OR INCIDENT |

| | M | | | |
|---|---|---|---|---|
| RECEIVED BY | TIME | DATE | OFFICERS ASSIGNED | HOW REPORTED |

DETAILS OF COMPLAINT, OR INCIDENT    (LIST PROPERTY, SUSPECTS WANTED ON REVERSE SIDE).

STATED THAT SHE GOT A CALL FROM ONE OF THE TENANTS STATING THAT SHE SAW PRINCE RELOADING A GUN AND HE WAS IN THE WOODED AREA BEHIND THE TRAILER PARK. AT THAT TIME WE COULD HEAR SGT. WHITE IN THE WOODED AREA SHOUTING GET DOWN AND NOTIFING THE DEPUTIES HE HAD A SUBJECT. SGT PARSON AND DEPUTY MARSHALL BEGAN TO HEAD TOWARDS THE WOODED AREA WHERE SGT. WHITE WAS. ONCE WE MADE IT TO SGT. WHITE WE SAW A BLACK MALE LAYING IN THE WOODS WITH NO SHIRT ON. SGT. WHITE STATED THAT THE SUBJECT LAYING ON THE GROUND HAD KNOCKED HIS PORTABLE RADIO OFF HIS BELT AND HE ASKED SGT. PARSON TO 'KEY' HIS MIKE SO HE COULD FIND HIS RADIO. SGT. WHITE ASKED SGT. PARSON FOR HANDCUFFS SO HE COULD DETAIN THE SUBJECT WHO WAS LATER IDENTIFIED AS MICHAEL PRINCE. THE SUBJECT APPEARED TO BE INTOXICATED AND HAD WHAT APPEARED TO BE BLOOD COMING FROM HIS MOUTH. DEPUTY JACKSON TRANSPORTED THE SUBJECT TO THE WCSO. SGT. PARSON CHECKED FOR WARRANTS ON BOTH MICHAEL PRINCE AND STEVEN JOHNSON, BOTH HAD OUTSTANDING WARRANTS WITH GREENVILLE POLICE DEPARTMENT. JOHNSON WAS PLACED IN CUSTODY AND TRANSPORTED TO THE WCSO WHERE HE WAS PICKED UP BY THE GREENVILLE POLICE DEPARTMENT. PRINCE WAS ARRESTED AT THE WCSO FOR DISORDERLY CONDUCT, PUBLIC DRUNK AND RESISTING ARREST AND RELEASED AND TRANSPORTED TO THE GREENVILLE POLICE DEPARTMENT BY SGT. WHITE.
MM



WCM-280