# AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS

STATE OF MISSISSIPPI

COUNTY OF HINDS

In response to the attached request, please find copies of the medical records on:

*Michael Prince, Jr. # 1220154*

I, Leigh Williams am the duly authorized custodian of the medical records of the University of Mississippi Health Care, and as such have the authority to certify the attached medical records. The records attached hereto, constitute a true and correct copy of the medical records at the University of Mississippi Health Care. The attached records were prepared by the personnel of the University of Mississippi Health Care, staff physicians, or person acting under the control of either, in the ordinary course of hospital business at or near the time of the hospitalization reported therein.

And further affiant saith not.

_____

Medical Records Custodian

SWORN TO, AND SUBSCRIBED before me this the _____ 26 _____ day of

_____ June _____ .20 13 .

_____

NOTARY PUBLIC



*Derek L. Hall*
—— pllc ——
ATTORNEYS AT LAW

May 21, 2013

81782274

e 29484

1220154

**VIA CERTIFIED MAIL**
The University of Mississippi Medical Center
ATTN: Health Information Services
2500 North State Street
Jackson, Mississippi 39216

      **Re:  Michael Prince, Jr.**
      **DOB:  05/12/1990**

Dear Sir or Madam:

      Please be advised that this office represents, Michael Prince, Jr., for personal injuries he sustained on March 17, 2012. Michael Prince, Jr., was treated by one or more of your facilities for those injuries. I am requesting a copy of any and all records in your possession, including but not limited to any X-Rays or MRI's for Michael Prince, Jr., from **March 17, 2012 to present along with an Affidavit of Custodian.** I have enclosed an Authorization for Release of Medical Information. Please include an itemized bill for any an all services from March 17, 2012 to present.

      If you require prepayment for these records, please notify me at the address listed below and I will gladly forward the same. Please expedite this request, if the is a fee for expedition please advise me.

      Please do not hesitate to contact me should you have any questions.

                      Sincerely,

                      *Derek L. Hall, pllc*

                      Cebrina Lloyd
                      Legal Assistant

Cc: File
Enc.

*phone* | 601.981.4450   *fax* | 601.981.4717   *email* | derek@dlhattorneys.com

1911 Dunbarton Drive, Jackson, MS 39216 • dlhattorneys.com

6-24-13  6/19/13

# MEDICAL RECORD AUTHORIZATION

**Patient Name:** Michael Prince, Jr.
**Date of Birth:** 5/12/90
**Social Security Number:** XXX-XX-6731

1.      I authorize (name of health care provider) _University of the Medical Center_ to disclose my health information specific to the following date or time period: through the present date.

2.      Individual or entity authorized to receive my health information:

   > Derek L. Hall
   > **DEREK L. HALL, PLLC**
   > 1764 Lelia Drive
   > Jackson, Mississippi 39216
   > Tel. (601)981-4450
   > Fax. (601)981-4717

3.      Purpose for which disclosure is to be made: Litigation

4.      Information to be disclosed: (check all that apply)*

   [X] Please send the entire medical record (all information) to the above named recipient.

   ☐ Discharge Summary    ☐ History & Physical Exam    ☐ Operative Report
   ☐ Emergency Room Report    ☐ Laboratory Report    ☐ Radiology Report
   ☐ Pathology Report    ☐ Consultation(s)    ☐ EKG
   ☐ Transcribed Hospital Reports    ☐ Clinician Office Chart Notes    ☐ Billing Statements
   ☐ Other: _____

   *I understand that this will include health information relating to (check only if applicable):

   ☐ HIV (human Immunodeficiency Virus) Infection    ☐ Mental Health
   ☐ Treatment for alcohol and/or drug abuse    ☐ Genetic Testing

5.      I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or a health plan covered by federal privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

6.      I understand that I may inspect or request copies of any information disclosed by this authorization. It is my understanding that this authorization will expire in 90 days from the date signed below unless revoked earlier.

7.      I understand that I may revoke this authorization by notifying, in writing, the Medical Records Department, or similar Records Custodian, knowing that previously disclosed information would not be subject to my revoke request.

8.      I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

_Michael Prince Jr._      _5-21-13_
Signature of Patient or Patient's Legal Representative    Date

_Michael Prince Jr._
Print Name of Patient or Legal Representative      Legal Representative's Relationship to Patient

Prince-UMMC 000001

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# ❖❖ HealthPort.
## INVOICE

**Invoice #:** 0129396380
**Date:** 6/20/2013
**Customer #:** 1656908

| Ship to: |
|---|
| DEREK L HALL |
| DEREK L HALL ATTY AT LAW |
| 1764 LELIA DR |
| JACKSON, MS 39216 |

| Bill to: |
|---|
| DEREK L HALL |
| DEREK L HALL ATTY AT LAW |
| 1764 LELIA DR |
| JACKSON, MS 39216 |

| Records from: |
|---|
| UNIVERSITY OF MS MEDICAL CENTE |
| 2500 NORTH STATE STREET |
| JACKSON, MS 39216 |

**Requested By:** DEREK L HALL ATTY AT LAW     **DOB:** 051290

**Patient Name:** PRINCE MICHAEL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 20 | 0.00 | 0.00 |
| Shipping | | | 1.72 |
| Subtotal | | | 21.72 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 21.72 |
| Balance Due | | | 21.72 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**               **Please remit this amount : $ 21.72 (USD)**

------------------------------------------- ✂ -------------------------------------------

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0129396380 |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.



```
              25  pgs                000421
***********AUTO**MIXED ADC 300
000000421 05 MB    1.540
ATTN: MEDICAL RECORD DEPARTMENT
UNIVERSITY OF MS MEDICAL CENTE
2500 N STATE ST
JACKSON MS  39216-4500
```

# ATTENTION
Confidential information enclosed.
To be viewed by authorized persons only.

# If you have questions regarding any information you have requested, Please call the phone number on the enclosed invoice

Health information is reproduced by HealthPort, a health information outsourcing service.  Your healthcare facility contracts with HealthPort to process authorized copies of medical records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

## ED Provider Notes

### ED Provider Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Historical Provider, MD | Signed | Transcription Conversion Edi | 5/31/2012 5:15 AM |

### ED Provider Notes

Vital Signs: BP: 137/86. T: 36.7 degrees C orally. P: 52. R: 16. SAO2: 100 % on room air.
  Height: 5 ft. 6 in. (167.6 cm)     Weight: 145 lbs (66. Kg).     BMI: 23.
This patient left the emergency department prior to being seen. The first time that the patient was noted to be absent was 22:10.

## ED Provider Notes

### ED Provider Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Historical Provider, MD | Signed | Transcription Conversion Edi | 5/31/2012 5:15 AM |

### ED Provider Notes

Vital Signs: BP: 128/81. T: 36.8 degrees C orally. P: 61. R: 18. SAO2:
100 % on room air.
RESIDENT NOTE
05:17 PM 3/17/2012
Patient walked into the emergency department. Source of history: Patient.
CHIEF COMPLAINT: 21 year old male who presents with a complaint of mild
swelling of the left eye.
HISTORY OF PRESENT ILLNESS:
Timing: The symptoms began last night. The patient states that he was in
an altercation with a friend who called the police. Once the police arrived
at the scene the patient fled. The police ran down the patient and
according to the patient " the police hit him in the eye with a
flashlight." At that time his vision was blurry in his left eye. He was
taken to an OSH in Greenville were he had a CT of his head which showed. no
acute fracture, but did have medial deviation of the left potic nerve
within the orbit with no evidence of retro orbital hematoma. Patient
states that the OSH told him that he needed to be transferred to UMC last
night, but instead he was taken back to jail where he was later released
this am. Patient presents to ER with his father. Currently he complains of
left eye swelling and tenderness laterally around orbit. Denies any pain,
pain with ocular movements or blurry vision. Last night patient states that
his eye was completly swollen shut, but today is much better and not
completely shut. Patient also complains of his bottom middle 2 teeth were
chips in the altercation last night along with his left middle finger being
injured and he is currently complaining of decreased ROM of that finger. No
pain while at rest, but made a little worse with ROM.
PMH:
Medical History: Negative for diabetes. Negative for hypertension. He has
a history of seizures in the past, but has not had a seizure or taken any
seizure medications since he was in the 5th grade.
SOCIAL HISTORY:
He smokes 1 ppd. He drinks beers per day.
ROS:
Other than the complaints discussed above, the patient reports the
following:
General: No chills. No fever. Denies sweats. Denies weakness.
Skin: No lesions. Denies rash.
HEENT: No blurred vision. No change in voice. No decreased visual acuity.
No head injury. Denies ocular pain. Denies sinus pain. Denies sore
throat. No headache. No epistaxis. No diplopia. Bottom teeth chiped.
Head: The patient has had a head injury. The head injury occurred abruptly
last night. The injury involved the left orbital region.
Eyes: No blurred vision. No decreased visual acuity. Denies ocular pain.
No diplopia. He has complained of photophobia.
Mouth \T\ throat: No change in voice. Denies mouth ulcers. Denies sore
throat.
Respiratory: No cough. Denies chest pain. Denies hemoptysis. Denies
shortness of breath. Denies wheezing.

Cardiovascular: Denies nausea and vomiting. No edema. No chest pain. Denies hypertension.
Gastrointestinal: No abdominal pain. No constipation. No diarrhea. Denies nausea. Denies vomiting. Denies hematemesis.
Musculoskeletal: Complains of mild tenderness over left palmer aspect of middle finger with decreased ROM.
Neurologic: No memory loss. No numbness. No paraplegia. No paresthesias. Denies weakness. Denies lightheadedness.
PE:
Constitutional: Well hydrated with good color.
Head: Mild swelling of left eye laterally over upper and lower eyelid which is tender to palpation.
Eyes: Anicteric sclera, pupils round and equal, extra-ocular muscles grossly intact. No decreased visual acuity. 20/20 vision in isolated right and left eye and when both eyes tested at the same time. No pain with ocular movements. There is some bright red hemmorage over left eye conjunctivae laterally with some edema noted.
Mouth \T\ throat: Mucous membranes moist.
Cardiovascular: Regular rate and rhythm, normal S1, S2. No rubs, murmurs or gallops.
Chest/Respiratory: Lungs clear. Normal respiratory effort.
Abdomen/GI: Soft. No tenderness or masses. No hepatosplenomegaly.
Neurologic: Awake, alert, normal speech, cranial nerves grossly intact, moves all extremities without difficulty.
Musculoskeletal: Extremities with symmetrical motion and strength. No peripheral cyanosis.
Integumentary: Normal skin turgor, no lesions or rash.
TREATMENT \T\ COURSE:
CT from OSH was uploaded and did show fo acute fracture, medial deviation of the left optic nerve.
Spoke with on call radiology who thought that there was no injury to optic nerve seen on CT being that he has no decreased visual acuity.
Given 600mg Motrin PO
ASSESSMENT:
1. Eye redness 379.93
2. Eye trauma
DISPOSITION/PLAN:
Patient discharged in improved condition. Patient given a script for Motrin to use for pain. Patient told to return to ER if he develops ocular pain with eye movements, loss or blurry vision. Patient told to follow up with his primary doctor in 1-2 weeks time.
The resident portion of this patient's evaluation, treatment and documentation was performed by Dr. B. Hierlmeier.
The staff physician for this patient was Dr. Tollefson.
        Electronically signed by:

Prince, Michael (MR # E1190134)                                    Encounter Date: 03/17/2012

## ED Provider Notes

Michael Prince (MR# E1190134)

### ED Provider Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Historical Provider, MD | Signed | Transcription Conversion Edi | 5/31/2012 5:15 AM |

### ED Provider Notes

Vital Signs: BP: 128/81. T: 36.8 degrees C orally. P: 61. R: 18. SAO2: 100 % on room air.

ATTENDING PHYSICIAN NOTE

05:52 PM 3/17/2012

The resident history and physical exam and the patient treatment course were reviewed. I agree with the findings except where they differ from those that I have personally documented below. The resident who saw this case with me is Dr. B. Hierlmeier.

CHIEF COMPLAINT: 21 year old male who complains of pain to the right eye resulting from an altercation with the police. Last night he was hit around the left eye area with a flashlight. He was taken to Greenville Hospital where a CT scan showed no fractures but there was some swelling and mild displacement of the optic nerve. He was jailed overnight and released this morning. His father brought him here with a copy of the CT scan. He states that his vision is much better this morning and has no complaints.

PE:

Constitutional: Alert, well nourished, good color.

Head: Mild left periorbital swelling \T\ tenderness.

Eyes: PERRL. EOMI.

Left eye: Lateral subconjunctival hemorrhage.

TREATMENT \T\ COURSE:

Consult: Consulted with the Ophthalmology Service. CT reviewed by our radiology who saw no abnormality. No visual problems.

ASSESSMENT:

1. Contusion of the eye 921.9
2. Subconjunctival hemorrhage 372.72

DISPOSITION/PLAN:

Patient discharged in good condition. Seek medical care immediately if symptoms worsen.

The attending physician portion of this chart was documented by Dr. Robert Cox.

POOR

QUALITY

ORIGINAL

BEST

POSSIBLE

IMAGE

University of Mississippi Health Care

# ADMISSION

ADMIT AREA / ROOM-BED / TYPE: E / SERVICE: EMR

MR NO: 1220154 — PATIENT CASE NUMBER: 18186270

| PATIENT NAME | CLERK ID | DISCHARGE/DISP CODE |
|---|---|---|
| PRINCE ,MICHAEL | 51421 | AER |

| STREET ADDRESS | CITY | STATE | ZIP | COUNTY CODE |
|---|---|---|---|---|
| 590 HAMEL STREET | GREENVILLE | MS | 38703 | 76 |

| ATTENDING PHYSICIAN NAME | CODE NO | ADMIT DATE | TIME | DISCHARGE DATE | DAYS STAY |
|---|---|---|---|---|---|
| Dr. UNASSIGNED, DOCTOR | 00000 | 03/22/12 | 13:46 | / / | |

| ADMITTING DIAGNOSIS | | | |
|---|---|---|---|
| LEFT EYE | 2 | C2 | N |

| SOCIAL SECURITY NO | BIRTHDATE | AGE | SEX | RACE | RELIG | MARITAL | | FC | HOME PHONE | WORK PHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | 05/12/1990 | 21 | M | | CHR | S | | S | 662-334-1114 | - - |

| OCCUPATION | EMPLOYER | EMPLOYER ADDRESS (CITY, STATE) |
|---|---|---|
| | UNEMPLOYED | , MS |

| FATHER FULL NAME | REFERRING PHYSICIAN NAME | PHYSICIAN PHONE NUMBER |
|---|---|---|
| | | ( ) - |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| | |

| CITY / STATE / ZIP | CITY / STATE / ZIP |
|---|---|
| | |

| MOTHER FULL MAIDEN NAME | EMERGENCY CONTACT | RELATIONSHIP TO PATIENT |
|---|---|---|
| MASON DORA | PRINCE ,DORA | GRANDPARENT |

| STREET ADDRESS | STREET ADDRESS | HOME PHONE |
|---|---|---|
| | | 662-820-9787 |

| CITY / STATE / ZIP | CITY / STATE / ZIP | EMPLOYER PHONE |
|---|---|---|
| | | - - |

| PRIMARY GUARANTOR | RELATIONSHIP TO PATIENT | HAS ADVANCE DIRECTIVE? |
|---|---|---|
| PRINCE ,MICHAEL | SELF | PATIENT HAS AN ADV DIRECTIVE? |

| STREET ADDRESS | HOME PHONE | ADVANCE DIRECTIVE INFO |
|---|---|---|
| 590 HAMEL STREET | 662-334-1114 | ADV DIRECTIVE WITH PATIENT? |

| CITY / STATE / ZIP | EMPLOYER PHONE | DIRECTIVE INFO |
|---|---|---|
| GREENVILLE MS 38703 | - - | PT WANT TO CREATE ADV DIR? |

| PRIMARY GUARANTOR'S EMPLOYER | PRIMARY EMPLOYER ADDRESS (CITY, STATE) | SPECIAL PROGRAMS |
|---|---|---|
| UNEMPLOYED | | SMOKING CESS GIVEN? |

MEDICARE DRUG/PART D?

## INSURANCE POLICY 1

| NAME OF INSURANCE COMPANY | PIC | SUBSCRIBER'S NAME | RELATIONSHIP |
|---|---|---|---|
| SELF PAY | S01 -1 | PRINCE ,MICHAEL | SAME |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| | 590 HAMEL STREET |

| CITY / STATE / ZIP | CITY / STATE / ZIP |
|---|---|
| | GREENVILLE MS 38703 |

| CONTRACT (POLICY) NO | GROUP NUMBER | TYPE | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| | | | | |

## INSURANCE POLICY 2

| NAME OF INSURANCE COMPANY | PIC | SUBSCRIBER'S NAME | RELATIONSHIP |
|---|---|---|---|
| | - | | |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| | |

| CITY / STATE / ZIP | CITY / STATE / ZIP |
|---|---|
| | |

| CONTRACT (POLICY) NO | GROUP NUMBER | TYPE | | | |
|---|---|---|---|---|---|
| | | | | | 13 |

A Alive (for 2nd/3rd character values, see codes below)
q Expired (For 2nd/3rd character values)

q HR Routine D/C -- Home or Self Care
q RS Home with Home Health Services
TX Rehab/Hosp/Hosp Rehab unit (Ex: 1URC)
TX Psych Hosp or Hosp Psych unit
q TB Another type institution or unit
q TI Intermediate Care Facility (Ex: Boswell, Clinton Manor.)
q HS Swing Bed Medicare approved and hospital based
q TE Extended Skilled Nursing facility Medicare certified
q TK Nursing facility Medicaid

q TH Another Short Term Gen hosp -- Inpatient
q TN Federal Hospital (Ex: VA)
q OU Opt admitted as inpt this hosp
q TC Critical Access Hospital
q TF Cancer Center or Children's Hospital
q TT Hospice Medical facility
q HB Hospice Home

q 1B SBS an inpt (P) Accts use only)
q TR To Medicare certified Long Term Care facility (Ex: long term vent care patient)
q MA Left against medical advice

Signature

FORM NO. [illegible]

# EMERGENCY DEPARTMENT
## PATIENT CARE FLOW SHEET

**University Hospital & Health System**

PRINCE ,MICHAEL
03/22/12 13:46      Dr. UNASSIGNED, DOC1
18186270   EMR      AER   1220154
05/12/1990      21   M   501

**MODE OF ARRIVAL**
☐ Private Auto  ☐ Ambulance  ☐ Airmed  ☑ Ambulatory
☐ Run sheet  ☐ Stretcher  ☐ Wheelchair
**TRANSFERRING FACILITY.** ☑ N/A

**MECHANISM OF INJURY**

**MOTOR VEHICLE TRAUMA** ☐ N/A
☐ MVC  ☐ Ped. vs car  ☐ Motorcycle collision  ☐ All terrain vehicle  ☐ Bicycle
☐ Driver  ☐ Passenger  ☐ Front  ☐ Rear  ☐ Ejected
☐ Fatalities at Scene #____  Speed of Crash: ☐ High ☐ Low
Type of Collision: ☐ Head-on  ☐ Side-impact (T-bone)  ☐ Rear-ended
☐ Roll-over  ☐ Passenger compartment intrusion
Safety Devices: ☐ None  ☐ Airbag and belt  ☐ Airbag only
☐ Helmet  ☐ Safety belt

**FALL/JUMP TRAUMA** ☐ N/A
Approximate height: ____  Landed on surface type ____

**PENETRATING** ☐ N/A
☐ GSW  ☐ STAB  ☐ impalement  ☐ Other: ____
☐ Distance from assailant ____ ft.  No. of wounds: ____
Weapon/device caliber ____  ☐ Police notified

**ASSAULT** ☐ N/A
Weapon used: ____  ☐ Police notified

**THERMAL** ☐ N/A
☐ Flame  ☐ Chemical  ☐ Electrical  ☐ Potential inhalation
Description: ____
☐ Enclosed space  Length of exposure: ____
☐ Crush trauma ____

Reported time of incident: ____

LOC: ☐ No ☐ Yes ____ Min.  ☐ Cervical collar
☐ Backboard ____  Time Removed ____ MD ____
Time Removed ____ MD  ☐ Splint

Evacuation ① 2 3 4 5
ESI ☐ 1 ☐ 2 ☑ 3 ☐ 4 ☐ 5

| Pain | T | P | R | SP0 | Ht | Wt |
|---|---|---|---|---|---|---|
| 5 | 13% | 36 | 52 | 6 | 5% | 145 |

Chief Complaint: ____

MH (Circle)  HTN  Asthma  Diabetes  Cardiac  CHF  Stroke
COPD  GI  GU  Renal  Seizures  Cancer  Sickle Cell  Hepatitis
HIV  Mental Health  Drugs/ETOH
☐ No previous history  ☐ None available
Other details: ____

Allergies: NKDA
Medications: ____
☐ See med rec form
LMP: ____

Last tetanus  ☐ >5 Years  ☐ <5 Years  ☐ Unknown

**TRIAGE INTERVENTIONS**
☐ Explanation of delays
☐ EKG
☐ Accucheck
☐ Next available monitored bed
☐ Splint prep ordered  ☐ pos.  ☐ neg.
☐ Dressing/control of bleeding
☐ Ice pack
☐ Pt. placed in hallway bed, explanation given, verbal consent

**SCHMID FALL RISK ASSESSMENT TOOL**
Mobility
 0 Ambulates without gait disturbance
 1 Ambulates or transfers with assist device(s) or assistance/unsteady gait
 1 Ambulates with unsteady gait and no assistance
 0 Unable to ambulate or transfer

Mentation
 0 Alert, oriented X3
 1 Periodic confusion
 1 Confusion at all times
 0 Comatose/unresponsive

Medication
 1 Anticonvulsants, sedatives, psychotropics, hypnotics
 0 No anticonvulsants, sedatives, psychotropics, hypnotics

Elimination
 0 Independent in elimination
 1 Independent with frequency of diarrhea
 1 Needs assistance with toileting
 1 Incontinent

Prior Fall History
 0 No prior history
 1 Unknown history
 1 Yes, before this visit (in last six months)
 2 Yes, before this visit (in last 72 hours)

____ Total Score (3 or greater = Fall Risk)

**SAD PERSONS SCALE (ADULT:** ☐ N/A

| | | POINTS |
|---|---|---|
| Sex | 1 point—male | |
| Age | 1 point—adults or <19 or >45,65+ | |
| Depression | 1 point—yes | |
| Previous attempt | 1 point—yes | |
| Ethanol abuse | 1 point—yes | |
| Recent loss or traumatic event | 1 point—yes | |
| Social support lacking | 1 point—yes | |
| Organized plan | 1 point—yes | |
| No spouse/no reason to live, living alone, living alone, recently widow | 1 point—yes | |
| Sickness | 1 point—chronic, debilitating severe | |
| | TOTAL | |

0-1 Send home/follow up
3-4 Close supportive follow-up
5-6 Psychiatric evaluation recommended
7-10 Consider as ER or hospitalize

**BARS SCORE** ☐ N/A
1 = Difficult or unable to arouse
2 = Asleep but responds normally to verbal or physical contact
3 = Drowsy, appears sedated
4 = Quiet and awake (normal level of activity)
5 = Signs of overt physical or verbal activity, calms down with instructions
6 = Extremely or continuously active, not requiring restraint
7 = Violent, requires restraint

All patients with a psychiatric complaint will be assessed at triage and given an initial BARS score. Behavior noted in the previous 2 hours will be used in the initial score. If a patient receives a score of 5 or higher, the patient should be placed on one-to-one observation and a physician notified. After a medical screening exam by the physician, it may be determined that a lower level of observation may be implemented.

Score: ____

**Primary Assessment**

PRINCE, MICHAEL
03/22/12 13:46
18186270  EMR          Dr. UNASSIGNED, DOCTC
06/12/1890          21   M   S91
AER   1220154

Room ............................  Time ........................  Signature ........................  Initials ........................

### Airway
- [ ] Patent
- [ ] Obstructed
- [ ] Intubated
- [ ] Nasal airway
- [ ] Oropharyngeal airway
- [ ] Cricothyrotomy
- [ ] Tracheostomy

### Respiratory
- [ ] N/A
- [ ] Unlabored
- [ ] Dyspnea
- [ ] Retraction
- [ ] Assisted
- [ ] Rapid
- [ ] Cough
- [ ] Slow
- [ ] Shallow
- [ ] Deep
- [ ] Stridor
- [ ] Spontaneous resp.
- [ ] Prod.
- [ ] None prod.

### Cardiac Circulation/Pulses
Breath sounds [ ] R [ ] L
Clear [ ] R [ ] L
Crackles [ ] R [ ] L
Wheezes [ ] R [ ] L
Diminished [ ] R [ ] L
Absent [ ] R [ ] L

Chest pain now: [ ] Y [ ] N
HR: [ ] Regular [ ] Irregular  Rhythm ........
Carotid   Radial   Femoral   DP
R+[ ] [ ] -  R+[ ] [ ] -  R+[ ] [ ] -  R+[ ] [ ] -
L+[ ] [ ] -  L+[ ] [ ] -  L+[ ] [ ] -  L+[ ] [ ] -
- [ ] Capillary refill <3 sec.
- [ ] Capillary refill delayed  RUE  LUE  RLE  LLE

### Neuro
Pupil: [ ] PERL
Size:   L ____ R ____
Reaction: L ____ R ____
GCS:
E ____ V ____ M ____

### Mucous Membrane
- [ ] Dry ........ [ ] Moist ........

### Behavior
- [ ] Calm/cooperative
- [ ] Unresponsive
- [ ] Awake, oriented x ____
- [ ] Anxious
- [ ] Irritable/defensive
- [ ] Lethargic
- [ ] Combative
- [ ] Drowsy
- [ ] Paralyzed/sedated

### Speech
- [ ] Normal
- [ ] Slurred
- [ ] Aphasic

### Head
- [ ] No obvious deformities
- [ ] Deformity:
- [ ] Wounds

### EENT
- [ ] N/A
EYES [ ] Visual changes
- [ ] Pain   [ ] R  [ ] L
- [ ] Drainage  [ ] R  [ ] L
- [ ] Blurred/double vision
- [ ] Visual acuity
- [ ] OD ____ [ ] OS ____ [ ] OU
- [ ] Trauma

NOSE
- [ ] Drainage  [ ] Bleeding
EARS [ ] Hearing changes
- [ ] Pain   [ ] R  [ ] L
- [ ] Drainage  [ ] R  [ ] L
- [ ] TM intact  [ ] R  [ ] L
THROAT
- [ ] Sore throat  [ ] Drooling
- [ ] Dysphagia  [ ] Exudate

### Neck
- [ ] No obvious deformities
- [ ] Tender
- [ ] Swelling
- [ ] Trachea deviated
- [ ] Wounds _____
- [ ] Jugular Vein Distention

### Chest
- [ ] No obvious deformities
- [ ] Crepitus  [ ] R  [ ] L
- [ ] Paradoxical movement  [ ] R  [ ] L
- [ ] Abrasions  [ ] R  [ ] L
- [ ] Lacerations  [ ] R  [ ] L
- [ ] Ecchymosis  [ ] R  [ ] L
- [ ] Wounds _____

### Abdomen
- [ ] N/A
- [ ] Soft   [ ] Nausea  [ ] Vomiting
- [ ] Distended  [ ] Guarding  [ ] Rigidity
TENDERNESS
- [ ] None  [ ] Epigastric  [ ] Rebound
- [ ] RUQ  [ ] LUQ  [ ] RLQ  [ ] LLQ

BOWEL SOUNDS
- [ ] Present  [ ] Diminished
- [ ] Absent
Last BM _____
- [ ] Wounds _____

### Extremities
- [ ] N/A
- [ ] Moves all well  [ ] = strength
Deformity  [ ] RA  [ ] LA  [ ] RL  [ ] LL
- [ ] Motor sensory normal/abnormal
RUE  LUE  RLE  LLE
- [ ] Laceration [ ] RUE [ ] LUE [ ] RLE [ ] LLE
- [ ] Deformity [ ] RUE [ ] LUE [ ] RLE [ ] LLE
- [ ] Edema _____
- [ ] Wounds _____

### Pelvis
- [ ] Stable
- [ ] Unstable
- [ ] Pain on compression
- [ ] Wounds _____

### Safety
- [ ] Side rails up
- [ ] Call light in reach
- [ ] Bed in low position

### GU
- [ ] N/A
- [ ] Foley
- [ ] Voiding difficulty
- [ ] Flank pain  [ ] R  [ ] L
- [ ] Dysuria
- [ ] Hematuria
- [ ] Frequency
- [ ] Urgency
- [ ] Unable to void _____

Rectal sphincter tone:
- [ ] Normal
- [ ] Decreased
Blood meatus:
- [ ] Y  [ ] N
SURIAC:
- [ ] Pos  [ ] Neg

### Skin
- [ ] Warm
- [ ] Dry
- [ ] Diaphoretic
- [ ] Cool
- [ ] Hot
- [ ] Flushed
- [ ] Pale
- [ ] Cyanotic
- [ ] Rash

### OB/GYN
- [ ] N/A
- [ ] Vaginal bleeding
- [ ] Pain
- [ ] Pad change day _____
- [ ] Vaginal discharge  Color _____
Gravida _____ Para _____ AB _____
EDC _____  FHT _____

### Back
- [ ] No obvious deformities
- [ ] Abrasion  [ ] R  [ ] L
- [ ] Ecchymosis  [ ] R  [ ] L
- [ ] Laceration  [ ] R  [ ] L
- [ ] Log rolled
- [ ] Pain _____
- [ ] Wounds _____
- [ ] Other _____

### Pain
- [ ] Denies
Location _____
Provoked by _____
- [ ] Sharp   [ ] Dull
- [ ] Ache   [ ] Pressure
- [ ] Cramp  [ ] Constant
            [ ] Intermittent
- [ ] Radiates to _____
Pain scale 0-10 _____

### Nutrition
- [ ] WDWN
- [ ] Obese
- [ ] Cachectic
- [ ] Denies issue
- [ ] Deferred

Abrasion legend:
1 — Abrasion
2 — Amputation
3 — Avulsion
4 — Bite
5 — Bleeding actively
6 — Burn
7 — Crush
8 — Decubitus
  [ ] Stage 1 [ ] Stage 2
  [ ] Stage 3 [ ] Stage 4
9 — Deformity
10 — Ecchymosis
11 — Edema/swelling
12 — Foreign body
13 — Gunshot wound
14 — Tenderness
15 — Hematoma
16 — Laceration
17 — Puncture wound
18 — Rash
19 — Scar
20 — Seat belt sign
21 — Stab wound
22 — Stab wound



### Chronic Deficits
- [ ] None
- [ ] Legally blind
- [ ] Hearing aid
- [ ] Deaf
- [ ] Amputation/paralysis
- [ ] AV shunt  [ ] R  [ ] L
- [ ] Mastectomy  [ ] R  [ ] L
- [ ] Walker  [ ] Cane  [ ] Brace
- [ ] Other _____

### Psych Deficits
- [ ] SI
- [ ] HI
- [ ] Auditory hallucinations
- [ ] Visual hallucinations
- [ ] Flight of ideas
- [ ] Depressed
- [ ] Agitated
- [ ] Other _____

### ISOLATION CATEGORY/PRECAUTIONS
- [ ] Contact  [ ] Airborne  [ ] Droplet





PRINCE MICHAEL    Dr. UNASSIGNED, DOCTO
03/22/12 13:46                 1228154
18186276    EMR    AER    S01
05/12/1990              21    M

### Consent for Treatment, Authorization to Release Medical Information, Assignment of Insurance Benefits for Hospitals and Physicians, and Patient Self Determination Act Checklist

<u>AUTHORIZATION TO RELEASE INFORMATION</u>: I hereby authorize University of Mississippi Health Care or my attending physician or any contractor on behalf of University of Mississippi Health Care to release or disclose information from my hospital medical record pertaining to this hospitalization, in accordance with the policies of this hospital, to insurance companies and/or hospital benefits programs as needed to process this claim.

<u>AUTHORIZATION TO PAY INSURANCE BENEFITS</u>: I hereby assign payment directly to University of Mississippi Health Care and/or to my physicians, benefits payable to me but not to exceed the hospitals or physicians regular charges for this period of hospitalization. I understand that I am financially responsible for charges not covered by this authorization.

<u>FINANCIAL AGREEMENT</u>: For services rendered, I, the undersigned, agree to pay all professional and hospital charges not covered by insurance. I also agree to pay all attorney and/or collection fees necessary for the collection of payment.

<u>MEDICAID PATIENT CERTIFICATION</u>: I certify that I am a recipient of the Medicaid Title XIX program and request that payment of authorized benefits be made on my behalf. I authorize any holder of medical or other information about me to make available to the Division of Medicaid any requested information concerning medical, insurance and financial records related to my hospitalization. I assign the benefits payable for services rendered to the physicians or organization furnishing such services.

<u>STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIAN, AND PATIENT</u>: I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for services rendered to the physicians or organization furnishing such services.

<u>NOTICE TO BENEFICIARIES OF COINSURANCE LIABILITY</u>: When services are provided in hospital departments, the beneficiary will receive a hospital bill and will receive bill(s) from any physician providing professional services. The beneficiary/guarantor will be responsible for coinsurance amounts relating to services billed by the hospital and for coinsurance amounts relating to services billed separately by the physician(s). When services are provided in private physician offices or other non-

1 of 2
MRO#763-Approved 10/2011



hospital clinics, the beneficiary is responsible only for coinsurance amounts . . . . . . . . . . . . . . . . . . by the physicians.

<u>CONSENT FOR TREATMENT</u>: The undersigned authorizes physicians and University of Mississippi Health Care to furnish medical and surgical treatment deemed appropriate including intravenous solutions, blood transfusions, local, general, and regional anesthetics, antibiotics or other drugs deemed necessary. I am aware that adverse unforeseen reactions can occur and may even result in death. I authorize the hospital and my physicians to take photographs, videotapes or other images of me or parts of my body while under the care of the hospital for use in medical evaluation, performance improvement, or research.

I hereby authorize The University Hospitals and Health System and its medical staff: to preserve, use or disclose, or share for scientific or teaching purposes, including research; to use in grafts or transplants upon living person(s); or to otherwise dispose of dismembered tissue, blood, saliva, parts and the like.

<u>RETIREMENT/DESTRUCTION OF X-RAYS</u>: I hereby authorize University of Mississippi Health Care to follow the usual hospital practice of retiring x-ray films and any other graphic data which may be generated during patient's hospitalization four (4) years after they are generated if a report of the findings is retained for the same period as other hospital records. Further, I hereby release and hold harmless University of Mississippi Health Care, its officers, staff and employees, from any liability connected with this procedure.

<u>VALUABLES</u>: The undersigned hereby releases the hospital from any responsibility due to loss or damage of any valuables that the patient may keep in his/her possession or that may be brought to him/her by other persons.

| PATIENT | Has the patient executed an Advance Directive? | ☐ YES | ☑ NO |
| SELF | Has the Advance Directive information been provided to the patient? | ☐ YES | ☑ NO |
| DETERMINATION | Is the Advance Directive in the patient's medical record? | ☐ YES | ☑ NO |
| ACT | Do you want to discuss Advance Health Care Directives with someone? | ☐ YES | ☑ NO |

Signature of Patient or Guardian / Date          Signature of Insured / Date



**University of Mississippi**
**Health Care**

Jackson, MS

PRINCE, MICHAEL
03/22/12 13:46
18186270  EMR        Dr. UNASSIGNED, DOCTO
                      AER      1220154
05/12/1990      21   M   S01

## Leaving Before Medical Evaluation-Treatment
### Completed: · LWBS · Elopement · AMA · Refusal of Care

| Complete applicable section (1 or 2) only |
| --- |

**1  Left Without Notification to Staff (LWBS¹ or Elopement²)**

The patient has:   ☒ LWBS   ☐ Eloped

No answer when called:

| | | | | |
|---|---|---|---|---|
| 1. Date: | | Time: 0210 | Signature: | |
| 2. Date: 3 22 12 | | Time: 2135 | Signature: | |
| 3. Date: | | Time: 2210 | Signature: | |
| | mm dd yy | military | | |

Searched  ☐ WR _____   ☐ Overhead Paged   ☐ Outside   ☐ Other _____

☐ Additional actions taken: (as needed) _____   ☐ Campus Police   ☐ Physician Notified: (as needed)

X _____   Date: 3 22 12  Time: 2220
Physician or Nurse Signature                    mm dd yy   military

LWBS¹ Left Without Being Seen by a physician or a nurse practitioner
Elopement² Patient who leaves after a physician or nurse initiates Medical Screening Exam (MSE)

**2  Leaving Against Medical Advice (AMA³) / Refusal of Care**   *To be completed by a physician or nurse*

☐ This patient is leaving AMA despite being encouraged to stay for further examination and treatment.
  ☐ I have explained the hospital's obligation to provide a medical screening examination, stabilizing treatment within the hospital's capability and capacity, and/or an appropriate transfer to another facility if necessary to stabilize an emergency medical condition.

· Reason(s) for leaving: _____

The patient has been advised of the risks of leaving and benefits of remaining in the Emergency or Labor & Delivery Department for further examination and treatment. The risks and benefits include:
  ☐ Potential threat to life, limb, and/or safety, including death or permanent disability.
  ☐ Other: (specific to presenting complaint) _____      ☐ Physician Notified: (as needed)
☐ This patient is refusing treatment.
  Type of Refusal (may mark more than one)
  ☐ Refused all care offered/recommended   ☐ Refused part of the care offered/recommended   ☐ Refused other _____

AMA³ The patient/guardian chooses to discontinue therapy against advice of medical professionals

### Patient Acknowledgement
You have been advised to stay for further examination and treatment. Please follow up with your provider or return to an Emergency Department if your symptoms persist or worsen.

I understand the nature of the proposed care and I fully comprehend the potential consequences of leaving or refusing care. I am voluntarily leaving the hospital. I understand the hospital has an obligation to provide me with a medical screening examination, stabilizing treatment within the hospital's capability and capacity, and/or an appropriate transfer to another facility if necessary to stabilize an emergency medical condition. However, I refuse such services. I have been informed of the risks and consequences potentially involved in this refusal and/or the possible benefits of continuing medical treatment at this hospital. I further contest that I am competent and authorized to make said refusal.

I do forever release and give up any claim, demand or action against UMHC, its employees, any and all responding agencies, medical control authority, or medical facilities involved, and do hereby covenant and agree to hold such persons and entities harmless from any claim, demand, loss or action for any alleged act or omission in the care in compliance with this refusal. This release is binding on my heirs, executors and assigns. I hereby forever release the physicians, hospital, it's employees, and agents from all responsibility for any ill effects that may result from my refusal of further medical examination and/or treatment.

Exam/Treatment refused: ☐ Admission   ☐ ED work up   ☐ Other _____

| To be completed by physician or nurse |
| --- |

X _____   Date: ___ / ___ / ___   Time: _____
Physician or Nurse Signature        mm  dd  yy       military

X _____
Patient/Guardian Signature or ☐ Refused to sign        Printed Name        Relationship if not patient

UMC Form 398   EC approved 2/7/11   UMC Form 1700

Page 1 of 3



University of Mississippi Health Care

# ADMISSION

ADMIT AREA | ROOM/BED | TYPE: E | SERVICE: EMR | MR NO 1220154 | PATIENT CASE NUMBER 18173124

PATIENT NAME: PRINCE ,MICHAEL | CLERK ID NO.: 67746 | DEPARTMENT OR CLINIC: AER

STREET ADDRESS: 590 HAMEL STREET | CITY: GREENVILLE | STATE: MS | ZIP: 38703 | COUNTY (CODE AND NAME): 76

ATTENDING PHYSICIAN NAME: Dr. UNASSIGNED, DOCTOR | CODE NO: 00000 | ADMIT DATE: 03/17/12 | TIME: 14:25 | DISCHARGE DATE: / / | DAYS STAY

ADMITTING DIAGNOSIS: SWOLLEN EYE | RACE: 2 | LANG | ETH

SOCIAL SECURITY NO.: 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 | BIRTHDATE: 05/12/1990 | AGE: 21 | SEX: M | ISOL | RELIG: PEN | MARITAL: S | VIP | F.C: S | HOME PHONE: 662-820-9784 | WORK PHONE: - -

OCCUPATION | EMPLOYER | EMPLOYER ADDRESS (CITY, STATE): , MS

FAIN

PRINCE ,MICHAEL
03/17/12 14:25 Dr. UNASSIGNED, DOCT
18173124 EMR AER 1220154
05/12/1990 21 M M01

REFERRING PHYSICIAN NAME | PHYSICIAN PHONE NUMBER: ( ) -

STREET ADDRESS

CITY | STATE | ZIP

MOTHER FULL MAIDEN NAME: MASON DORA | EMERGENCY/NEXT OF KIN: MASON ,ANNIE | RELATIONSHIP TO PATIENT: GRANDPARENT

STREET ADDRESS | STREET ADDRESS | HOME PHONE: 662-332-1296

CITY | STATE | ZIP | CITY | STATE | ZIP | EMPLOYER PHONE: - -

PRIMARY GUARANTOR: PRINCE ,DORA | RELATIONSHIP TO PATIENT: MOTHER | HAS ADVANCE DIRECTIVE?: PATIENT HAS AN ADV DIRECTIVE?

STREET ADDRESS: 590 HAMEL STREET | HOME PHONE: 662-335-5755 | ADVANCE DIRECTIVE INFO?: ADV DIRECTIVE WITH PATIENT?

CITY: GREENVILLE | STATE: MS | ZIP: 38703 | EMPLOYER PHONE: 662-378-5748 | DIRECTIVE in MED REC?: PT WANT TO CREATE ADV DIR?

PRIMARY GUARANTOR'S EMPLOYER: GREENVILLE 1ST FEMALE AU | PRIMARY EMPLOYER ADDRESS (CITY, STATE) | SPECIAL PROGRAMS: SMOKING CESS GIVEN?

## INSURANCE POLICY 1

MEDICARE DRUG/PART D?

NAME OF INSURANCE COMPANY: MEDICAID MISSISSIPPI | F/C: M01 -1 | SUBSCRIBER'S NAME: PRINCE ,MICHAEL | RELATIONSHIP: SAME

STREET ADDRESS: PO BOX 23077 | STREET ADDRESS: 590 HAMEL STREET

CITY: JACKSON | STATE: MS | ZIP: 39225 | CITY: GREENVILLE | STATE: MS | ZIP: 38703

CONTRACT (POLICY) NO. | GROUP NUMBER | TYPE | DATE OF BIRTH | SOCIAL SECURITY NUMBER

## INSURANCE POLICY 2

NAME OF INSURANCE COMPANY | F/C: - | SUBSCRIBER'S NAME | RELATIONSHIP

STREET ADDRESS | STREET ADDRESS

CITY | STATE | ZIP | CITY | STATE | ZIP

CONTRACT (POLICY) NO. | GROUP NUMBER | TYPE | | | 1850

A Alive (for 2nd/3rd character values, see codes below)
q Expired (For 2nd/3rd character values)

q HR Routine D/C – Home or Self Care
q RS Home with Home Health Services
TX Rehab/Hosp/Hosp Rehab unit (Ex: 10RC)
TZ Psych Hosp or Hosp Psych unit
q TB Another type institution or unit
q TI Intermediate Care Facility (Ex: Boswell, Canton Manor.)
q HS Swing Bed Medicare approved and hospital based
q TE Extended Skilled Nursing facility Medicare certified
q TK Nursing facility Medicaid

q TH Another Short Term Gen hosp – Inpatient
q TN Federal Hospital (Ex: VA)
q OU Otpt admitted as inpt this hosp
q TC Critical Access Hospital
q TF Cancer Center or Children's Hospital,
q TT Hospice Medical facility
q HB Hospice Home

q 1B Still an inpt (Pt Accts use only)
q TR To Medicare certified Long Term Care facility (Ex: long term vent care patient)
q MA Left against medical advice

Signature

FORM NO. 0509 (REV 08/08)

PRINCE ,MICHAEL
03/17/12 14:25     Dr. UNASSIGNED, DOCTOR
18173124  EMR     AER            1220154
05/12/1990         21  M     M01



**University of Mississippi
Health Care**

University Hospitals and Health System

Jackson, MS

## Doctor's Order Form

| Order Date | Time | Doctor's Orders | Reason/Dx For Test | Order # | Initial/ Time |
|---|---|---|---|---|---|
| 3/17/12 | 1800 | Motrin 600 mg PO | | | |
| | | (Homeless) | | | |

"Do not write below this line"

PHYSICIAN ORDERS

Form # 1720 (9/08)

# EMERGENCY DEPARTMENT
# PATIENT CARE FLOW SHEET

**University Hospital & Health System**

Room: ___

PRINCE, MICHAEL    Dr. UNASSIGNED, DOCT(
03/17/12 14:25
18173124    EMR    AER    1220154

**Triage Time** 1510    **Date** 3/17/12    **Age** 21    **Sex** M

### MODE OF ARRIVAL
☐ Private Auto  ☐ Ambulance  ☐ Airmed  ☒ Ambulatory
☐ Rua sheet  ☐ Stretcher  ☐ Wheelchair
TRANSFERRING FACILITY: ☐ N/A

### MECHANISM OF INJURY

**MOTOR VEHICLE TRAUMA** ☐ N/A
☐ MVC  ☐ 3rd water  ☐ Motorcycle collision  ☐ All terrain vehicle  ☐ Bicycle
☐ Driver  ☐ Passenger  ☐ Front  ☐ Rear  ☐ Ejected
☐ Fatalities at scene  Speed of Crash:  ☐ High  ☐ Low
Type of Collision:  ☐ Head on  ☐ Side impact  ☐ Rear-ended
☐ Roll-over  ☐ Passenger compartment intrusion
Safety Devices:  ☐ None  ☐ Airbag and belt  ☐ Airbag only
☐ Helmet  ☐ Safety belt

**FALL/JUMP TRAUMA** ☐ N/A
Approximate height: ___  Landed on surface type ___

**PENETRATING** ☐ N/A
☐ GSW  ☐ STBW  ☐ Impalement  ☐ Other: ___
☐ Distance from assailant ___ ft.  No. of wounds: ___
Weapon/description ___  ☐ Police notified

**ASSAULT** ☐ N/A
Weapon used: ___  ☐ Police notified

**THERMAL** ☐ N/A
☐ Flame  ☐ Chemical  ☐ Electrical  ☐ Potential inhalation
Description ___
☐ Enclosed space  Length of exposure ___

☐ Crush trauma ___

Reported time of incident ___

LOC:  ☒ No  ☐ Yes  ___ Min.  ☐ Cervical collar
☐ Backboard  Time Removed ___ NO
Time Removed ___ MD  ☐ Splint

### SCH/ND FALL RISK ASSESSMENT TOOL
**Mobility**
0 Ambulates without gait disturbance
1 Ambulates or transfers with assist device(s) or assistance/unsteady gait
3 Ambulates with unsteady gait and no assistance
4 Unable to ambulate or transfer

**Mentation**
0 Alert, oriented x3
1 Periodic confusion
3 Confusion at all times
4 Comatose/unresponsive

**Medication**
0 Anticonvulsants, sedatives, psychotropics, hypnotics
1 No anticonvulsants, sedatives, psychotropics, hypnotics

**Elimination**
0 Independent in elimination
1 Independent with frequency of diarrhea
3 Needs assistance with toileting
4 Incontinent

**Prior Fall History**
0 No prior history
0 Unknown history
1 Yes, before this visit (in last six months)
2 Yes, before this visit (in last 72 hours)

Total Score (3 or greater = Fall Risk)

**Evaluation** ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5
**ESI** ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5

| Date | BP | T | P | RR | SpO2 | TR | Wt. |
|------|-----|------|------|------|------|------|------|
| 9/10 | 123 | 368 | 61 | 18 | 100 | | |

**Chief Complaint:** was told to come after last night bic in Greenville, said had a medial detachion of optic nerve after a fight last night. Was hit in face w/ flashlight.

Signature: ___

**PMH (circle):** HTN  Asthma  Diabetes  Cardiac  CHF  Stroke
COPD  GI  BU  Renal  (Seizure)  Cancer  Sickle Cell  Hepatitis  — as a young child
HIV  Mental Health  Drugs/ETOH
☐ No previous history  ☐ None available
Other/details: ___

**Allergies:** NKDA
**Medications:** None
☐ See med rec form

**LMP:** ___

**Last tetanus:** ☐ >5 Years  ☐ <5 Years  ☐ Unknown

### TRIAGE INTERVENTIONS
☐ Explanation of delays  ☐ Spec preg obtained  ☐ pos  ☐ neg
☐ EKG  ☐ Dressing/control of bleeding
☐ Accucheck  ☐ Ice pack
☐ Next available monitored bed  ☐ Pt. placed in hallway bed, explanation given, verbal consent

### SAD PERSONS SCALE (ADULT) ☐ N/A

| | POINTS |
|------|------|
| Sex | 1 point - male |
| Age | 1 point - adolescent, 25-44, 35< |
| Depression | 1 point - yes |
| Previous attempt | 1 point - yes |
| Ethanol abuse | 1 point - yes |
| Recent loss or incurable illness | 1 point - yes |
| Social support lacking | 1 point - yes |
| Organized plan | 1 point - yes |
| No strong/healthy reason to live, plans for the future, etc. | 1 point - yes |
| Sickness | 1 point - chronic, debilitating, severe |
| | TOTAL |

0-2 Home/low risk
3-4 Close outpatient follow-up
5-6 Psychiatrist evaluation recommended
7-10 Transfer to PES (or place in safe environment)

### BARS SCORE ☐ N/A
1 = Difficult or unable to arouse
2 = Asleep but responds normally to verbal or physical contact
3 = Drowsy, appears sedated
4 = Quiet and awake (normal level of activity)
5 = Signs of overt (physical or verbal) activity, calms down with instructions
6 = Extremely or continuously active, not requiring restraints
7 = Violent, requires restraint

All patients with a psychiatric complaint will be assessed at triage and given an initial BARS score. Behavior noted in the previous 2 hours will be used in the initial score. If a patient receives a score of 5 or higher, the patient should be placed on one-to-one observation and a physician notified. After a medical screening exam by the physician it may be determined that a lower level of observation may be implemented.

Score ___

**PRINCE ,MICHAEL**
03/17/12 14:25      Dr. UNASSIGNED, DOCTO
18173124  EMR      AER      1220154
05/12/1990      21    M    M01

## Primary Assessment

*[handwritten notes]*

Room: E 11      Time: 1696      Signature: *[signature]*      Initials: *[initials]*

### Airway
- [x] Patent
- [ ] Obstructed
- [ ] Intubated
- [ ] Nasal airway
- [ ] Oropharyngeal airway
- [ ] Cricothyrotomy
- [ ] Tracheostomy

### Respiratory
- [ ] N/A
- [x] Unlabored
- [ ] Dyspnea
- [ ] Retraction
- [ ] Assisted
- [ ] Rapid
- [ ] Cough
- [ ] Slow
- [ ] Shallow
- [ ] Deep
- [ ] Stridor
- [ ] Spontaneous resp.
- [ ] Prod.  [ ] None prod.

Breath sounds
- Clear  [x] R  [x] L
- Crackles  [ ] R  [ ] L
- Wheezes  [ ] R  [ ] L
- Diminished  [ ] R  [ ] L
- Absent  [ ] R  [ ] L

### Cardiac Circulation Pulses
Chest pain now:  [ ] Y  [ ] N
HR:  [ ] Regular  [ ] Irregular  Rhythm _____
Carotid  Radial  Femoral  DP
R+[ ]□-  R+[ ]□-  R+[ ]□-  R+[ ]□-
L+[ ]□-  L+[ ]□-  L+[ ]□-  L+[ ]□-
- [ ] Capillary refill <3 sec.
- [ ] Capillary refill delayed  RUE  LUE  RLE  LLE

### Neuro
Pupils  [ ] PERRL
Size:  L ___ R ___
Reaction: L ___ R ___
GCS: _____
E ___ V ___ M ___

### Mucous Membrane
- [ ] Dry ___  [x] Moist

### Behavior
- [x] Calm/cooperative
- [ ] Unresponsive
- [ ] Awake, oriented x ___
- [ ] Anxious
- [ ] Irritable/defensive
- [ ] Lethargic
- [ ] Combative
- [ ] Drowsy
- [ ] Paralyzed/sedated

### Speech
- [ ] Normal
- [ ] Slurred
- [ ] Aphasic

### Hand
- [x] No obvious deformities
- [ ] Deformity:
- [ ] Wounds

### ENT
- [ ] N/A
EYES  [ ] Visual changes
- [ ] Pain  [ ] R  [ ] L
- [ ] Drainage  [ ] R  [ ] L
- [ ] Blurred/double vision
- [ ] Visual acuity
- [ ] OD ___  [ ] OS ___  [ ] OU
- [ ] Trauma

NOSE
- [ ] Drainage  [ ] Bleeding
EARS  [ ] Hearing changes
- [ ] Pain  [ ] R  [ ] L
- [ ] Drainage  [ ] R  [ ] L
- [ ] TM intact  [ ] R  [ ] L
THROAT
- [ ] Sore throat  [ ] Drooling
- [ ] Dysphagia  [ ] Exudate

### Neck
- [x] No obvious deformities
- [ ] Tender
- [ ] Swelling
- [ ] Trachea deviated
- [ ] Wounds ___
- [ ] Jugular Vein Distention

### Chest
- [x] No obvious deformities
- [ ] Crepitus  [ ] R  [ ] L
- [ ] Paradoxical movement  [ ] R  [ ] L
- [ ] Abrasions  [ ] R  [ ] L
- [ ] Lacerations  [ ] R  [ ] L
- [ ] Ecchymosis  [ ] R  [ ] L
- [ ] Wounds ___

### Abdomen
- [x] N/A
- [x] Soft  [ ] Nausea  [ ] Vomiting
- [ ] Distended  [ ] Guarding  [ ] Rigidity
TENDERNESS
- [ ] None  [ ] Epigastric  [ ] Rebound
- [ ] RUQ  [ ] LUQ  [ ] RLQ  [ ] LLQ

BOWEL SOUNDS
- [ ] Present  [ ] Diminished
- [ ] Absent
Last BM _____
- [ ] Wounds ___

### Extremities
- [ ] N/A
- [ ] Mover all well  [ ] strength
Deformity  [ ] RA  [ ] LA  [ ] RL  [ ] LL
- [ ] Motor sensory normal/abnormal
RUE  LUE  RLE  LLE
- [ ] Laceration  [ ] RUE  [ ] LUE  [ ] RLE  [ ] LLE
- [ ] Deformity  [ ] RUE  [ ] LUE  [ ] RLE  [ ] LLE
- [ ] Edema ___
- [ ] Wounds ___

### Pelvis
- [x] Stable
- [ ] Unstable
- [ ] Pain on compression
- [ ] Wounds ___

### Safety
- [x] Side rails up
- [x] Call light in reach
- [ ] Bed in low position

### GU
- [x] N/A
- [ ] Foley
- [ ] Voiding difficulty
- [ ] Flank pain  [ ] R  [ ] L
- [ ] Dysuria
- [ ] Hematuria
- [ ] Frequency
- [ ] Urgency
- [ ] Unable to void ___

Rectal sphincter tone:
- [ ] Normal
- [ ] Decreased
Blood meatus:
- [ ] Y  [ ] N
GUAIAC:
- [ ] Pos  [ ] Neg

### Skin
- [x] Warm
- [ ] Dry
- [ ] Diaphoretic
- [ ] Cool
- [ ] Hot
- [ ] Flushed
- [ ] Pale
- [ ] Cyanotic
- [ ] Rash

### OB/GYN
- [ ] N/A
- [ ] Vaginal bleeding
- [ ] Pain
- # Pad change day ___
- [ ] Vaginal discharge  Color ___
- Gravida ___  Para ___  AB ___
- EDC ___  FHT ___

### Back
- [x] No obvious deformities
- [ ] Abrasion  [ ] R  [ ] L
- [ ] Ecchymosis  [ ] R  [ ] L
- [ ] Laceration  [ ] R  [ ] L
- [ ] Log rolled
- [ ] Pain
- [ ] Wounds ___
- [ ] Other ___

### Pain
- [ ] Denies *[handwritten]*
- Location *[handwritten]*
- Provoked by ___
- [ ] Sharp  [ ] Dull
- [ ] Ache  [ ] Pressure
- [ ] Crampy  [ ] Constant
- [ ] Intermittent
- [ ] Radiates to ___
- Pain scale 0-10 ___

### Nutrition
- [x] WDWN
- [ ] Obese
- [ ] Cachectic
- [ ] Denies issue
- [ ] Deferred

### Legend
1—Abrasion
2—Amputation
3—Avulsion
4—Bite
5—Bleeding actively
6—Burn
7—Crush
8—Decubitus
[ ] Stage 1  [ ] Stage 2
[ ] Stage 3  [ ] Stage 4
9—Deformity
10—Ecchymosis
11—Edema/swelling
12—Foreign body
13—Gunshot wound

14—Tenderness
15—Hematoma
16—Laceration
17—Puncture wound
18—Pain
19—Scar
20—Seat belt sign
21—Stab wound
22—Slash wound

### Cranial Deficits
- [x] None
- [ ] Legally blind
- [ ] Hearing aid
- [ ] Deaf
- [ ] Amputation/paralysis
- [ ] AV shunt  [ ] R  [ ] L
- [ ] Mastectomy  [ ] R  [ ] L
- [ ] Walker  [ ] Cane  [ ] Brace
- [ ] Other ___

### Psych Deficits
- [ ] SI
- [ ] HI
- [x] Auditory hallucinations
- [ ] Visual hallucinations
- [ ] Flight of ideas
- [ ] Depressed
- [ ] Agitated
- [ ] Other ___

### ISOLATION CATEGORY/PRECAUTIONS
- [ ] Contact  [ ] Airborne  [ ] Droplet

Page 2 of 6

PRINCE MICHAEL
03/17/12 14:25        Dr. UNASSIGNED, DOCTO
18173124   EMR    AER    1220154
05/12/1990        21   M    M01

| Time | BP | P | R | T | Monitor Rhythm | SpO2 | Glasgow Coma Scale Eye | Verbal | Motor | Total GCS | Pupil R | L | Pain Scale 1 to 10 |
|------|----|----|----|----|------|------|------|------|------|------|------|------|------|
| 1800 | 94 | 50 | 19 | 3.4 | | | 4 | 5 | 6 | 15 | | | 10 |
| | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | 10 |

### MEDICATIONS

| Time | Medication | Pain 0 to 10 | Dose | Route | Site | RN | Pain P P |
|------|-----------|------|------|------|------|------|------|
| | Motrin | | 6 | 800 | PO | | |
| | motrin | | 6 | 800 | PO | | |

### IV THERAPY / IV INTAKE

| IV Site | Size | Time | Flushed | RN |
|------|------|------|------|------|
| 1 | | | ☐ Flushed c̄ 3cc NS | |
| 2 | | | ☐ Flushed c̄ 3cc NS | |
| X | | | ☐ Flushed c̄ 3cc NS | |

### IV FLUIDS / BLOOD PRODUCTS

| Bag No. | Start Time | Type Fluid/ Amount | Rate | Site No. | Warm | Total | End Time |
|------|------|------|------|------|------|------|------|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| TOTAL ON DEPARTURE FROM ED | | | | | | | |

| Medication Infusions | Conc | cc | Vol | Site | Rate | Time Begin/End | Amount |
|------|------|------|------|------|------|------|------|
| | | | | | | | |

### OUTPUT

| Type | Amount | Time |
|------|------|------|
| | | |
| | | |
| | | |

### VENTILATOR SETTINGS

| Time | Mode | Tidal Volume | Rate | Peep | PS | FiO2 |
|------|------|------|------|------|------|------|
| | | | | | | |

### RESTRAINTS / SITTER / RENEWALS

| Time | Initials | | | |
|------|------|------|------|------|
| | | Monitor ___ Time ___ | | |
| | | Oxygen ___ | ☐ NC ☐ NRB | |
| | | Isolation ___ | | |

### TRANSFERS

| Depart Time | Destination | Return | With RN |
|------|------|------|------|
| | | | |
| | | | |

---

| TIME | ENDOTRACHEAL TUBE |
|------|------|
Inserted by _____
Site _____ Secured _____ Cm@LIP
Cuffed ☐ Yes ☐ No ☐ BS Checked
☐ Pt/family education given

| TIME | ARTERIAL LINE |
☐ Time out performed
Inserted by _____
Site _____ ☐ Leveled ☐ Zeroed
☐ Pt/family education given

| TIME | CENTRAL LINE |
☐ Time out performed
Inserted by _____
Site _____ Location _____
CXR done post insertion ☐ Yes ☐ No
☐ Pt/family education given
☐ Ports cleaned per policy

| TIME | CHEST TUBE #1 |
☐ Time out performed
Inserted by _____
Site _____ Size _____
☐ Pt/family education given

| TIME | CHEST TUBE #2 |
☐ Time out performed
Inserted by _____
Site _____ Size _____
☐ Pt/family education given

| TIME | CATHETER PLACEMENT |
Inserted by _____
Size _____ Amt. _____
☐ Clear ☐ Cloudy ☐ Gross blood
Color _____
☐ Pt/family education given
☐ Performed per policy

| TIME | NG/OG |
Inserted by _____
Size _____ ☐ Placement checked
☐ Pt/family education given

| TIME | FAST EXAM |
Performed by _____
Results ☐ Positive ☐ Negative ☐ Equivocal
☐ Pt/family education given

| TIME | VENTRICULOSTOMY |
☐ Time out performed
Inserted by _____
☐ Leveled  Initial pressure _____
☐ Pt/family education given

| TIME | PELVIC ULTRASOUND |
☐ Pelvic exam performed ☐ Ultrasound performed
☐ Pt/family education given

MER 0421 04/16

PRINCE ,MICHAEL
03/17/12 14:25     Dr. UNASSIGNED, DOCTO
18173124  EMR    AER    1220154
05/12/1990     21    M    M01

## NURSING NOTES

Time |

48# 6526 04/10

PRINCE ,MICHAEL
03/-7/12 14:25          Dr. UNASSIGNED, DOCT.
18173124    EMR     AER     1220154
05/12/1990       21   M    MD1

| EKG | | | | | | |
|---|---|---|---|---|---|---|

| COMA SCALE | | | | PUPIL SIZE (mm) | | |
|---|---|---|---|---|---|---|
| **EYE OPEN** | | **VERBAL** | | | | |
| Spontaneously | 4 | Oriented | 5 | 1  2  3  4  5  6  7  8 | | |
| To speech | 3 | Confused | 4 | Pupil reaction to light:  B - Brisk  S - Slow  F - Fixed | | |
| To pain | 2 | Inappropriate | 3 | | | |
| No response | 1 | Incomprehensible | 2 | | | |
| | | No response | 1 | | | |

| MOTOR | | | INITIALS | SIGNATURE | DATE |
|---|---|---|---|---|---|
| Obeys commands | 6 | | RA | [signature] | 3/17/12 |
| Localized pain | 5 | | | | |
| Withdraws | 4 | | | | |
| Flexion to pain | 3 | | | | |
| Extension to pain | 2 | | | | |
| No response | 1 | | | | |

MR-0626 04/10

## LABS

PRINCE ,MICHAEL
03/17/12 14:26
18173124   ENR
05/12/1990

Dr. UNASSIGNED, DOCT.
AER       1220154
.21   M   M01

### ACTIVATION

Trauma  ☐ Alpha  ☐ Bravo
☐ Neuro—Code Gray
☐ Cardio—Cath Lab
_____ Time Paged

| TEAM MEMBERS | | TIME ARRIVED | NAME |
|---|---|---|---|
| Emergency medicine attending | | | |
| Emergency medicine resident | | | |
| | Scribe | | |
| | Charge nurse | | |
| | Primary nurse | | |
| | Trauma nurse #2 | | |
| | ER technician | | |
| Attending | | | |
| Chief resident/fellow | | | |
| Respiratory therapist | | | |
| Radiology technician | | | |
| Cath lab team | | | |

### CRITICAL LABS

| TIME | VALUE | MD NOTIFIED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### RIKER SEDATION-AGITATION SCALE (SAS)

| 7 | Dangerous Agitation | Pulling at endotracheal tube (ETT), trying to remove catheters, climbing over bed rails, striking at staff, thrashing side-to-side |
| 6 | Very Agitated | Does not calm despite frequent verbal contacting of limits, requires physical restraints, biting ETT |
| 5 | Agitated | Anxious or mildly agitated, attempting to sit up, calms down to verbal instructions |
| 4 | Calm and Cooperative | Calm, awakens easily, follows commands |
| 3 | Sedated | Difficult to arouse, awakens to verbal stimuli or gentle shaking but drifts off again, follows simple commands |
| 2 | Very Sedated | Arouses to physical stimuli but does not communicate or follow commands, may move spontaneously |
| 1 | Unarousable | Minimal or no response to noxious stimuli, does not communicate or follow commands |

Riker SAS score of 4 is ideal for most people.

### NONVERBAL PAIN SCALE

| Categories | 0 | 1 | 2 |
|---|---|---|---|
| Face | No particular expression or smile | Occasional grimace, tearing, frowning, wrinkled forehead | Frequent grimace, tearing, frowning, wrinkled forehead |
| Activity (movement) | Lying quietly, normal position | Seeking attention through movement or slow, cautious movement | Restless, excessive activity and/or withdrawal reflexes |
| Guarding | Lying quietly, no position-ing of hands over area of body | Splinting areas of the body, tense | Rigid, stiff |
| Physiology (vital signs) | Stable vital signs | Change in any of the following: • SBP > 20 mm Hg, • HR >20/minute | Change in any of the following: • SBP > 30 mm Hg • HR > 25/minute |
| Respiratory | Baseline RR/SpO2. Compliant with ventilator | RR > 10 above baseline, or 5% SpO2, mild asynchrony with ventilator | RR > 20 above baseline, or 10% SpO2, severe asynchrony with ventilator |

Abbreviations: HR, heart rate; RR, respiratory rate; SBP, systolic blood pressure; SpO2, pulse oximetry.
Instructions: Each of the 5 categories is scored from 0-2, which results in a total score between 0 and 10. Document total score by adding numbers from each of the 5 categories. Scores of 0-2 indicate no pain, 3-6 moderate pain, and 7-10 severe pain. Document assessment every 4 hours on nursing flow sheet and complete assessment before and after interventions to maximize patient comfort. Sepsis, hypovolemia, hypoxia need to be evaluated before interventions.

### ADMISSION

ADMIT ROOM _____
REPORT ☐ Called / ☐ Faxed  TO _____
TIME CALLED _____
TIME TO ROOM _____

### NOTIFICATIONS

☐ N/A                        ☐ Case # _____
Social services _____  ☐ Chaplain _____
☐ Family present  ☐ Family notified _____
☐ Family en route  ☐ Coroner  ☐ MQRA # _____
Name of relative _____  Phone _____
Police notified (time) _____          ☐ N/A

### DISCHARGE

☐ Discharge instructions given &        ☐ Crutch walking with return demo
reviewed with pt/significant other &    ☐ Knee immobilizer
verbalized understanding of discharge   ☐ Ace wrap
instructions                            ☐ IV discontinued with cath intact

### REASSESSMENT

☐ Altered mental status—Attending
notified/OK'd for discharge
Dr. _____
☐ Awake & alert
☐ Pain controlled

### CONDITION

☐ CNS intact
☐ Changed
☐ Unchanged
☐ See nurse's notes

D/C Time _1150_      Nurse _____
Mode
☐ Ambulatory  ☐ w/c  ☐ Stretcher  ☐ Pt. has driver
RX sent # _____
Disposition: ☐ adm  ☐ OR  ☐ Home  ☐ Transfer  ☐ AMA  ☐ Morgue

### CLOTHING AND VALUABLES CHECK LIST

☐ Shirt  ☐ Socks  ☐ Belt  ☐ Keys  ☐ Beeper  ☐ Envelope # _____
☐ Pants  ☐ Underwear  ☐ Shoes  ☐ Skirt  ☐ Glasses  ☐ Other _____
☐ Dress  ☐ Stockings  ☐ Coat  ☐ Contacts  ☐ Dentures
☐ Cut off  ☐ With patient  No valuables kept
Valuables given to _____ by _____
Witness _____

PRINCE ,MICHAEL
03/17/12 14:25    Dr. UNASSIGNED, DOCTOR
18173:24  EMR    AER             1220154
05/12/1990        21  M    M01

Emergency Services
## INSTRUCTIONS TO PATIENT
(Please Read Carefully)

Emergency Department examination and treatment are not meant to be a substitute for complete medical care.

In addition, x-rays do not always show disease or injury; it is possible, for example, for a fracture not to be evident on the first x-ray. We strongly advise that you contact your regular physician (or the clinic listed below) for a "follow-up" visit. It is especially important that you seek additional care, here or elsewhere, if symptoms persist or worsen.

DATE  3/17/12      TIME  9:45      AM/PM

You have received a copy of these instruction sheets.

| | | | |
|---|---|---|---|
| ❑ Abdominal Problems | ❑ Eye Problem | ❑ Nosebleeds | ❑ Urinary Tract Infection |
| ❑ Asthma | ❑ Fever | ❑ Pelvic Pain | ❑ Vomiting and Diarrhea |
| ❑ Back Strain | ❑ Genital Infection | ❑ Sprain, Fracture, Bruise | ❑ Wound Care |
| ❑ Burn | ❑ Head Injury | ❑ Tetanus/Diphtheria | ❑ Other |
| ❑ Cold | ❑ High Blood Pressure | ❑ Threatened Miscarriage | |
| ❑ Ear Infection | ❑ Neck Strain | ❑ Throat Culture/Strep Throat | |

DISCHARGE DIAGNOSIS:
(L) eye Injury

ADDITIONAL INSTRUCTIONS:
Take Motrin 600mg every 4-6hrs
for pain. Bloody in eye may take
a month to decrease. If develop eye
pain or poor vision blurrness return to ER

❑ Follow up with your local doctor or select one from the list provided.
❑ Follow up with the _____ Clinic as scheduled.
❑ An appointment for _____ clinic has been requested. If you do not hear from them in 48 hours, call ER Scheduling at (601) 984-5580 for assistance. (M-F, 8:00 am to 5:00 pm)

MEDICATIONS
❑ Take them only as directed. Pain pills and sedatives may make you drowsy, do no use dangerous machines, drive a car or drink alcohol while using them.

Return to the Emergency
Department in _____ days.

Physician's Signature

In signing below, I show that I have received and understood these instructions. I understand that I have received emergency care for my problem only and that I may still need "follow-up" care.

Michael Prince
Signature of patient or responsible party

❑ Self    ❑ Parent    ❑ Other

Signature of nurse or doctor discharging patient

CERTIFICATE OF RETURN TO WORK OR SCHOOL
PRINCE ,MICHAEL _____ was seen at
University Hospital on _____
and should be able to return to work or school on _____

Limitations/Remarks: _____
_____ M.D.
_____ Telephone
03/17/12 14:25    Date

UMC #1826C (6/2008)



**University of Mississippi Health Care**
University Hospitals and Health Systems

PRINCE ,MICHAEL
03/17/12 14:25    Dr. UNASSIGNED, DOCTOR
18173124  EMR    AER          1220154
05/12/1990      21  M    M01

### Emergency Department and Outpatient Medication Reconciliation

ALLERGIES to medications / reactions (ask about prior charted allergies if patient omits):

None

Primary Care Physician & phone #

Usual pharmacy & phone #

Information Received form: ☐ Patient  ☐ Caregiver  ☐ Other:
Medication list is: ☐ Complete  ☐ Incomplete/unavailable
☐ Patient Currently Taking No Medications

Prescription and non-prescription medications, herbals, and vitamins the patient states they currently use or take

| Product/Strength | Dose | Route | Frequency | Indication/Comments | Stop | Cont | Per PCP | Prescribed Amount | Refills |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Nurse/Pharmacist Signature: _Ethel Andrews RP_

☐ No changes or additions to Current Therapy

| New & Changed Medication / Strength | Dose | Route | Frequency | Indication/Comments | Length of Therapy |
|---|---|---|---|---|---|
| Motrin | 600mg | oral | 4-6hr | Pain | 5 days |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**DO NOT USE**    IU, U, QD, QOD, MS, MSO4, MgSO4, Trailing Zeros, Lack of Leading Zeros

| Medication Reconciliation form reviewed prior to Discharge. Copy provided to patient or caregiver. | _[signature]_ Clinician Signature | 3/17/12 19:23 Date and Time |
|---|---|---|

MR0483H



51  pgs                        000410
**********AUTO**MIXED ADC 300
000000410 09 MB    2.340
ATTN: MOLLY B POOLE
DEREK L HALL PLLC
1911 DUNBARTON DR
JACKSON MS  39216-5002

# ATTENTION
## Confidential information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested,
# Please call the phone number on the enclosed invoice

Health information is reproduced by HealthPort, a health information outsourcing service.  Your healthcare facility contracts with HealthPort to process authorized copies of medical records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

*79713254*



**CERTIFY**

### 𝒟𝑒𝑟𝑒𝑘 𝓛. 𝓗𝑎𝑙𝑙
*pllc*

ATTORNEYS AT LAW

April 12, 2013

**VIA CERTIFIED MAIL**
Delta Regional Medical Center
ATTN: Records Department
1400 East Union Street
Greenville, Mississippi 38703

P+

      **Re:**   **Michael Prince, Jr.**
      **DOB:** 05/12/1990

Dear Sir or Madam:

      Please be advised that this office represents, Michael Prince, Jr., for personal injuries he sustained on March 17, 2012. Michael Prince Jr., was treated by one or more of your facilities for those injuries. I am requesting a copy of any and all records in your possession, including but not limited to any X-Rays or MRI's for Michael Prince, Jr., **from March 17, 2012 to present along with an Affidavit of Custodian**. I have enclosed an Authorization for Release of Medical Information. Please include an itemized bill for any an all services from March 17, 2012 to present.

      If you require prepayment for these records, please notify me at the address listed below and I will gladly forward the same. Please expedite this request, if the is a fee for expedition please advise me.

      Please do not hesitate to contact me should you have any questions.

                           Sincerely,

                           *Derek L. Hall, pllc*

                           Molly B. Poole
                           Associate Attorney

Cc: File
Enc.

Prince-Delta Regional 000002

# MEDICAL RECORD AUTHORIZATION

**Patient Name:**   Michael Prince, Jr.
**Date of Birth:**   5/12/90
**Social Security Number:** XXX-XX-6731

1.  I authorize (name of health care provider) *Delta Regional Medical Center* to disclose my health information specific to the following date or time period: <u>through the present date</u>.

2.  Individual or entity authorized to receive my health information:

    Derek L. Hall
    **DEREK L. HALL, PLLC**
    1764 Lelia Drive
    Jackson, Mississippi 39216
    Tel. (601)981-4450
    Fax. (601)981-4717

3.  Purpose for which disclosure is to be made: <u>Litigation</u>

4.  Information to be disclosed: **(check all that apply)\***

    **X** Please send the entire medical record (all information) to the above named recipient.

    | | | |
    |---|---|---|
    | Discharge Summary | History & Physical Exam | Operative Report |
    | Emergency Room Report | Laboratory Report | Radiology Report |
    | Pathology Report | Consultation(s) | EKG |
    | Transcribed Hospital Reports | Clinician Office Chart Notes | Billing Statements |

    Other:_____

    \*I understand that this will include health information relating to (check **only** if applicable):

    HIV (human Immunodeficiency Virus) Infection      Mental Health
    Treatment for alcohol and/or drug abuse              Genetic Testing

5.  I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or a health plan covered by federal privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

6.  I understand that I may inspect or request copies of any information disclosed by this authorization. It is my understanding that this authorization will expire in 90 days from the date signed below unless revoked earlier.

7.  I understand that I may revoke this authorization by notifying, in writing, the Medical Records Department, or similar Records Custodian, knowing that previously disclosed information would not be subject to my revoke request.

8.  I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

_____   _____
Signature of Patient or Patient's Legal Representative Date

Michael Prince Jr.
_____   _____
Print Name of Patient or Legal Representative        Legal Representative's Relationship to Patient

# AFFIDAVIT BY CUSTODIAN OF MEDICAL RECORDS

**STATE OF MISSISSIPPI**

**COUNTY OF WASHINGTON**

The undersigned being duly sworn does state on oath as follows:

1. That he/she is the duly authorized custodian of the medical records of **DELTA REGIONAL MEDICAL CENTER** and has the authority to certify said records.

2. That the within and annexed are true and correct copies of medical records of _Michael Prince Jr._____, which appear to the undersigned to be described in the request for medical records.

3. The within and annexed records were prepared either by the personnel of **DELTA REGIONAL MEDICAL CENTER** or its staff physicians or by persons acting under the control of either of them, in the ordinary course of business at or near the time of the act, condition or event reported therein.

I certify these statements to be accurate and correct.

_____
**MEDICAL RECORDS CUSTODIAN**

4-17-13
**DATE**

Sworn and subscribed before me this 17th day of April, 2013.

My Commission Expires 02/24/16

_____
**Notary Public**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 16998
BEVERLY BROWN CARLYLE
Commission Expires
Feb. 24, 2016
SUNFLOWER COUNTY

Prince-Delta Regional 000004


**Delta Regional**
MEDICAL CENTER

1400 East Union St.
PO Box 5247
Greenville, MS 38704-5247

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years  Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Coding Summary
03/17/2012 07:35
Transcribed

CODING DATE: 03/23/2012          FINAL
Delta Regional Medical Center

ADMIT DX:
784.1    THROAT PAIN
729.81   SWELLING OF LIMB

REASON FOR VISIT DX:

FINAL DX:
PRINCIPAL:
473.9    UNSPECIFIED SINUSITIS (CHRONIC)

SECONDARY:
959.8    OTHER AND UNSPECIFIED INJURY TO OTHER SPECIFIED SITES, INCLUDING
         MULTIPLE
E917.9   OTHER ACCIDENT CAUSED BY STRIKING AGAINST OR BEING STRUCK
         ACCIDENTALLY BY OBJECTS OR PERSONS WITH OR WITHOUT SUBSEQUENT FALL
E849.9   ACCIDENTS OCCURRING IN UNSPECIFIED PLACE

         PYMT
PROC  APC  STAT DESCRIPTION          DOCTOR NAME      DATE

NOTE: The code number assigned matches the documented diagnosis and / or
procedure in the patient's chart. However, the narrative phrase printed from
the coding software may appear abbreviated, or result in slightly different
terminology.

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000005

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54                          Admitting:  Bearry MD,John Houston
FIN:     000145678                          Admit:      03/17/2012
DOB/Age/Sex: 05/12/1990   22 years    Male  Discharge:  03/17/2012
Location:  D1SE

Coded By: Zuniga, Jennifer
Date Saved: 03/23/2012 08:35

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54
FIN:    000145678                                        Admitting:  Bearry MD,John Houston
DOB/Age/Sex: 05/12/1990  22 years    Male                Admit:     03/17/2012
Location:  D1SE                                          Discharge:  03/17/2012

## Discharge Summaries

Document Type:                          ED Patient Summary
Service Date/Time:                      03/17/2012 07:35
Result Status:                          Auth (Verified)
Performed Information:                   Johnston,Adam (03/17/2012 07:35 )
Signed Information:                     Johnston,Adam (03/17/2012 07:35 )

**ED Patient Summary**

# Delta Regional Medical Center
# Patient Discharge Instructions

**Name:** PRINCE JR, MICHEAL
**Current Date:** 03/17/12 07:35:15
**DOB:** 5/12/1990 12:00 AM          **MRN:** M18-84-54          **FIN:** 000145678


**Patient Address:** 590 HAMEL ST GREENVILLE MS 387032831
**Patient Phone:** (662) 335-5755

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Discharge Diagnosis: Sinusitis 473.9**

Delta Regional Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Comment:**

PRINCE JR, MICHEAL has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions**

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000007

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54
FIN:    000145678
DOB/Age/Sex: 05/12/1990  22 years     Male
Location: D1SE

Admitting:  Bearry MD,John Houston
Admit:      03/17/2012
Discharge:  03/17/2012

## Discharge Summaries

## Prescriptions

### New Medications

None

### Medications to Continue Taking That Have Changed

None

### Medications to Continue with No Changes

**carbamazepine (Tegretol)** , 4 times a day, Refills: 0

**phenobarbital** , Refills: 0

**phenobarbital** , Refills: 0

### No Longer Take the Following Medications

None

### Contact Your Physician Prior to Taking the Following Medications

None


I, PRINCE JR, MICHEAL, have received the attached patient education materials/instructions and have verbalized understanding:


_____        _____        _____        _____
Patient Signature                     Date                   Provider Signature                        Date

**Patient education materials, if any, will display below**

**Prescription leaflets, if any, will display below**

_____

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000008

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting:   Bearry MD,John Houston
Admit:      03/17/2012
Discharge:  03/17/2012

## *Discharge Summaries*

Document Type:                     ED Clinical Summary
Service Date/Time:                 03/17/2012 07:35
Result Status:                     Auth (Verified)
Performed Information:             Johnston,Adam (03/17/2012 07:35 )
Signed Information:                Johnston,Adam (03/17/2012 07:35 )

ED Clinical Summary

# Delta Regional Hospital
## Clinical ED Discharge Instructions

## PERSON INFORMATION
**Name:** PRINCE JR, MICHEAL
**MRN:** M18-84-54        **FIN#:**000145678

## PHYSICIANS
**Admitting Physician:** Bearry, John Houston
**Attending Physician:** Bearry, John Houston
**PCP:**

## Discharge Diagnosis: Sinusitis 473.9

Comment:
## PATIENT EDUCATION INFORMATION
Instructions:

**Medication Leaflets:**

**Follow up:**

## MEDICATION LIST

carbamazepine (Tegretol) , 4 times a day, Refills: 0

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab
Report Request ID:  5227027              Page 5 of 28              Print Date/Time:  04/16/2013 08:21

Prince-Delta Regional 000009

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex. 05/12/1990  22 years     Male
Location: D1SE

Admitting:  Bearry MD,John Houston
Admit:      03/17/2012
Discharge:  03/17/2012

*Discharge Summaries*

**phenobarbital** , Refills: 0

**phenobarbital** , Refills: 0

## DISCHARGE INFORMATION
## Discharge Disposition:

    Discharge/Transfer to Other HC Fac

**Comment:**

Prince-Delta Regional 000010

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54                          Admitting:  Bearry MD,John Houston
FIN:      000145678                          Admit.      03/17/2012
DOB/Age/Sex. 05/12/1990  22 years    Male   Discharge:  03/17/2012
Location:  D1SE

*ED Physician Record*

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

* Auth (Verified) *

## Emergency Department Provider Documentation Addendum

| | |
|---|---|
| Facility Name: | DELTA REGIONAL MEDICAL CENTER |
| Patient Name: | PRINCE JR,MICHEAL    DOB: 5/12/1990 |
| Date Of Service: | 03/17/2012 |
| Facility MRN: | M188454 |
| Facility Account Number: | 000145678 |
| Encounter #: | 31759040 |

<u>Non-Physician Provider Signature Missing</u>

**By signing, I verify that I treated this patient on the date of service noted above.**

1

**Additional documentation or clarifications**

Electronically signed by
Thomas, Lesia NP (193766)
4/23/2012 9:37:26 PM

Generated on: 4/23/2012 9:38:14 PM

Page 1 of 1

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990    22 years      Male
Location: D1SE

Admitting:   Bearry MD,John Houston
Admit:       03/17/2012
Discharge: 03/17/2012

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
03/17/2012 04:20
Auth (Verified)
Dubose,Myrna (03/17/2012 04:20 )
Dubose,Myrna (03/17/2012 04:20 )

**ED Triage Adult Entered On: 03/17/12 4:26 CDT**
**Performed On: 03/17/12 4:20 CDT by Dubose, Myrna**

**Triage**
*Chief Complaint/*
*Mechanism of Injury :*  hit in face with a flashlight , teeth chipped up and left eye swollen
unablee to straighten fingers out on left hand, coughing up blood
*Reason Unable to Obtain Current Visit Information :*  None
*Mode of Arrival :*  Police
*Pain Symptoms :*  Yes, able to self report
*Vital Signs :*  Yes
*ED Condensed*
*Treatment & Assessment :*  Yes

Dubose, Myrna - 03/17/12 4:20 CDT

Diagnoses(Active)
Eye pain

*Date:*  03/17/2012 ; *Diagnosis Type:*  Reason For Visit ;
*Confirmation:*  Probable ; *Clinical Dx:*  Eye pain ; *Classification:*
Medical ; *Clinical Service:*  Non-Specified ; *Code:*  SNOMED
CT , *Probability:*  0 ; *Diagnosis Code:*  2579394014

**ESI**
*Is This*
*Patient Dying? :*  No
*Is This a Patient Who Shouldn't Wait? :*  No
*How Many Resources Will This Patient Need? :*  Many
*Recommended ESI Level :*  3

Dubose, Myrna - 03/17/12 4:20 CDT

DCP GENERIC CODE
*Tracking Acuity :*  3
*Tracking Group :*  DLTA ED

Dubose, Myrna - 03/17/12 4:20 CDT

**Allergies/Home Meds**
*ED Hx and Allergies :*  Yes

Dubose, Myrna - 03/17/12 4:20 CDT

Allergies (Active)
No Known Allergies

*Estimated Onset Date:*  Unspecified ; *Created By:*  Dubose,
Myrna; *Reaction Status:*  Active ; *Category:*  Drug ; *Substance:*
No Known Allergies ; *Type:*  Allergy ; *Updated By:*  Dubose,
Myrna; *Reviewed Date:*  03/17/12 4:24 CDT

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000013

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

Medication List

**Medical History, Problems, Diagnoses**
Diagnoses(Active)
Eye pain

*Date:* 03/17/2012 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* Probable ; *Clinical Dx:* Eye pain ; *Classification:*
Medical ; *Clinical Service:* Non-Specified ; *Code:* SNOMED
CT ; *Probability:* 0 ; *Diagnosis Code:* 2579394014

**Primary Pain ED**
*Primary Pain Location :* Eye
*Numeric Rating Scale :* Yes
*ED Patient No Pain :* Yes
*Numeric Rating :* 6
*Time Pattern :* Acute
*Quality :* Sharp
*Pain Radiates :* No

Dubose, Myrna - 03/17/12 4:20 CDT

**Vitals/Ht/Wt**
*Temperature Oral :* 36.6DegC(Converted to: 97.9DegF)
*Peripheral Pulse Rate :* 68bpm
*Respiratory Rate :* 18br/min
*Systolic/*
*Diastolic BP :* 146mmHg (HI)
*Systolic/*
*Diastolic BP :* 72mmHg
*Height/Length Estimated :* 165.00cm(Converted to: 5ft 5in, 5.41ft, 64.96in)
*Weight Estimated :* 72.730kg(Converted to: 160lb 5oz, 160.342lb)

Dubose, Myrna - 03/17/12 4:20 CDT

**Assess/Tx**
*Level of Consciousness :* Not sedated
*Orientation :* Oriented x 4
*OB Skin Color :* Pink
*Skin Description :* Dry

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000014

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:      M18-84-54
FIN:       000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit:      03/17/2012
Discharge: 03/17/2012

*Skin Temperature :* Warm
*Pre-Arrival Treatments :* None

Dubose, Myrna - 03/17/12 4:20 CDT

**Procedure History**

Procedure History

| DOCUMENT NAME: | ED Note-Nursing |
| --- | --- |
| SERVICE DATE/TIME: | 03/17/2012 04:39 |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Miles,April (03/17/2012 04:39 ) |
| SIGN INFORMATION. | Miles,April (03/17/2012 04:39 ) |

**ED Assessment Adult Entered On: 03/17/12 4:42 CDT**
**Performed On: 03/17/12 4:39 CDT by Miles, April**

**ID Screen**
TB Symptoms Grid
*Bloody Sputum :* No
*Fatigue :* No
*Fever .* No
*Loss of Appetite :* No
*Night Sweats :* No
*Persistent Cough Greater Than 3 Weeks :* No
*Weight Loss :* No

Miles, April - 03/17/12 4.39 CDT

Syndrome Surveillance Symptoms Grid
*Headache :* Yes
*Illness With Generalized Rash :* No
*Muscle Pain :* Yes
*New or Worsening Cough :* No
*Shortness of Breath :* No
*Recent Exposure to Communicable Disease :* No

Miles, April - 03/17/12 4:39 CDT

*Travel Within Last 14 Days :* No

Miles, April - 03/17/12 4:39 CDT

**Past Medical History, Problems, Diagnoses**
Diagnoses(Active)
Eye pain

*Date:* 03/17/2012 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* Probable ; *Clinical Dx:* Eye pain ; *Classification:*
Medical ; *Clinical Service:* Non-Specified ; *Code:* SNOMED
CT ; *Probability:* 0 ; *Diagnosis Code:* 2579394014

**Procedure History**

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000015

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54                              Admitting:  Bearry MD,John Houston
FIN:     000145678                             Admit:      03/17/2012
DOB/Age/Sex: 05/12/1990   22 years    Male     Discharge:  03/17/2012
Location: D1SE


Procedure History

**Social History**
*Patient Smoking History :*  Current everyday smoker
*Did the Patient Smoke Cigarettes Anytime During the Past 12 Months Prior to Hospital Arrival? :*  Yes
                                                              Miles, April - 03/17/12 4:39 CDT

Social History
Alcohol:                    High Risk
                            (Last Updated: 03/17/12 04:40:38 by Miles, April )

Tobacco:                    High Risk
                            (Last Updated: 03/17/12 04:40:45 by Miles, April )

Substance Abuse:            Denies Substance Abuse
                            (Last Updated: 03/17/12 04:41:14 by Miles, April )


**General**
*Immunizations Current :*  Yes
*Last Tetanus :*  Greater than 5 years
*Influenza Vaccine Status :*  Refused
*Pneumococcal Vaccine Status :*  Refused
*Infectious Diseases :*  None
*Languages :*  English
*Domestic Concerns :*  None
*Suicidal Ideation :*  None
*Pregnancy Status :*  N/A

                                                              Miles, April - 03/17/12 4:39 CDT

DOCUMENT NAME:                        ED Patient Education Note
SERVICE DATE/TIME:                    03/17/2012 07:35
RESULT STATUS:                        Auth (Verified)
PERFORM INFORMATION:                  Johnston,Adam (03/17/2012 07:35 )
SIGN INFORMATION:                     Johnston,Adam (03/17/2012 07:35 )

**ED Patient Education Note**

Prince-Delta Regional 000016

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

*Orders*

*Patient Care*

Order: **Vision Testing**
Order Date/Time: 03/17/2012 05:00
Order Status: Discontinued          Department Status: Discontinued          Activity Type: POC Asmt/Tx/Monitoring
End-state Date/Time: 03/17/2012 07:35          End-state Reason:
Ordering Physician: Thomas,Lesia          Consulting Physician:
Entered By: SYSTEM on 03/17/2012 07:35
Order Details: 03/17/12 5:00:00 CDT, Once, Stop date 03/17/12 5:00:00 CDT
Order Comment:

Action Type: Discontinue          Action Date/Time: 03/17/2012 07:35
Order Details: 03/17/12 5:00:00 CDT, Once, Stop date 03/17/12 5:00:00 CDT
Review Information:
Order Comment:

Action Type: Order          Action Date/Time: 03/17/2012 05:07
Order Details: 03/17/12 5:00:00 CDT, Once, Stop date 03/17/12 5:00:00 CDT
Review Information:
Nurse Review: Electronically Signed, Bennett,Stephanie on 03/17/2012 05:16
Doctor Cosign: Not Reviewed
Order Comment:

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab
Report Request ID: 5227027          Page 13 of 28          Print Date/Time: 04/16/2013 08:21

Delta Regional Medical Center

Patient:  PRINCE JR, MICHAEL
MRN:  M18-84-54
FIN:  000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location:  D1SE

Admitting:  Bearry MD,John Houston
Admit:  03/17/2012
Discharge: 03/17/2012

*Orders*

*Radiology*

**Order. XR Hand Complete Left**
Order Date/Time: 03/17/2012 05.06
Order Status: Completed          Department Status: Completed          Activity Type. Radiology
End-state Date/Time: 03/17/2012 09:44          End-state Reason:
Ordering Physician: Thomas,Lesia          Consulting Physician:
Entered By: Collier,Michael on 03/17/2012 09:44
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Order Comment:

Action Type: Complete          Action Date/Time: 03/17/2012 09:44
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Order Comment:

Action Type: Status Change          Action Date/Time: 03/17/2012 05:49
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Review Information:
Order Comment:

Action Type: Status Change          Action Date/Time: 03/17/2012 05:33
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5 06:00 CDT, Reason: Injury, hand, No
Review Information:
Order Comment:

Action Type: Order          Action Date/Time: 03/17/2012 05:07
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Doctor Cosign: Not Reviewed
Order Comment:

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab
Report Request ID:  5227027          Page 14 of 28          Print Date/Time:  04/16/2013 08:21

Prince-Delta Regional 000018

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54                                       Admitting: Bearry MD,John Houston
FIN: 000145678                                       Admit: 03/17/2012
DOB/Age/Sex: 05/12/1990   22 years   Male            Discharge: 03/17/2012
Location: D1SE

*Orders*

*Radiology*

Order: **CT Maxillofacial w/o Contrast**
Order Date/Time: 03/17/2012 05:05
Order Status: Completed          Department Status: Completed          Activity Type: Radiology
End-state Date/Time: 03/17/2012 09:56          End-state Reason:
Ordering Physician: Thomas,Lesia          Consulting Physician:
Entered By: Collier,Michael on 03/17/2012 09:56
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Order Comment:
Action Type: Complete          Action Date/Time: 03/17/2012 09:56
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Order Comment:
Action Type: Status Change          Action Date/Time: 03/17/2012 05:51
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Order Comment:
Action Type: Status Change          Action Date/Time: 03/17/2012 05:33
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Order Comment:
Action Type: Order          Action Date/Time: 03/17/2012 05:07
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Doctor Cosign: Not Reviewed
Order Comment:

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000019

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN. 000145678
DOB/Age/Sex: 05/12/1990  22 years      Male
Location: D1SE

Admitting:  Bearry MD,John Houston
Admit:      03/17/2012
Discharge.  03/17/2012

## Progress Notes

Document Type:                    Progress Note - Nursing
Service Date/Time:                03/17/2012 07:35
Result Status                     Auth (Verified)
Performed Information             Johnston,Adam (03/17/2012 10:45 )
Signed Information:               Johnston,Adam (03/17/2012 10:45 )

Pt released in sherriff custody. S.O. officer to take patient to UMMC.
Released in hand/feet cuffs.

Prince-Delta Regional 000020

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

## *Allergies*

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Reviewed Date/Time |
|---|---|---|---|---|
| No Known Allergies | Allergy | Active | | 03/17/2012 05:00 |

## *Social History*

**Alcohol (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

**Substance Abuse (Denies Substance Abuse** - Last Update: 03/17/2012 04:41 by Miles,April)

**Tobacco (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Report Request ID: 5227027

Print Date/Time: 04/16/2013 08:21

Prince-Delta Regional 000021

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

## Computed Tomography

| Accession Number | Exam Date/Time | Procedure | Ordering Dr. |
|---|---|---|---|
| 01-CT-12-03106 | 03/17/2012 05:51 | CT Maxillofacial w/o Contrast | Thomas,Lesia |

**Reason For Exam**
(CT Maxillofacial w/o Contrast) Trauma

**Report**
History: Assault

CT scan of the face done without intravenous contrast with no
older studies for comparison with previous reading from night rays
which I concur shows mild mucoperiosteal thickening in both
ethmoid and the right maxillary sinus with intact craniocervical
junction and mandible as well as TM joints. The nasal septum is
deviated slightly to the left in the posterior portion with mild
discontinuity here suggesting a small fracture. The nasal bone
shows irregularities suggesting a nondisplaced fracture. The
periorbital region appears intact with no blowout fractures with
no maxillary fractures identified. There is soft tissue swelling
in the left periorbital region with the left globe intact. This
extends into the left knee nasal area. There is disconjugate gaze
with the left eye looking laterally in comparison to the right eye
which probably accounts for the medial deviation of the left optic
nerve.

Impression: Mild nasal fracture with a mild septal fracture with
sinus disease but no blowout fractures. Disconjugate gaze.

***** *Final* *****

*Dictated by   Collier, Michael*
*Dictated DT/TM: 03/17/2012 9:43 am*
*Signed by: Collier, Michael*
*Signed (Electronic Signature): 03/17/2012 9 55 am*

## General Diagnostic

| Accession Number | Exam Date/Time | Procedure | Ordering Dr. |
|---|---|---|---|
| 01-XR-12-08425 | 03/17/2012 05:48 | XR Hand Complete Left | Thomas,Lesia |

**Reason For Exam**
(XR Hand Complete Left) Injury, hand

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000022

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:     000145678
DOB/Age/Sex: 05/12/1990   22 years     Male
Location: D1SE

Admitting:   Bearry MD,John Houston
Admit.       03/17/2012
Discharge:   03/17/2012

### General Diagnostic

| Accession Number | Exam Date/Time | Procedure | Ordering Dr. |
|---|---|---|---|
| 01-XR-12-08425 | 03/17/2012 05:48 | XR Hand Complete Left | Thomas,Lesia |

**Report**
History: Injury

Three views of the left hand shows intact distal radius and ulna
as well as scapholunate distance and carpus with intact
metacarpals. The digits show intact joint spaces.

Impression: No fractures seen.

***** Final *****

*Dictated by:  Collier, Michael*
*Dictated DT/TM: 03/17/2012 9.41 am*
*Signed by: Collier, Michael*
*Signed (Electronic Signature): 03/17/2012 9.42 am*

---

Prince-Delta Regional 000023

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54                                          Admitting:  Bearry MD,John Houston
FIN: 000145678                                         Admit:      03/17/2012
DOB/Age/Sex: 05/12/1990   22 years      Male           Discharge:  03/17/2012
Location: D1SE

*Consents*

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

\* Auth (Verified) \*

# DELTA REGIONAL
## MEDICAL CENTER
Greenville, Mississippi



PL  X, PRINCE JR, MICHEAL
DOB: 05/12/1990  21 Years
DOS: 03/17/2012 04:05
ATT:
FIN: 000145678

## Transfer Form

**1. PATIENT CONDITION**

A. { } There is no reasonable likelihood of deterioration from or during transport.

B. { } The patient may be at risk for deterioration from or during transport

C. { } Patient is pregnant with contractions

Based upon my examination of the patient and the information available to me at the time of transfer, I certify that the risks of transfer are outweighed by the benefits reasonable anticipated from proper care at the receiving facility.

**2. RISKS OF TRANSFER**

{x} All transfers have inherent risks of delays or accidents in transit, pain or discomfort upon movement, and limited medical capacity of transport units that may limit available care in the event of a crisis.

**3. BENEFITS OF TRANSFER**

**4. REASON FOR TRANSFER**

A. { } For equipment or services not available at this facility (list)_____

B. { } Patient-initiated request for transfer. Services are available here and offered to patient, who wishes of their own volition and request to be transferred.

Physician Certification/Signature_____ Date/Time

**5. HOSPITAL ACCEPTANCE**

A. Name of destination hospital:
UMMC

B. Accepted by:_____ 0710
   Name          Time

C. { } INITIALS OF PERSON OBTAINING ACCEPTANCE

Accepting MD:_____ 0710
   Name          Time

D. Report Called to:_____ 0725
   Name          Time

{ } INITIALS OF PERSON OBTAINING ACCEPTANCE

| Discharge Vitals | | Time: |
|---|---|---|
| B/P | 130/70 | Pulse | 72 |
| Resp | 18 | Temp | 36.5 |

\*WITHIN 15 MINUTES OF DISCHARGE

**6. MODE OF TRANSPORT**

{ } ALS Ambulance
{ } BLS Ambulance
{ } Helicopter
{ } Fixed Wing Aircraft
{ } Additional Personnel:
   { } RN  { } Respiratory Therapist
   { } Other:_____
Medications/ Equipment sent with patient:

Medical Records sent with patient at the time of transfer (check all that apply)
{ } Copy of lab results  {x} Physician H&P
{ } Copy of EKG  {x} Progress Notes
{x} Copy of X-Ray films  { } Med. Admin. Rec.
{ } Prenatal Record
Service Contacted:
By_____ Time_____ ETA_____

**7. PATIENT CONSENT TO TRANSFER**

I acknowledge that my medical condition has been evaluated and *explained to me* by the Emergency Department physician or other qualified medical person and/or my attending physician. The potential benefits of such transfer have been explained to me and I fully understand them.

{ x } I hereby CONSENT to transfer.

{   } I hereby REFUSE transfer and I request instead to continue treatment at:

_____ _____
Patient signature or on behalf of patient    Time

Witness_____  Time

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:     000145678
DOB/Age/Sex: 05/12/1990  22 years       Male
Location. D1SE

Admitting:  Bearry MD,John Houston
Admit:      03/17/2012
Discharge:  03/17/2012

*Admission*

Patient Name: PRINCE JR, MICHAEL.
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

\* Auth (Verified) \*

# Delta Regional Medical Center

1400 E Union St
GREENVILLE, MS  387045247

(662) 378-3783

## Patient Information

| | | |
|---|---|---|
| **Patient Name:** | PRINCE JR, MICHEAL | **Sex:** Male |
| **Home Address:** | 590 HAMEL ST | **DOB:** 05/12/1990 |
| | GREENVILLE, MS  38703283 | **Age:** 21 Years |
| **Home Phone:** | (662) 335-5755 | **Religion:** Baptist |
| **Employer Name:** | Not Employed | **SSN:** 426696731 |
| **Employer Phone:** | | |

## Guarantor Information

| | | |
|---|---|---|
| **Guarantor Name:** | PRINCE JR, MICHEAL | **Sex:** Male |
| **Patient's Reltn:** | SELF | **DOB:** 05/12/1990 |
| **Billing Address:** | 590 HAMEL ST | **Age:** 21 Years |
| | GREENVILLE, MS  387032831 | **Religion:** Baptist |
| **Billing Phone:** | (662) 335-5755 | **SSN:** 426696731 |
| **Employer Name:** | | |
| **Employer Phone:** | | |

## Contact Information

*Emergency Contact*

| | |
|---|---|
| **Contact Name:** | PRINCE, DORA |
| **Patient's Reltn:** | Other Relationship |
| **Sex:** | |
| **Home Phone:** | (662) 335-5755 |

*Next of Kin*

| | |
|---|---|
| **Contact Name:** | |
| **Patient's Reltn:** | |
| **Sex:** | |
| **Home Phone:** | |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** PRINCE JR, MICHEAL | **Insurance Name:** Miscellaneous Commercial Health Pla |
| **Patient's Reltn:** SELF | **Claim Address:** 216 MAIN ST |
| **Sex:** Male | Greenville, MS  38701 |
| **DOB:** 05/12/1990 | **Insurance Phone:** (662) 378-1515 |
| **Age:** 21 Years | **Policy Number:** 426696731 |
| **Employer Name:** Not Employed | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Commercial Insurance | **Authorization Phone:** |
| | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** 0 Days | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 03/17/2012 04:05 | **Patient Type:** Emergency | **Admit Type:** Emergency |
| **Eet Dt of Arrival:** | **Medical Service:** Emergency Room | **Admit Source:** Non-HealthCare Poi |
| **Inpt Adm Dt/Tm:** | **Location:** D1SE | **Advance Directive:** No, info not provi |
| **Disch Dt/Tm:** | **Room/Bed:** / | **Reg Clerk:** Jackson, Stacy |
| **Observation Dt/Tm:** | **Isolation:** | **Admit Physician:** Bearry, John Hous |
| **VIP Indicator:** | **Disease Alert:** | **Attend Physician:** Bearry, John Hous |
| **Admit Reason:** Medical problem | | **PCP:** |

# PRINCE JR, MICHEAL
**MRN:** M18-84-54

# Male / 21 Years
**FIN:** 000145678

Printed By: Jackson, Stacy on 03/17/2012 05:14  to printer dpemrg01
Registration last updated by: Jackson, Stacy on  03/17/2012 05:14

*Facility: Delta Regional*

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:     000145678                              Admitting:  Bearry MD,John Houston
DOB/Age/Sex: 05/12/1990    22 years      Male   Admit.      03/17/2012
Location:  D1SE                                 Discharge:  03/17/2012

*Miscellaneous*

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

* Auth (Verified) *

Page 1 of 1

From Page 3   To (662)3542022   Page: 1/1   Date 3 1 20012 5 3 4 AM



## RADIOLOGY REPORT

866.915.6900
www.rays.net

### DELTA REGIONAL MEDICAL CENTER
1400 East Union St
P.O. Box 5247
Greenville, Miss 38704

Patient
PRINCE MICHEAL JR

MRN
188454

DOB
5/12/1990

Hospital Code
1132

Accession No.
01-CT-12-03106

Ref Physician
THOMAS LESIA

Study: CT FACE -
Tech Notes.   ASSAULT/FACIAL WO – THOMAS LESIA –
Tech Findings:

Study Date: 03/17/2012 05.39

## *** PRELIMINARY REPORT ***

**** PRELIMINARY REPORT ***

HISTORY:
21M. Assault

CT the facial bones without contrast, no comparison

FINDINGS:
Mild left preorbital and premaxillary soft tissue swelling
No evidence of acute fracture.
Regions of mild mucosal thickening within the paranasal sinuses with no air-fluid levels.
Temporomandibular alignment maintained
Unerupted teeth seen within the anterior aspect of the maxilla
The globes maintain normal contour.
There is mild medial deviation of the left optic nerve in the orbit.
However, there is no evidence of retro-orbital hematoma

IMPRESSION
1  No acute fracture.
2. Medial deviation of the left optic nerve within the orbit, with no evidence of retro-orbital hematoma
This is of uncertain clinical significance  Correlate with visual acuity and physical examination
3. Left premaxillary/preorbital soft tissue swelling




**Ted Brewer, M.D.**
03/17/2012 6.32 AM Central
Turnaround:32m

Confidential Information: This transmission contains information that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. Regarding this, please contact us by phone immediately so that we may arrange for the proper delivery of this information. NightRays PA

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

\* Auth (Verified) \*

Page 1 of 1



**RADIOLOGY REPORT**

866.915.6900
www.rays.net

**DELTA REGIONAL MEDICAL CENTER**
1400 East Union St
P.O. Box 5247
Greenville, Miss 38704

| Patient | MRN | DOB | Hospital Code | Accession No. |
|---|---|---|---|---|
| PRINCE MICHEAL JR | 188454 | 5/12/1990 | 1132 | 01-CT-12-03106 |

Ref Physician THOMAS LESIA          Study: CT FACE -          Study Date: 03/17/2012 05:39

Tech Notes:
ASSAULT\FACIAL WO ~ THOMAS LESIA ~
Tech Findings:

---

\*\*\* PRELIMINARY REPORT \*\*\*
HISTORY:
21M. Assault.
CT the facial bones without contrast, no comparison.

FINDINGS:
Mild left preorbital and premaxillary soft tissue swelling.
No evidence of acute fracture.
Regions of mild mucosal thickening within the paranasal sinuses with no air-fluid levels.
Temporomandibular alignment maintained.
Unerupted teeth seen within the anterior aspect of the maxilla.
The globes maintain normal contour.
There is mild medial deviation of the left optic nerve in the orbit.
However, there is no evidence of retro-orbital hematoma.

IMPRESSION:
1. No acute fracture.
2. Medial deviation of the left optic nerve within the orbit, with no evidence of
retro-orbital hematoma. This is of uncertain clinical significance. Correlate with visual
acuity and physical examination.
3. Left premaxillary/preorbital soft tissue swelling.

Ted Brewer, M.D.
03/17/2012 6:32 AM Central
Turnaround:32m

Confidential information: This transmission contains information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. Regarding this, please contact us by phone immediately so that we may arrange for the proper delivery of this information. NightRays, PA

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54
FIN:    000145678                          Admitting: Bearry MD,John Houston
DOB/Age/Sex: 05/12/1990  22 years    Male   Admit:     03/17/2012
Location: D1SE                              Discharge: 03/17/2012

## Measurements

| Recorded Date | 03/17/2012 | | |
|---|---|---|---|
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Height/Length Estimated | 165.00 | cm | |
| Weight Estimated | 72.730 | kg | |

## Vital Signs

| Recorded Date | 03/17/2012 | | |
|---|---|---|---|
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Temperature Oral | 36.6 | DegC | [35.8-37.3] |
| Peripheral Pulse Rate | 68 | bpm | [60-100] |
| Respiratory Rate | 18 | br/min | [14-20] |
| Systolic Blood Pressure | **146"** | mmHg | [90-140] |
| Diastolic Blood Pressure | 72 | mmHg | [60-90] |

## Pain

### Pain Assessment

| Recorded Date | 03/17/2012 | | |
|---|---|---|---|
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Pain Symptoms Self Report | Yes, able to self report | | |
| Primary Pain Location | Eye | | |
| Numeric Pain Scale | 6 | | |
| Primary Pain Time Pattern | Acute | | |
| Primary Pain Quality | Sharp | | |
| Primary Pain Radiation | No | | |

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000031

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN.    M18-84-54
FIN:    000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location:  D1SE

Admitting:  Bearry MD,John Houston
Admit:      03/17/2012
Discharge:  03/17/2012

## Integumentary

### Integumentary Assessment

| | | Units | Reference Range |
|---|---|---|---|
| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Skin Temperature | Warm | | |
| Skin Description | Dry | | |

## Neurological

### Neurological Assessment

| | | Units | Reference Range |
|---|---|---|---|
| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04.20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Level of Consciousness | Not sedated | | |

## Psychosocial

### Suicide Risk Assessment

| | | Units | Reference Range |
|---|---|---|---|
| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:39 | | |
| Recorded By | Miles,April | | |
| Procedure | | Units | Reference Range |
| Suicidal Ideation | None | | |

### Psychological Functions

| | | Units | Reference Range |
|---|---|---|---|
| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04.20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Orientation Assessment | Oriented x 4 | | |

Prince-Delta Regional 000032



**Delta Regional**
MEDICAL CENTER

1400 East Union St.
PO Box 5247
Greenville, MS 38704-5247

Patient. PRINCE JR, MICHAEL
MRN: M18-84-54
FIN:    000261336
DOB/Age/Sex. 05/12/1990   22 years     Male
Location:  D1SE

Admitting:
Admit:     03/25/2013
Discharge.  03/26/2013

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Coding Summary
03/26/2013 00.05
Transcribed

CODING DATE. 03/29/2013          FINAL
Delta Regional Medical Center

ADMIT DX:
784.0    HEADACHE

REASON FOR VISIT DX:
784.0    HEADACHE

FINAL DX:
PRINCIPAL.
784.0    HEADACHE

SECONDARY:
V64.2    SURGICAL OR OTHER PROCEDURE NOT CARRIED OUT BECAUSE OF PATIENT'S
         DECISION

                PYMT
PROC  APC  STAT DESCRIPTION          DOCTOR NAME       DATE

NOTE: The code number assigned matches the documented diagnosis and / or
procedure in the patient's chart. However, the narrative phrase printed from
the coding software may appear abbreviated, or result in slightly different
terminology.

Coded By: James, Gladys
Date Saved: 3/29/2013 7:02 AM

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab
Report Request ID:  5227071          Page 1 of 17          Print Date/Time:  04/16/2013 08:22

Prince-Delta Regional 000033

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54
FIN:    000261336
DOB/Age/Sex: 05/12/1990   22 years      Male
Location:  D1SE

Admitting:
Admit:      03/25/2013
Discharge:  03/26/2013

*Discharge Summaries*

Document Type:              ED Patient Summary
Service Date/Time:          03/26/2013 00:05
Result Status:              Auth (Verified)
Performed Information:      Jones RN,Martha (03/26/2013 00:05 )
Signed Information:        Jones RN,Martha (03/26/2013 00:05 )

**ED Patient Summary**

# Delta Regional Medical Center
# Patient Discharge Instructions

**Name:** PRINCE JR, MICHAEL
**Current Date:** 03/26/13 00:05:27
**DOB:** 5/12/1990 12:00 AM           **MRN:** M18-84-54          **FIN:** 000261336

**Patient Address:** 590 HAMEL ST GREENVILLE MS 387032831
**Patient Phone:** (662) 820-9784

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Discharge Diagnosis:**

Delta Regional Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Comment:**

PRINCE JR, MICHAEL has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions**

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000034

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336                                           Admitting:
DOB/Age/Sex: 05/12/1990  22 years      Male              Admit:      03/25/2013
Location: D1SE                                           Discharge:  03/26/2013

*Discharge Summaries*

## Prescriptions

### New Medications

None

### Medications to Continue Taking That Have Changed

None

### Medications to Continue with No Changes

**carbamazepine (Tegretol)** . 4 times a day, Refills: 0

**phenobarbital** , Refills: 0

**phenobarbital** , Refills: 0

### No Longer Take the Following Medications

None

### Contact Your Physician Prior to Taking the Following Medications

None

I, PRINCE JR, MICHAEL, have received the attached patient education materials/instructions and have verbalized understanding:

_____          _____          _____          _____
Patient Signature                       Date              Provider Signature                      Date

**Patient education materials, if any, will display below**

**Prescription leaflets, if any, will display below**

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54                                    Admitting:
FIN: 000261336                                   Admit:      03/25/2013
DOB/Age/Sex: 05/12/1990   22 years    Male       Discharge: 03/26/2013
Location: D1SE

## Discharge Summaries

Document Type:                       ED Clinical Summary
Service Date/Time:                   03/26/2013 00:05
Result Status:                       Auth (Verified)
Performed Information:               Jones RN,Martha (03/26/2013 00:05 )
Signed Information:                  Jones RN,Martha (03/26/2013 00:05 )

**ED Clinical Summary**

# Delta Regional Hospital
# Clinical ED Discharge Instructions

## PERSON INFORMATION
**Name:** PRINCE JR, MICHAEL
**MRN:** M18-84-54     **FIN#:**000261336

## PHYSICIANS
**Admitting Physician:**
**Attending Physician:** ONeal MD, Ellis Hilton
**PCP:**

**Discharge Diagnosis:**

Comment:
**PATIENT EDUCATION INFORMATION**
**Instructions:**

**Medication Leaflets:**

**Follow up:**

## MEDICATION LIST

**carbamazepine (Tegretol)** , 4 times a day, Refills: 0

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000036

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:      M18-84-54                                    Admitting:
FIN:      000261336                                    Admit:      03/25/2013
DOB/Age/Sex: 05/12/1990    22 years       Male         Discharge:  03/26/2013
Location: D1SE

*Discharge Summaries*

**phenobarbital** . Refills: 0

**phenobarbital** . Refills: 0

## DISCHARGE INFORMATION
## Discharge Disposition:
    Elopement

**Comment:**

Prince-Delta Regional 000037

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:      M18-84-54
FIN:      000261336
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting:
Admit:       03/25/2013
Discharge:   03/26/2013

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION.

Triage Note
03/25/2013 23:24
Auth (Verified)
Jones RN,Martha (03/25/2013 23:24 )
Jones RN,Martha (03/25/2013 23:24 )

### ED Triage Adult Entered On: 03/25/13 23:27 CDT
### Performed On: 03/25/13 23:24 CDT by Jones RN, Martha

**Triage**
*Chief Complaint/*
*Mechanism of Injury :* pt states h/a for 2-3 days, not relieved with advil
*Reason Unable to Obtain Current Visit Information :* None
*Mode of Arrival :* Walking
*Pain Symptoms .* Yes, able to self report
*Vital Signs :* Yes
*ED Condensed*
*Treatment & Assessment :* Yes

Jones RN, Martha - 03/25/13 23:24 CDT

Diagnoses(Active)
Headache

*Date:* 03/25/2013 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* Probable ; *Clinical Dx:* Headache ;
*Classification* Medical ; *Clinical Service:* Non-Specified ;
*Code.* PNED ; *Probability:* 0 ; *Diagnosis Code.*
06FF0E4F-06F3-468C-AF7B-93D8ED1F1B26

**ESI**
*Is This*
*Patient Dying? :* No
*Is This a Patient Who Shouldn't Wait? :* No
*How Many Resources Will This Patient Need? :* Many
*Recommended ESI Level :* 3

Jones RN, Martha - 03/25/13 23:24 CDT

DCP GENERIC CODE
*Tracking Acuity :* 3
*Tracking Group :* DLTA ED

Jones RN, Martha - 03/25/13 23:24 CDT

**Allergies/Home Meds**
*ED Hx and Allergies :* Yes

Jones RN, Martha - 03/25/13 23:24 CDT

Allergies (Active)
No Known Allergies

*Estimated Onset Date:* Unspecified ; *Created By:* Dubose
RN, Myrna; *Reaction Status:* Active ; *Category:* Drug ;
*Substance* No Known Allergies ; *Type:* Allergy ; *Updated By:*
Dubose RN, Myrna; *Reviewed Date:* 03/17/12 5:00 CDT

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000038

Delta Regional Medical Center

Patient:   PRINCE JR, MICHAEL
MRN:      M18-84-54
FIN:       000261336                                      Admitting:
DOB/Age/Sex: 05/12/1990   22 years       Male            Admit:      03/25/2013
Location:  D1SE                                          Discharge: 03/26/2013

Medication List

**Medical History, Problems, Diagnoses**
Diagnoses(Active)
Headache                      *Date:* 03/25/2013 ; *Diagnosis Type:* Reason For Visit ;
                              *Confirmation:* Probable ; *Clinical Dx:* Headache ;
                              *Classification:* Medical ; *Clinical Service:* Non-Specified ;
                              *Code:* PNED ; *Probability:* 0 ; *Diagnosis Code:*
                              06FF0E4F-06F3-468C-AF7B-93D8ED1F1B26

**Primary Pain ED**
*Primary Pain Location :* Head
*Numeric Rating Scale :* Yes
*ED Patient No Pain .* No
*Numeric Rating :* 8
*Time Pattern :* Intermittent
*Onset :* Sudden
*Pain Duration :* 2-3
*Quality :* Aching
*Pain Radiates :* No
*Aggravating Factors :* None
*Associated Symptoms :* None

                                                      Jones RN, Martha - 03/25/13 23:24 CDT

**Vitals/Ht/Wt**
*Temperature Source :* Oral
*Temperature :* 36.6DegC
*Apical Heart*
*Rate :* 84bpm
*Respiratory Rate :* 18br/min
*Systolic/*
*Diastolic BP :* 134mmHg
*Systolic/*
*Diastolic BP :* 71mmHg
*SpO2 :* 100%

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000039

Delta Regional Medical Center

Patient:  PRINCE JR, MICHAEL
MRN:      M18-84-54
FIN:      000261336                          Admitting:
DOB/Age/Sex: 05/12/1990   22 years    Male   Admit:      03/25/2013
Location:  D1SE                              Discharge:  03/26/2013

*Height/Length Estimated* :  167.64cm(Converted to: 5ft 6in, 5.50ft, 66.00in)
*Weight Estimated* :  81.820kg(Converted to: 180lb 6oz, 180.382lb)

                                             Jones RN, Martha - 03/25/13 23:24 CDT

**Assess/Tx**
*Level of Consciousness* :  Calm and cooperative
*Orientation* :  Oriented x 4
*Affect/Behavior* :  Appropriate, Calm, Cooperative
*OB Skin Color* :  Pink
*Skin Description* :  Dry
*Skin Temperature* :  Warm
*Pre-Arrival Treatments* :  None

                                             Jones RN, Martha - 03/25/13 23:24 CDT

**Procedure History**


Procedure History

DOCUMENT NAME:                    ED Note-Nursing
SERVICE DATE/TIME:                03/25/2013 23:28
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Jones RN,Martha (03/25/2013 23:28 )
SIGN INFORMATION:                 Jones RN,Martha (03/25/2013 23:28 )

              **ED Assessment Adult Entered On: 03/25/13 23:28 CDT**
              **Performed On: 03/25/13 23:28 CDT by Jones RN, Martha**

**ID Screen**
TB Symptoms Grid
*Bloody Sputum* :  No
*Fatigue* :  No
*Fever* :  No
*Loss of Appetite* :  No
*Night Sweats* :  No
*Persistent Cough Greater Than 3 Weeks* :  No
*Weight Loss* :  No

                                             Jones RN, Martha - 03/25/13 23:28 CDT

*Alcohol and Drug Use* :  No
*Resident of Institutional Living Environment* :  No
*Employee of Institutional Living Environment* :  No
*Health Care Employee* :  No
*History of Exposure to TB* :  No
*History of Positive Chest X-Ray for TB* :  No
*History of Positive TB Skin Test* :  No
*Homeless* :  No
*Known Immunosuppression* :  No

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Report Request ID:  5227071            Page 8 of 17            Print Date/Time:  04/16/2013 08:22

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336                           Admitting:
DOB/Age/Sex: 05/12/1990  22 years    Male    Admit: 03/25/2013
Location: D1SE                            Discharge: 03/26/2013

*Recent Immigrant :* No

Jones RN, Martha - 03/25/13 23:28 CDT

Syndrome Surveillance Symptoms Grid
*Headache :* Yes
*Illness With Generalized Rash :* No
*Muscle Pain :* No
*New or Worsening Cough :* No
*Shortness of Breath :* No
*Recent Exposure to Communicable Disease :* No

Jones RN, Martha - 03/25/13 23:28 CDT

**Glasgow Coma**
*Eye Opening :* Spontaneously
*Best Verbal Response :* Oriented
*Best Motor Response :* Obeys simple commands
*Glasgow Coma Score :* 15

Jones RN, Martha - 03/25/13 23:28 CDT

**Past Medical History, Problems, Diagnoses**
Diagnoses(Active)
Headache

        *Date:* 03/25/2013 , *Diagnosis Type:* Reason For Visit ;
        *Confirmation:* Probable ; *Clinical Dx:* Headache ;
        *Classification:* Medical ; *Clinical Service:* Non-Specified ,
        *Code:* PNED ; *Probability:* 0 ; *Diagnosis Code:*
        06FF0E4F-06F3-468C-AF7B-93D8ED1F1B26

**Procedure History**

Procedure History

**Social History**
*Patient Smoking History :* Current everyday smoker
*Did the Patient Smoke Cigarettes Anytime During the Past 12 Months Prior to Hospital Arrival? :* Yes

Jones RN, Martha - 03/25/13 23:28 CDT

Social History
Alcohol:                      High Risk
        (Last Updated: 03/17/12 04:40:38 by Miles RN, April )

Tobacco:                      High Risk
        (Last Updated: 03/17/12 04:40:45 by Miles RN, April )

Substance Abuse:              Denies Substance Abuse
        (Last Updated: 03/17/12 04:41:14 by Miles RN, April )

**ED Trauma Registry**

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000041

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336
DOB/Age/Sex: 05/12/1990   22 years        Male
Location: D1SE

Admitting.
Admit:      03/25/2013
Discharge:  03/26/2013

Trauma Activation :   No

Jones RN, Martha - 03/25/13 23:28 CDT

**General**
Immunizations Current :  Yes
Influenza Vaccine Status .  Refused
Pneumococcal Vaccine Status :  Refused
Infectious Diseases :   None
Languages :  English
Domestic Concerns :  None
Suicidal Ideation :  None

Jones RN, Martha - 03/25/13 23:28 CDT

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION.
SIGN INFORMATION:

ED Patient Education Note
03/26/2013 00:05
Auth (Verified)
Jones RN,Martha (03/26/2013 00:05 )
Jones RN,Martha (03/26/2013 00:05 )

**ED Patient Education Note**

Prince-Delta Regional 000042

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336
DOB/Age/Sex: 05/12/1990  22 years    Male
Location: D1SE

Admitting:
Admit:      03/25/2013
Discharge: 03/26/2013

## Progress Notes

Document Type:
Service Date/Time:
Result Status:
Performed Information.
Signed Information:

Progress Note - Nursing
03/26/2013 00.04
Auth (Verified)
Jones RN,Martha (03/26/2013 00:04 )
Jones RN,Martha (03/26/2013 00:04 )

left prior to being seen by  md

Prince-Delta Regional 000043

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336                                    Admitting:
DOB/Age/Sex: 05/12/1990   22 years      Male      Admit:       03/25/2013
Location: D1SE                                     Discharge:  03/26/2013

## Allergies

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Reviewed Date/Time |
|-----------|--------------|-----------------|------------------|--------------------|
| No Known Allergies | Allergy | Active | | 03/17/2012 05:00 |

## Social History

**Alcohol (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

**Substance Abuse (Denies Substance Abuse** - Last Update: 03/17/2012 04:41 by Miles,April)

**Tobacco (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

Prince-Delta Regional 000044

Delta Regional Medical Center

Patient:  PRINCE JR, MICHAEL
MRN:      M18-84-54                           Admitting:
FIN:      000261336                           Admit:      03/25/2013
DOB/Age/Sex: 05/12/1990   22 years    Male    Discharge:  03/26/2013
Location:  D1SE

*Admission*

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab
Report Request ID:  5227071          Page 13 of 17          Print Date/Time:  04/16/2013 08:22

Prince-Delta Regional 000045

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000261336

\* Auth (Verified) \*

## Delta Regional Medical Center

1400 E Union St
GREENVILLE, MS  387045247

(662) 378-3783

### Patient Information

Patient Name:  PRINCE JR, MICHEAL
Home Address:  590 HAMEL ST
GREENVILLE, MS  38703283
Home Phone:  (662) 820-9784
Employer Name:  Not Employed
Employer Phone:

Sex:  Male
DOB:  05/12/1990
Age:  22 Years
Religion:  Baptist
SSN:  426696731

### Guarantor Information

Guarantor Name:  PRINCE JR, MICHEAL
Patient's Reltn:  SELF
Billing Address:  590 HAMEL ST
GREENVILLE, MS  387032831
Billing Phone:  (662) 820-9784
Employer Name:  Not Employed
Employer Phone:

Sex:  Male
DOB:  05/12/1990
Age:  22 Years
Religion:  Baptist
SSN:  426696731

### Contact Information

*Emergency Contact*
Contact Name:  PRINCE, DORA
Patient's Reltn:  Other Relationship
Sex:
Home Phone: (662) 820-9784

*Next of Kin*
Contact Name:
Patient's Reltn:
Sex:
Home Phone:

### Primary Insurance

Subscriber Name:  PRINCE JR, MICHEAL
Patient's Reltn:  SELF
Sex:  Male
DOB:  05/12/1990
Age:  22 Years
Employer Name:  Not Employed
Employer Phone:
Financial Class: Self Pay

Insurance Name: Self Pay
Claim Address:

Insurance Phone:
Policy Number:
Group Number:
Authorization Number:
Authorization Phone:
Authorization Contact:

### Secondary Insurance

Subscriber Name:
Patient's Reltn:
Sex:
DOB:
Age:  0 Days
Employer Name:
Employer Phone:
Financial Class:

Insurance Name:
Claim Address:

Insurance Phone:
Policy Number:
Group Number:
Authorization Number:
Authorization Phone:
Authorization Contact:

### Encounter Information

Reg Dt/Tm:  03/25/2013 23:16
Est Dt of Arrival:
Inpt Adm Dt/Tm:
Disch Dt/Tm:
Observation Dt/Tm:
VIP Indicator:
Admit Reason: Headache

Patient Type: Emergency
Medical Service: Emergency Room
Location: D1SE
Room/Bed:  /
Isolation:
Disease Alert:

Admit Type: Emergency
Admit Source:Non-HealthCare Poi
Advance Directive:No, info not provi
Reg Clerk: Slack, Shirley
Admit Physician:
Attend Physician:ONeal MD, Ellis Hil
PCP:

## PRINCE JR, MICHEAL
**MRN:** M18-84-54

## Male /  22 Years
**FIN:** 000261336

Printed By: Slack, Shirley on 03/25/2013 23:35  to printer  dpemrg01
Registration last updated by: Slack, Shirley on  03/25/2013 23:35

*Facility, Delta Regional*

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN.     M18-84-54
FIN:     000261336                                          Admitting:
DOB/Age/Sex: 05/12/1990  22 years     Male                  Admit:      03/25/2013
Location: D1SE                                              Discharge:  03/26/2013

## Measurements

|  | Recorded Date | 03/25/2013 |  |  |
|--|---|---|---|---|
|  | Recorded Time | 23:24 |  |  |
|  | Recorded By | Jones RN,Martha |  |  |
| Procedure |  |  | Units | Reference Range |
| Height/Length Estimated |  | 167.64 | cm |  |
| Weight Estimated |  | 81.820 | kg |  |

## Vital Signs

|  | Recorded Date | 03/25/2013 |  |  |
|--|---|---|---|---|
|  | Recorded Time | 23:24 |  |  |
|  | Recorded By | Jones RN,Martha |  |  |
| Procedure |  | Units | Reference Range |
| Temperature Oral | 36.6 | DegC | [35.8-37.3] |
| Apical Heart Rate | 84 | bpm | [60-100] |
| Respiratory Rate | 18 | br/min | [14-20] |
| Systolic Blood Pressure | 134 | mmHg | [90-140] |
| Diastolic Blood Pressure | 71 | mmHg | [60-90] |

## Pain

### Pain Assessment

|  | Recorded Date | 03/25/2013 |  |  |
|--|---|---|---|---|
|  | Recorded Time | 23:24 |  |  |
|  | Recorded By | Jones RN,Martha |  |  |
| Procedure |  | Units | Reference Range |
| Pain Symptoms Self Report | Yes, able to self report |  |  |
| Primary Pain Location | Head |  |  |
| Numeric Pain Scale | 8 |  |  |
| Primary Pain Time Pattern | Intermittent |  |  |
| Primary Pain Onset | Sudden |  |  |
| Primary Pain Duration | 2-3 |  |  |
| Primary Pain Quality | Aching |  |  |
| Primary Pain Radiation | No |  |  |
| Primary Pain Aggravating Factors | None |  |  |
| Pain Associated Symptoms | None |  |  |

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000047

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN.  M18-84-54
FIN:   000261336                          Admitting:
DOB/Age/Sex: 05/12/1990   22 years   Male    Admit:    03/25/2013
Location: D1SE                            Discharge: 03/26/2013

## Respiratory

### Oxygen Therapy & Oxygenation Information

Recorded Date   03/25/2013
Recorded Time   23:24
Recorded By   Jones RN,Martha
Procedure                    Units   Reference Range
SpO2           100           %

## Integumentary

### Integumentary Assessment

Recorded Date   03/25/2013
Recorded Time   23:24
Recorded By   Jones RN,Martha
Procedure                    Units   Reference Range
Skin Temperature      Warm
Skin Description      Dry

## Neurological

### Neurological Assessment

Recorded Date    03/25/2013
Recorded Time    23:24
Recorded By    Jones RN,Martha
Procedure                    Units   Reference Range
Level of Consciousness    Calm and cooperative

### Coma Assessment

Recorded Date     03/25/2013
Recorded Time     23:28
Recorded By     Jones RN,Martha
Procedure                    Units   Reference Range
Eye Opening Response Glasgow     Spontaneously
Best Motor Response Glasgow     Obeys simple commands
Best Verbal Response Glasgow     Oriented
Glasgow Coma Score     15

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000048

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336                                          Admitting.
DOB/Age/Sex: 05/12/1990   22 years        Male          Admit:       03/25/2013
Location: D1SE                                          Discharge: 03/26/2013

*Psychosocial*

*Suicide Risk Assessment*

Recorded Date        03/25/2013
Recorded Time        23:28
Recorded By    Jones RN,Martha
Procedure                           Units    Reference Range
Suicidal Ideation            None

*Psychological Functions*

Recorded Date        03/25/2013
Recorded Time        23:24
Recorded By    Jones RN,Martha
Procedure                              Units    Reference Range
Affect/Behavior           Appropriate, Calm, Cooperative
Orientation Assessment         Oriented x 4

DATE  04/26/2013
TIME  08:50:37 AM

DELTA REGIONAL MEDICAL CENTER
1400 E UNION ST
GREENVILLE   MS 387033246

PATIENT CONTROL NUMBER
1060291

PATIENT NAME
PRINCE JR, MICHEAL

MEDICAL RECORD NUMBER
188454

*INSURANCE BENEFITS ASSIGNED TO DELTA REGIONAL MEDICAL CENTER*

BEGINNING DATE OF SERVICE
031712

ENDING DATE OF SERVICE
031712

| REV CODE | PROCEDURE DESCRIPTION | HCPCS/ RATES | DATE | UNITS | CHARGE AMOUNT | NC CHARGE AMOUNT |
|---|---|---|---|---|---|---|
| 0320 | XR HAND COMPLETE LEFT | 73130LT | 031712 | 1 | 126.00 | |
| 0350 | CT MAXILLOFACIAL W/O CON | 70486 | 031712 | 1 | 745.00 | |
| 0450 | 99284 - LEVEL 4 | 99284 | 031712 | 1 | 795.00 | |
| 0001 | PAGE   1 OF   1 | | | 3 | 1666.00 | |
| 0001 | TOTAL | | | 3 | 1666.00 | |



## RADIOLOGY REPORT

**866.915.6900**
**www.rays.net**

## DELTA REGIONAL MEDICAL CENTER

**1400 East Union St**
**P.O. Box 5247**
**Greenville, Miss 38704**

**rays** ILLUMINATE

| | | | | | |
|---|---|---|---|---|---|
| **Patient** | **MRN** | **DOB** | **Hospital Code** | **Accession No.** | **Ref Physician** |
| PRINCE MICHEAL JR | 188454 | 5/12/1990 | 1132 | 01-CT-12-03106 | THOMAS LESIA |

**Study:** CT FACE -
**Tech Notes:** ASSAULT\FACIAL WO ~ THOMAS LESIA ~
**Tech Findings:**

**Study Date:** 03/17/2012 05:39

## *** PRELIMINARY REPORT ***

**\*\*\* PRELIMINARY REPORT \*\*\***

**HISTORY:**
21M. Assault.

CT the facial bones without contrast, no comparison.

**FINDINGS:**
Mild left preorbital and premaxillary soft tissue swelling.
No evidence of acute fracture.
Regions of mild mucosal thickening within the paranasal sinuses with no air-fluid levels.
Temporomandibular alignment maintained.
Unerupted teeth seen within the anterior aspect of the maxilla.
The globes maintain normal contour.
There is mild medial deviation of the left optic nerve in the orbit.
However, there is no evidence of retro-orbital hematoma.

**IMPRESSION:**
1. No acute fracture.
2. Medial deviation of the left optic nerve within the orbit, with no evidence of retro-orbital hematoma.
This is of uncertain clinical significance. Correlate with visual acuity and physical examination.
3. Left premaxillary/preorbital soft tissue swelling.



*LS Brewer*
**Ted Brewer, M.D.**
03/17/2012 6:32 AM Central
Turnaround:32m

Confidential information: This transmission contains information that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. Regarding this, please contact us by phone immediately so that we may arrange for the proper delivery of this information. NightRays, PA

Prince-Delta Regional 000001



## RADIOLOGY REPORT

**rays** ILLUMINATE

866.915.6900
www.rays.net

**DELTA REGIONAL MEDICAL CENTER**

1400 East Union St
P.O. Box 5247
Greenville, Miss 38704

| Patient | MRN | DOB | Hospital Code | Accession No. |
|---|---|---|---|---|
| PRINCE MICHEAL JR | 188454 | 5/12/1990 | 1132 | 01-CT-12-03106 |

**Ref Physician** THOMAS LESIA       **Study:** CT FACE -       **Study Date:** 03/17/2012 05:39

**Tech Notes:**
ASSAULT\FACIAL WO ~ THOMAS LESIA ~
**Tech Findings:**

---

*** PRELIMINARY REPORT ***
HISTORY:
21M. Assault.
CT the facial bones without contrast, no comparison.

FINDINGS:
Mild left preorbital and premaxillary soft tissue swelling.
No evidence of acute fracture.
Regions of mild mucosal thickening within the paranasal sinuses with no air-fluid levels.
Temporomandibular alignment maintained.
Unerupted teeth seen within the anterior aspect of the maxilla.
The globes maintain normal contour.
There is mild medial deviation of the left optic nerve in the orbit.
However, there is no evidence of retro-orbital hematoma.

IMPRESSION:
1. No acute fracture.
2. Medial deviation of the left optic nerve within the orbit, with no evidence of
retro-orbital hematoma. This is of uncertain clinical significance. Correlate with visual
acuity and physical examination.
3. Left premaxillary/preorbital soft tissue swelling.

---

*Brewer*
**Ted Brewer, M.D.**
03/17/2012 6:32 AM Central
Turnaround:32m

Confidential Information: This transmission contains information that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Regarding this, please contact us by phone immediately so that we may arrange for the proper delivery of this information. NightRays, PA

**PRINCE ,MICHAEL**
03/17/12 14:25     Dr. UNASSIGNED, DOCTOR
18173124  EMR     AER           1220154
**05/12/1990**        21   M     M01

Emergency Services

## INSTRUCTIONS TO PATIENT

**(Please Read Carefully)**

Emergency Department examination and treatment are not meant to be a substitute for complete medical care.

In addition, x-rays do not always show disease or injury; it is possible, for example, for a fracture not to be evident on the first x-ray. We strongly advise that you contact your regular physician or dentist (or the clinic listed below) for a "follow-up" visit. It is especially important that you seek additional care, here or elsewhere, if symptoms persist or worsen.

**DATE** 3/7/12       **TIME** 10/20       **AM/PM**

**You have received a copy of these instruction sheets.**

| | | | |
|---|---|---|---|
| ❑ Abdominal Problems | ❑ Eye Problem | ❑ Nosebleeds | ❑ Urinary Tract Infection |
| ❑ Asthma | ❑ Fever | ❑ Pelvic Pain | ❑ Vomiting and Diarrhea |
| ❑ Back Strain | ❑ Genital Infection | ❑ Sprain, Fracture, Bruise | ❑ Wound Care |
| ❑ Burn | ❑ Head Injury | ❑ Tetanus/Diphtheria | ❑ Other |
| ❑ Cold | ❑ High Blood Pressure | ❑ Threatened Miscarriage | |
| ❑ Ear Infection | ❑ Neck Strain | ❑ Throat Culture/Strep Throat | |

**DISCHARGE DIAGNOSIS:**

(L) eye injury

**ADDITIONAL INSTRUCTIONS:**

Take Motrin 600mg every 4-6 hrs for pain. Bleeding in eye may take a month to decrease. If develops eye pain or eye vision blurriness return to ER

❑ **Follow up with your local doctor or select one from the list provided.**

❑ **Follow up with the** _____ **Clinic as scheduled.**

❑ **An appointment for** _____ **clinic has been requested. If you do not hear from them in 48 hours, call ER Scheduling at (601) 984-5580 for assistance. (M-F, 8:00 am to 5:00 pm)**

**MEDICATIONS**
❑ Take them **only** as directed. Pain pills and sedatives may make you drowsy; do no use dangerous machines, drive a car or drink alcohol while using them.

_____

_____

_____

**Return to the Emergency**

**Department in** _____ **days.**

_____
Physician's Signature

In signing below, I show that I have received and understood these instructions. I understand that I have received emergency care for my problem only and that I may still need "follow-up" care.

_____
Signature of patient or responsible party

❑ Self     ❑ Parent     ❑ Other

_____
Signature of nurse or doctor discharging patient

**CERTIFICATE OF RETURN TO WORK OR SCHOOL**
**PRINCE ,MICHAEL**                                 was seen at

University Hospital on _____

and should be able to return to work or school on

_____

Limitations/Remarks: _____

_____ M.D.

_____ Telephone

03/17/12 14:25 _____ Date

UMC #1826C (6/2009)

Prince-Delta Regional 000003



**University of Mississippi Health Care**
University Hospitals and Health System

**PRINCE ,MICHAEL**
03/17/12 14:25    Dr. UNASSIGNED, DOCTOR
18173124  EMR    AER              1220154
**05/12/1990**      21  M      M01

## Emergency Department and Outpatient Medication Reconciliation

ALLERGIES to medications / reactions (ask about prior charted allergies if patient omits):

*None*

| Primary Care Physician & phone # | |
| --- | --- |
| Usual pharmacy & phone # | |

Information Received form:  ☐ Patient   ☐ Caregiver   ☐ Other:_____
Medication list is:              ☐ Complete   ☐ Incomplete/unavailable
☐ **Patient Currently Taking No Medications**
Prescription and non-prescription medications, herbals, and vitamins the patient states they currently use or take

| Product/Strength | Dose | Route | Frequency | Indication/Comments | Stop | Cont | Per PCP | Prescribed Amount | Refills |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Nurse/Pharmacist Signature:** *Ethel A. Woodward*

☐ **No changes or additions to Current Therapy**

| New & Changed Medication / Strength | Dose | Route | Frequency | Indication/Comments | Length of Therapy |
| --- | --- | --- | --- | --- | --- |
| Motrin | 600mg | oral | ~6hrs | Pain | 5 days |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| **DO NOT USE** | IU, U, QD, QOD, MS, MSO4, MgSO4, Trailing Zeros, Lack of Leading Zeros |
| --- | --- |

| Medication Reconciliation form reviewed prior to Discharge. Copy provided to patient or caregiver. | *[signature]* | 3/17/12 10:73 |
| --- | --- | --- |
| | Clinician Signature | Date and Time |

MR0483H

Prince-Delta Regional 000004


## Delta Regional
MEDICAL CENTER

1400 East Union St.
PO Box 5247
Greenville, MS 38704-5247

Patient: PRINCE JR, MICHEAL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  21 years  Male
Location: D1SE

Admitting: Bearry, John Houston
Admit: 03/17/2012
Discharge:

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
03/17/2012 04:20
Auth (Verified)
Dubose, Myrna (03/17/2012 04:20 )
Dubose, Myrna (03/17/2012 04:20 )

ED Triage Adult Entered On: 03/17/12 4:26 CDT
Performed On: 03/17/12 4:20 CDT by Dubose, Myrna

Triage
Chief Complaint/
Mechanism of Injury :  hit in face with a flashlight , teeth chipped up and left eye swollen
unablee to straighten fingers out on left hand, coughing up blood
Reason Unable to Obtain Current Visit Information :  None
Mode of Arrival :  Police
Pain Symptoms :  Yes, able to self report
Vital Signs :  Yes
ED Condensed
Treatment & Assessment :  Yes

Dubose, Myrna - 03/17/12 4:20 CDT

Diagnoses(Active)
Eye pain

Date:  03/17/2012 ; Diagnosis Type:  Reason For Visit ;
Confirmation:  Probable ; Clinical Dx:  Eye pain ; Classification:
Medical ; Clinical Service:  Non-Specified ; Code:  SNOMED
CT ; Probability:  0 ; Diagnosis Code:  2579394014

ESI
Is This
Patient Dying? :  No
Is This a Patient Who Shouldn't Wait? :  No
How Many Resources Will This Patient Need? :  Many
Recommended ESI Level :  3

Dubose, Myrna - 03/17/12 4:20 CDT

DCP GENERIC CODE
Tracking Acuity :  3
Tracking Group :  DLTA ED

Dubose, Myrna - 03/17/12 4:20 CDT

Allergies/Home Meds
ED Hx and Allergies :  Yes

Dubose, Myrna - 03/17/12 4:20 CDT

Allergies (Active)
No Known Allergies

Estimated Onset Date:  Unspecified ; Created By:  Dubose,
Myrna; Reaction Status:  Active ; Category:  Drug ; Substance:

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000005

Delta Regional Medical Center

Patient: PRINCE JR, MICHEAL
MRN:     M18-84-54                              Admitting:  Bearry,John Houston
FIN:      000145678                              Admit:      03/17/2012
DOB/Age/Sex: 05/12/1990   21 years    Male      Discharge:
Location: D1SE

No Known Allergies ; Type:  Allergy ; Updated By:  Dubose,
Myrna; Reviewed Date:  03/17/12 4:24 CDT

Medication List

Medical History, Problems, Diagnoses
Diagnoses(Active)
 Eye pain                        Date:  03/17/2012 ; Diagnosis Type:  Reason For Visit ;
                                 Confirmation:  Probable ; Clinical Dx:  Eye pain ; Classification:
                                  Medical ; Clinical Service:  Non-Specified ; Code:  SNOMED
                                 CT ; Probability:  0 ; Diagnosis Code:  2579394014

Primary Pain ED
Primary Pain Location :  Eye
Numeric Rating Scale :  Yes
ED Patient No Pain :  Yes
Numeric Rating :  6
Time Pattern :  Acute
Quality :  Sharp
Pain Radiates :  No
                                                  Dubose, Myrna - 03/17/12 4:20 CDT
Vitals/Ht/Wt
Temperature Oral :  36.6DegC(Converted to: 97.9DegF)
Peripheral Pulse Rate :  68bpm
Respiratory Rate :  18br/min
Systolic/
Diastolic BP :  146mmHg (HI)
Systolic/
Diastolic BP :  72mmHg
Height/Length Estimated :  165.00cm(Converted to: 5ft 5in, 5.41ft, 64.96in)
Weight Estimated :  72.730kg(Converted to: 160lb 5oz, 160.342lb)
                                                  Dubose, Myrna - 03/17/12 4:20 CDT
Assess/Tx

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000006

Delta Regional Medical Center

Patient: PRINCE JR, MICHEAL
MRN:    M18-84-54
FIN:    000145678
DOB/Age/Sex: 05/12/1990    21 years    Male
Location: D1SE

Admitting:  Bearry,John Houston
Admit:      03/17/2012
Discharge:

Level of Consciousness :  Not sedated
Orientation :  Oriented x 4
OB Skin Color :  Pink
Skin Description :  Dry
Skin Temperature :  Warm
Pre-Arrival Treatments :  None

Dubose, Myrna - 03/17/12 4:20 CDT

Procedure History

Procedure History

---

DOCUMENT NAME:              ED Note-Nursing
SERVICE DATE/TIME:          03/17/2012 04:39
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        Miles,April (03/17/2012 04:39 )
SIGN INFORMATION:           Miles,April (03/17/2012 04:39 )

ED Assessment Adult Entered On:  03/17/12 4:42 CDT
Performed On:  03/17/12 4:39 CDT by Miles, April

ID Screen
TB Symptoms Grid
Bloody Sputum :  No
Fatigue :  No
Fever :  No
Loss of Appetite :  No
Night Sweats :  No
Persistent Cough Greater Than 3 Weeks :  No
Weight Loss :  No

Miles, April - 03/17/12 4:39 CDT

Syndrome Surveillance Symptoms Grid
Headache :  Yes
Illness With Generalized Rash :  No
Muscle Pain :  Yes
New or Worsening Cough :  No
Shortness of Breath :  No
Recent Exposure to Communicable Disease :  No

Miles, April - 03/17/12 4:39 CDT

Travel Within Last 14 Days :  No

Miles, April - 03/17/12 4:39 CDT

Past Medical History, Problems, Diagnoses
Diagnoses(Active)
Eye pain                    Date:  03/17/2012 ; Diagnosis Type:  Reason For Visit ;
                            Confirmation:  Probable ; Clinical Dx:  Eye pain ; Classification:

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Prince-Delta Regional 000007

Delta Regional Medical Center

Patient: PRINCE JR, MICHEAL
MRN: M18-84-54                                    Admitting: Bearry,John Houston
FIN: 000145678                                   Admit: 03/17/2012
DOB/Age/Sex: 05/12/1990  21 years    Male        Discharge:
Location: D1SE

Medical ; Clinical Service:  Non-Specified ; Code:  SNOMED
CT ; Probability:  0 ; Diagnosis Code:  2579394014

Procedure History

Procedure History

Social History
Patient Smoking History :  Current everyday smoker
Did the Patient Smoke Cigarettes Anytime During the Past 12 Months Prior to Hospital Arrival? :  Yes
                                                          Miles, April - 03/17/12 4:39 CDT

Social History
Alcohol:                      High Risk
                              (Last Updated: 03/17/12 04:40:38 by Miles, April )

Tobacco:                      High Risk
                              (Last Updated: 03/17/12 04:40:45 by Miles, April )

Substance Abuse:              Denies Substance Abuse
                              (Last Updated: 03/17/12 04:41:14 by Miles, April )

General
Immunizations Current :  Yes
Last Tetanus :  Greater than 5 years
Influenza Vaccine Status :  Refused
Pneumococcal Vaccine Status :  Refused
Infectious Diseases :  None
Languages :  English
Domestic Concerns :  None
Suicidal Ideation :  None
Pregnancy Status :  N/A
                                            Miles, April - 03/17/12 4:39 CDT

Delta Regional Medical Center

Patient: PRINCE JR, MICHEAL
MRN: M18-84-54
FIN: 000145678                                          Admitting: Bearry,John Houston
DOB/Age/Sex: 05/12/1990   21 years      Male            Admit:     03/17/2012
Location: D1SE                                          Discharge:

| *Orders* |
|---|

| *Patient Care* |
|---|

Order: **Vision Testing**
Order Date/Time: 03/17/2012 05:00
Order Status: Ordered              Department Status: Ordered          Activity Type: POC Asmt/Tx/Monitoring
End-state Date/Time: 03/17/2012 05:00           End-state Reason:
Ordering Physician: Thomas,Lesia                Consulting Physician:
Entered By: Thomas,Lesia on 03/17/2012 05:07
Order Details: 03/17/12 5:00:00 CDT, Once, Stop date 03/17/12 5:00:00 CDT
Order Comment:

| *Radiology* |
|---|

Order: **XR Hand Complete Left**
Order Date/Time: 03/17/2012 05:06
Order Status: Ordered              Department Status: Exam Completed   Activity Type: Radiology
End-state Date/Time: 03/17/2012 05:06           End-state Reason:
Ordering Physician: Thomas,Lesia                Consulting Physician:
Entered By: Jones,Brandi on 03/17/2012 05:49
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Order Comment:

Order: **CT Maxillofacial w/o Contrast**
Order Date/Time: 03/17/2012 05:05
Order Status: Ordered              Department Status: Exam Completed   Activity Type: Radiology
End-state Date/Time: 03/17/2012 05:05           End-state Reason:
Ordering Physician: Thomas,Lesia                Consulting Physician:
Entered By: Tyson,Deserre on 03/17/2012 05:51
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Order Comment:

Delta Regional Medical Center

Patient: PRINCE JR, MICHEAL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   21 years      Male
Location: D1SE

Admitting: Bearry,John Houston
Admit: 03/17/2012
Discharge:

| *Allergies* | | | | |
|---|---|---|---|---|
| Substance | Allergy Type | Reaction Status | Reaction Symptom | Reviewed Date/Time |
| No Known Allergies | Allergy | Active | | 03/17/2012 05:00 |

| *Social History* |
|---|

**Alcohol (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

**Substance Abuse (Denies Substance Abuse** - Last Update: 03/17/2012 04:41 by Miles,April)

**Tobacco (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

# Delta Regional Medical Center
1460 E Union St
GREENVILLE, MS 387045247
(662) 378-3783

## Patient Information

| | |
|---|---|
| **Patient Name:** PRINCE JR, MICHEAL | **Sex:** Male |
| **Home Address:** 590 HAMEL ST | **DOB:** 05/12/1990 |
| GREENVILLE, MS 38703283 | **Age:** 21 Years |
| **Home Phone:** (662) 335-5755 | **Religion:** Baptist |
| **Employer Name:** Not Employed | **SSN:** 426696731 |
| **Employer Phone:** | |

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** PRINCE JR, MICHEAL | **Sex:** Male |
| **Patient's Reltn:** SELF | **DOB:** 05/12/1990 |
| **Billing Address:** 590 HAMEL ST | **Age:** 21 Years |
| GREENVILLE, MS 387032831 | **Religion:** Baptist |
| **Billing Phone:** (662) 335-5755 | **SSN:** 426696731 |
| **Employer Name:** | |
| **Employer Phone:** | |

## Contact Information

| *Emergency Contact* | *Next of Kin* |
|---|---|
| **Contact Name:** PRINCE, DORA | **Contact Name:** |
| **Patient's Reltn:** Other Relationship | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Home Phone:** (662) 335-5755 | **Home Phone:** |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** PRINCE JR, MICHEAL | **Insurance Name:** Miscellaneous Commercial Health Pla |
| **Patient's Reltn:** SELF | **Claim Address:** 216 MAIN ST |
| **Sex:** Male | Greenville, MS 38701 |
| **DOB:** 05/12/1990 | **Insurance Phone:** (662) 378-1515 |
| **Age:** 21 Years | **Policy Number:** 426696731 |
| **Employer Name:** Not Employed | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Commercial Insurance | **Authorization Phone:** |
| | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** 0 Days | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 03/17/2012 04:05 | **Patient Type:** Emergency | **Admit Type:** Emergency |
| **Est Dt of Arrival:** | **Medical Service:** Emergency Room | **Admit Source:** Non-HealthCare Poi |
| **Inpt Adm Dt/Tm:** | **Location:** D1SE | **Advance Directive:** No, info not provi |
| **Disch Dt/Tm:** | **Room/Bed:** / | **Reg Clerk:** Jackson, Stacy |
| **Observation Dt/Tm:** | **Isolation:** | **Admit Physician:** Bearry, John Hous |
| **VIP Indicator:** | **Disease Alert:** | **Attend Physician:** Bearry, John Hous |
| **Admit Reason:** Medical problem | | **PCP:** |

# PRINCE JR, MICHEAL          Male / 21 Years
**MRN:** M18-84-54          **FIN:** 000145678

Printed By: Jackson, Stacy on 03/17/2012 05:14 to printer dpemrg01
Registration last updated by: Jackson, Stacy on 03/17/2012 05:14

Prince-Delta Regional 000011

Delta Regional Medical Center

Patient: PRINCE JR, MICHEAL
MRN:     M18-84-54
FIN:     000145678
DOB/Age/Sex: 05/12/1990   21 years     Male
Location: D1SE

Admitting: Bearry,John Houston
Admit:     03/17/2012
Discharge:

---

## Measurements

| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Height/Length Estimated | 165.00 | cm | |
| Weight Estimated | 72.730 | kg | |

---

## Vital Signs

| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Temperature Oral | 36.6 | DegC | [35.8-37.3] |
| Peripheral Pulse Rate | 68 | bpm | [60-100] |
| Respiratory Rate | 18 | br/min | [14-20] |
| Systolic Blood Pressure | 146 H | mmHg | [90-140] |
| Diastolic Blood Pressure | 72 | mmHg | [60-90] |

---

## Pain

### Pain Assessment

| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Pain Symptoms Self Report | Yes, able to self report | | |
| Primary Pain Location | Eye | | |
| Numeric Pain Scale | 6 | | |
| Primary Pain Time Pattern | Acute | | |
| Primary Pain Quality | Sharp | | |
| Primary Pain Radiation | No | | |

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHEAL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  21 years     Male
Location: D1SE

Admitting: Bearry,John Houston
Admit: 03/17/2012
Discharge:

## *Integumentary*

### *Integumentary Assessment*

| Recorded Date | 03/17/2012 | | |
|---|---|---|---|
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Skin Temperature | Warm | | |
| Skin Description | Dry | | |

## *Neurological*

### *Neurological Assessment*

| Recorded Date | 03/17/2012 | | |
|---|---|---|---|
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Level of Consciousness | Not sedated | | |

## *Psychosocial*

### *Suicide Risk Assessment*

| Recorded Date | 03/17/2012 | | |
|---|---|---|---|
| Recorded Time | 04:39 | | |
| Recorded By | Miles,April | | |
| Procedure | | Units | Reference Range |
| Suicidal Ideation | None | | |

### *Psychological Functions*

| Recorded Date | 03/17/2012 | | |
|---|---|---|---|
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Orientation Assessment | Oriented x 4 | | |

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab



**DELTA REGIONAL**
MEDICAL CENTER
Greenville, Mississippi



PL   PRINCE JR, MICHEAL
MRN: M18-84-54   DOB: 05/12/1990  21 Years
DOS: 03/17/2012 04:05
ATT:
FIN: 000145678

### Transfer Form

**1. PATIENT CONDITION**

A. [ ] There is no reasonable likelihood of deterioration from or during transport.

B. [ ] The patient may be at risk for deterioration from or during transport

C. [ ] Patient is pregnant with contractions

Based upon my examination of the patient and the information available to me at the time of transfer, I certify that the risks of transfer are outweighed by the benefits reasonable anticipated from proper care at the receiving facility.

**2. RISKS OF TRANSFER**

[x] All transfers have inherent risks of delays or accidents in transit, pain or discomfort upon movement, and limited medical capacity of transport units that may limit available care in the event of a crisis.

**3. BENEFITS OF TRANSFER**

*Serv. not available*

**4. REASON FOR TRANSFER**

A. [ ] For equipment or services not available at this facility (list)_____

B. [ ] Patient-initiated request for transfer. Services are available here and offered to patient, who wishes of their own volition and request to be transferred.

Physician Certification/Signature                    Date/Time

[ ] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**5. HOSPITAL ACCEPTANCE**

A. Name of destination hospital:
UMMC

B. Accepted by: _____ 0710
   Name                Time

[ ] INITIALS OF PERSON OBTAINING ACCEPTANCE

C. Accepting MD: _____ 0710
   Name                Time

D. Report Called to: _____ 0725
   Name                Time

[ ] INITIALS OF PERSON OBTAINING ACCEPTANCE

| Discharge Vitals | Time: |
|---|---|
| B/P 137/70 | Pulse 72 |
| Resp 18 | Temp 36.8 |

*WITHIN 15 MINUTES OF DISCHARGE

**6. MODE OF TRANSPORT**

[ ] ALS Ambulance
[ ] BLS Ambulance
[ ] Helicopter        By Sheriff
[ ] Fixed Wing Aircraft
[ ] Additional Personnel:    DMC aware
   [ ] RN   [ ] Respiratory Therapist   of this
   [ ] Other:_____

Medications/ Equipment sent with patient:

_____

Medical Records sent with patient at the time of transfer (check all that apply)
[ ] Copy of lab results    [x] Physician H&P
[ ] Copy of EKG            [ ] Progress Notes
[x] Copy of X-Ray films    [ ] Med. Admin. Rec.
[ ] Prenatal Record
Service Contacted:_____
By_____Time_____ETA____

**7. PATIENT CONSENT TO TRANSFER**

I acknowledge that my medical condition has been evaluated and *explained to me* by the Emergency Department physician or other qualified medical person and/or my attending physician. The potential benefits of such transfer have been explained to me and I fully understand them.

[ x ] I hereby **CONSENT** to transfer.

[ ] I hereby **REFUSE** transfer and I request instead to continue treatment at:

_Micheal Prince_
Patient signature or on behalf of patient        Time

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Witness _____        Time

**Delta Regional**
MEDICAL CENTER
1400 EAST UNION STREET • GREENVILLE, MS 38703

THE KING'S DAUGHTERS
HOSPITAL
Greenville, Mississippi

## CONDITIONS OF ADMISSION

**AUTHORIZATION FOR MEDICAL AND SURGICAL TREATMENT:** This is to certify that, I, the undersigned hereby consent to and authorize the administration and performance of treatments and surgical procedures and the administration of any anesthetics which in the judgment of the attending physician may be necessary or advisable. I understand that I have the right to ask questions and to receive information about my care and treatment and to the right to withdraw my consent for treatment or tests. I consent to examinations, blood tests (including blood tests for communicable diseases such as hepatitis and HIV/AIDS when healthcare personnel have been exposed to my blood and/or body fluids), laboratory procedures, medications, infusions, nursing care and other services or treatments rendered by my physician, consulting physicians and their associates and assistants, or rendered by Facility personnel under the instructions, orders or direction of such physician(s). **I consent to photographs or videotapes made for the purpose of identification, diagnosis, treatment, or entry into the medical record.** This authorization shall expire upon the discharge and removal of patient from the Facility. The Facility is authorized to dispose of tissues removed in performance of surgery prescribed by the undersigned's physician.

**PHYSICIAN FEES:** The undersigned understands that all doctors furnishing services to the patient, including radiologists, pathologists, anesthesiologists, and the like, may not be employees or agents of the Hospital. Bills for these services will be separate from hospital charges.

**LEAVING THE HOSPITAL AGAINST ADVICE:** In the event the patient elects to leave the Hospital against the advice of a physician and the Hospital, the patient releases all physicians and the Hospital from all responsibility and any ill effects which may result from such action.

*DRUGS:* It is imperative that the hospital at all times be aware of the patient's intake. Accordingly, patient shall neither use nor keep any drug or drug appliance/apparatus not prescribed by or on behalf of the attending physician and dispensed by the Hospital under Patient's current stay.

**NOTICE OF PRIVACY PRACTICES:** I acknowledge that I have received the Hospital's Notice of Privacy Practices.

### RELEASE OF INFORMATION

**CONSENT TO RELEASE INFORMATION TO INSURANCE COMPANY FOR PAYMENT DETERMINATIONS:** I authorize Delta Regional Medical Center to release medical information to any insurance company or agency which I have either filed a claim with or which is assisting me in the payment for services and to any other assigned insurance company for billing purposes. I authorize Delta Regional Medical Center to release medical or other information needed for this or to Medicaid or to the Social Security Administration or its intermediaries or carriers for Medicare claims.

**AUTHORIZATION TO RELEASE PATIENT INFORMATION:** I hereby authorize Delta Regional Medical Center to release a copy of my record(s) to the attending physician, consulting physicians, follow-up provider(s), or to a transferring medical facility. I further agree to release Delta Regional Medical Center from all legal responsibility or liability that may arise from the release of such records.

### GUARANTEE OF PAYMENT

**ASSIGNMENT OF BENEFITS:** For and in consideration of the services to be rendered to "Patient" I do hereby agree to guarantee the payment of the full and entire amount of all bills rendered for said patient in accordance with the regular rates and terms of the hospital. In the event the undersigned is entitled to hospital benefits of any type whatsoever arising out of any policy of insurance insuring patient or any other party liable to patient, said benefits are hereby assigned to hospital for application on patient's bill, and it is agreed that the hospital may receipt for any such payment.

I also assign payment for the unpaid charges for certain inhospital physician's services furnished by specialists, or by physicians for whom the hospital is authorized to bill. I understand that I am responsible for any health insurance deductibles and co-insurance. Should the account be referred to a collection agency, the undersigned agrees to pay reasonable attorney's fees and collection expense. Undersigned agrees and consents that, if legal action is filed by the hospital to enforce payment of the obligation, venue shall be in Washington County, Mississippi;

**TERMS FOR ADMISSION/TREATMENT:** Admission/Pre-service deposit or acceptable hospitalization insurance is required for admission and non-emergency treatment at this hospital. Total account is due on admission or at the time of service with allowances made for insurance coverage approved and verified prior to discharge. Any exception to the above must be made before or at the time services are rendered.

**NON-MEDICAL NECESSITY FOR PRIVATE ROOM:** I understand and agree the private room difference is not covered by Medicare or private insurance and agree to pay all the difference due before or at the time services are rendered.

**PERSONAL VALUABLES:** I have been informed that I am fully responsible for all personal items which I may bring into the hospital. Delta Regional Medical Center is released from responsibility for all loss or damage of items which are not stored in the Business Office safe. That includes, but is not limited to, any money, jewelry, glasses, dentures, documents, furs or other articles of value unless deposited with the Hospital for safekeeping. The Hospital also provides denture cups for use by patients requiring them. Please take special precautions to be sure your dentures are properly kept and cared for and keep them in a denture cup at all times when you are not using them. The Hospital cannot and will not accept responsibility for their loss.   VALUABLES LEFT __ Yes   __ No

### ADVANCED DIRECTIVES

**ADVANCED DIRECTIVE:** I have received information about my right to refuse treatment or to appoint health care surrogates under Mississippi state law and about the Hospital's policies on honoring such decisions.

_____ I have executed a living will.   _Michael Prince_ I have not executed a living will.

### MINORS

**AGE OF CONSENT:** (1) Consent of a parent, legal guardian or other authorized person is required if the patient is not pregnant and has not yet obtained his or her 18th birthday. (2) Any female, regardless of age or martial status, is empowered to give consent for herself in connection with pregnancy or childbirth.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ AND UNDERSTANDS THE FOREGOING, AND IS THE PATIENT, OR IS DULY AUTHORIZED BY THE PATIENT, AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT THE TERMS.

_3/17/12_
Date

_Michael Prince_
Patient Signature or Authorized Signature

_____
Hospital Representative

_____
Relationship to Patient

_____
Address

Prince-Delta Regional 000015

_____
Address

## ASSIGNMENT

For and in consideration of the rendering of medical and hospital services to _____
_____ I do hereby assign, set over, transfer and convey to Delta Regional Medical Center,
Greenville, Mississippi, an amount equal to the total of all billed hospital and medical services rendered by Delta Regional Medical Center
from all sums received by me, or that is payable to me from any policy of insurance, or by way of litigation in any court of law, court of
equity, administrative board, agency, or before the Mississippi Workmen's Compensation Commission arising out of

an incident, casualty or event which occurred on or about the _____ day of _____, 20____
in which it is claimed that the above named patient sustained personal injuries requiring hospitalization more particularly described as
follows:

The above named patient does hereby assign, set over, transfer and convey to the Delta Regional Medical Center an amount equal
to the total of all bill amounts for hospitalization and medical services against any and all sums so collected by way of payment,
judgement, compromise or settlement of any claim asserted against any person, firm or corporation arising out of the incident,
casualty or event as stated above.

The above named patient does hereby recognize a lien for such services rendered against any and all sums so collected
in an amount equal to the total of all hospital and medical services rendered by the Delta Regional Medical Center and which are
recovered and collected by way of payment, judgement, compromise or settlement of any claim so asserted against any person,
firm or corporation arising out of the incident, casualty or event described above.

I hereby authorize Delta Regional Medical Center to notify the person, firm or corporation, or any attorney or agent
representing same, against whom a claim is asserted for and on behalf of the above name patient of this assignment and lien and
further that this assignment does in and of itself constitute authority for said person, firm or corporation to withhold an amount
equal to the sum due said hospital for hospital and medical services and pay same directly to Delta Regional Medical Center.

I hereby authorize the Delta Regional Medical Center to notify any attorney or agent representing the above named patient
of this assignment and lien and further that this assignment does in and of itself constitute authority for said attorney or agent to
pay sum out of any funds collected by him for or on behalf of the above named patient and further this constitutes authority to notify
any insurance company, court agency or commission of said assignment and lien and this assignment shall constitute authority for
said insurance company, court, agency or commission to withhold the sums due hereunder for hospital and medical services and
pay same directly to Delta Regional Medical Center.

I hereby acknowledge that I have received a true and correct copy of this assignment and that I have signed this assignment
of my own true act and deed.

_____                    _____
Witness                                            Patient, Parent or Guardian of Patient

Prince-Delta Regional 000016

# MEDICAL RECORD AUTHORIZATION

**Patient Name:** Michael Prince, Jr.
**Date of Birth:** 5/12/90
**Social Security Number:** XXX-XX-6731

1. I authorize (name of health care provider) _Delta Regional Medical Center_ to disclose my health information specific to the following date or time period: <u>through the present date</u>.

2. Individual or entity authorized to receive my health information:

   Derek L. Hall
   DEREK L. HALL, PLLC
   1764 Lelia Drive
   Jackson, Mississippi 39216
   Tel. (601)981-4450
   Fax. (601)981-4717

3. Purpose for which disclosure is to be made: <u>Litigation</u>

4. Information to be disclosed: **(check all that apply)***

   **X** Please send the entire medical record (all information) to the above named recipient.

   ☐ Discharge Summary ☐ History & Physical Exam ☐ Operative Report
   ☐ Emergency Room Report ☐ Laboratory Report ☐ Radiology Report
   ☐ Pathology Report ☐ Consultation(s) ☐ EKG
   ☐ Transcribed Hospital Reports ☐ Clinician Office Chart Notes ☐ Billing Statements

   ☐ Other: _____

   *I understand that this will include health information relating to (check **only** if applicable):

   ☐ HIV (human Immunodeficiency Virus) Infection ☐ Mental Health
   ☐ Treatment for alcohol and/or drug abuse ☐ Genetic Testing

5. I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or a health plan covered by federal privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

6. I understand that I may inspect or request copies of any information disclosed by this authorization. It is my understanding that this authorization will expire in 90 days from the date signed below unless revoked earlier.

7. I understand that I may revoke this authorization by notifying, in writing, the Medical Records Department, or similar Records Custodian, knowing that previously disclosed information would not be subject to my revoke request.

8. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

_Michael Prince Jr._
_____    _____
Signature of Patient or Patient's Legal Representative Date

_Michael Prince Jr._
_____    _____
Print Name of Patient or Legal Representative        Legal Representative's Relationship to Patient



51 pgs       000410
***********AUTO**MIXED ADC 300
000000410 09 MB   2.340
ATTN: MOLLY B POOLE
DEREK L HALL PLLC
1911 DUNBARTON DR
JACKSON MS 39216-5002

# ATTENTION
## Confidential information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested,
# Please call the phone number on the enclosed invoice

Health information is reproduced by HealthPort, a health information outsourcing service. Your healthcare facility contracts with HealthPort to process authorized copies of medical records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

79713254



**CERTIFY**

## *Derek L. Hall*
### *pllc*
#### ATTORNEYS AT LAW

April 12, 2013

**VIA CERTIFIED MAIL**
Delta Regional Medical Center
ATTN: Records Department
1400 East Union Street
Greenville, Mississippi 38703

P+

    **Re:** **Michael Prince, Jr.**
    **DOB:** **05/12/1990**

Dear Sir or Madam:

    Please be advised that this office represents, Michael Prince, Jr., for personal injuries he sustained on March 17, 2012. Michael Prince Jr., was treated by one or more of your facilities for those injuries. I am requesting a copy of any and all records in your possession, including but not limited to any X-Rays or MRJ's for Michael Prince, Jr., from **March 17, 2012 to present along with an Affidavit of Custodian.** I have enclosed an Authorization for Release of Medical Information. Please include an itemized bill for any an all services from March 17, 2012 to present.

    If you require prepayment for these records, please notify me at the address listed below and I will gladly forward the same. Please expedite this request, if the is a fee for expedition please advise me.

    Please do not hesitate to contact me should you have any questions.

           Sincerely,

           *Derek L. Hall, pllc*

           Molly B. Poole
           Associate Attorney

Cc: File
Enc.

*phone* 1601.981.4450    *fax* 1601.981.4717    sabrina@dlhattorneys.com

1911 Dunbarton Drive, Jackson, MS 39216 - dlhattorneys.com

# MEDICAL RECORD AUTHORIZATION

**Patient Name:** Michael Prince, Jr. *P✗*
**Date of Birth:** 5/12/90
**Social Security Number:** XXX-XX-6731

1. I authorize (name of health care provider) _Delta Regional Medical Center_ to disclose my health information specific to the following date or time period: <u>through the present date.</u>

2. Individual or entity authorized to receive my health information:

   Derek L. Hall *[handwritten]*
   DEREK L. HALL, PLLC
   1764 Lelia Drive
   Jackson, Mississippi 39216
   Tel. (601)981-4450
   Fax. (601)981-4717

3. Purpose for which disclosure is to be made: <u>Litigation</u>

4. Information to be disclosed: (**check all that apply**)*

   ✗ Please send the entire medical record (all information) to the above named recipient.

   | | | |
   |---|---|---|
   | ⬚ Discharge Summary | ⬚ History & Physical Exam | ⬚ Operative Report |
   | ⬚ Emergency Room Report | ⬚ Laboratory Report | ⬚ Radiology Report |
   | ⬚ Pathology Report | ⬚ Consultation(s) | ⬚ EKG |
   | ⬚ Transcribed Hospital Reports | ⬚ Clinician Office Chart Notes | ⬚ Billing Statements |

   ⬚ Other: _____

   *I understand that this will include health information relating to (check **only** if applicable):

   ⬚ HIV (human Immunodeficiency Virus) Infection    ⬚ Mental Health
   ⬚ Treatment for alcohol and/or drug abuse    ⬚ Genetic Testing

5. I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or a health plan covered by federal privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

6. I understand that I may inspect or request copies of any information disclosed by this authorization. It is my understanding that this authorization will expire in 90 days from the date signed below unless revoked earlier.

7. I understand that I may revoke this authorization by notifying, in writing, the Medical Records Department, or similar Records Custodian, knowing that previously disclosed information would not be subject to my revoke request.

8. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

_Michael Prince Jr._
_____
Signature of Patient or Patient's Legal Representative    Date

_Michael Prince Jr._
_____        _____
Print Name of Patient or Legal Representative    Legal Representative's Relationship to Patient

# AFFIDAVIT BY CUSTODIAN OF MEDICAL RECORDS

**STATE OF MISSISSIPPI**

**COUNTY OF WASHINGTON**

The undersigned being duly sworn does state on oath as follows:

1. That he/she is the duly authorized custodian of the medical records of **DELTA REGIONAL MEDICAL CENTER** and has the authority to certify said records.

2. That the within and annexed are true and correct copies of medical records of _Michael Prince Jr._, which appear to the undersigned to be described in the request for medical records.

3. The within and annexed records were prepared either by the personnel of **DELTA REGIONAL MEDICAL CENTER** or its staff physicians or by persons acting under the control of either of them, in the ordinary course of business at or near the time of the act, condition or event reported therein.

I certify these statements to be accurate and correct.

_____
**MEDICAL RECORDS CUSTODIAN**

_4-17-13_
**DATE**

Sworn and subscribed before me this _17th_ day of _April_, 2013.

My Commission Expires _02/24/16_

_Beverly Brown Carlyle_
**Notary Public**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 16998
BEVERLY BROWN CARLYLE
Commission Expires
Feb. 24, 2016
SUNFLOWER COUNTY

 **Delta Regional**
MEDICAL CENTER

1400 East Union St.
PO Box 5247
Greenville, MS 38704-5247

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN:      000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location:  D1SE

Admitting:  Bearry MD,John Houston
Admit:       03/17/2012
Discharge: 03/17/2012

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Coding Summary
03/17/2012 07:35
Transcribed

CODING DATE: 03/23/2012          FINAL
Delta Regional Medical Center

ADMIT DX:
784.1     THROAT PAIN
729.81    SWELLING OF LIMB

REASON FOR VISIT DX:

FINAL DX.
PRINCIPAL:
473.9     UNSPECIFIED SINUSITIS (CHRONIC)

SECONDARY:
959.8     OTHER AND UNSPECIFIED INJURY TO OTHER SPECIFIED SITES, INCLUDING
          MULTIPLE
E917.9    OTHER ACCIDENT CAUSED BY STRIKING AGAINST OR BEING STRUCK
          ACCIDENTALLY BY OBJECTS OR PERSONS WITH OR WITHOUT SUBSEQUENT FALL
E849.9    ACCIDENTS OCCURRING IN UNSPECIFIED PLACE

          PYMT
PROC  APC  STAT DESCRIPTION          DOCTOR NAME        DATE

NOTE: The code number assigned matches the documented diagnosis and / or
procedure in the patient's chart. However, the narrative phrase printed from
the coding software may appear abbreviated, or result in slightly different
terminology.

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:     000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit:     03/17/2012
Discharge: 03/17/2012

Coded By: Zuniga, Jennifer
Date Saved: 03/23/2012 08:35

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years  Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

---

*Discharge Summaries*

---

Document Type:
Service Date/Time:
Result Status:
Performed Information:
Signed Information:

ED Patient Summary
03/17/2012 07:35
Auth (Verified)
Johnston,Adam (03/17/2012 07:35 )
Johnston,Adam (03/17/2012 07:35 )

**ED Patient Summary**

# Delta Regional Medical Center
## Patient Discharge Instructions

**Name:** PRINCE JR, MICHEAL
**Current Date:** 03/17/12 07:35:15
**DOB:** 5/12/1990 12:00 AM          **MRN:** M18-84-54          **FIN:** 000145678

**Patient Address:** 590 HAMEL ST GREENVILLE MS 387032831
**Patient Phone:** (662) 335-5755

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Discharge Diagnosis: Sinusitis 473.9**

Delta Regional Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Comment:**

PRINCE JR, MICHEAL has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions**

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

*Discharge Summaries*

## Prescriptions

### New Medications

None

### Medications to Continue Taking That Have Changed

None

### Medications to Continue with No Changes

**carbamazepine (Tegretol)** , 4 times a day, Refills: 0

**phenobarbital** , Refills: 0

**phenobarbital** , Refills: 0

### No Longer Take the Following Medications

None

### Contact Your Physician Prior to Taking the Following Medications

None

I, PRINCE JR, MICHEAL, have received the attached patient education materials/instructions and have verbalized understanding:

_____        _____        _____        _____
Patient Signature              Date              Provider Signature                Date

**Patient education materials, if any, will display below**

**Prescription leaflets, if any, will display below**

_____

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years     Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

*Discharge Summaries*

Document Type:
Service Date/Time:
Result Status:
Performed Information:
Signed Information:

ED Clinical Summary
03/17/2012 07:35
Auth (Verified)
Johnston,Adam (03/17/2012 07:35 )
Johnston,Adam (03/17/2012 07:35 )

**ED Clinical Summary**

# Delta Regional Hospital
# Clinical ED Discharge Instructions

## PERSON INFORMATION
**Name:** PRINCE JR, MICHEAL
**MRN:** M18-84-54      **FIN#:**000145678

## PHYSICIANS
**Admitting Physician:** Bearry, John Houston
**Attending Physician:** Bearry, John Houston
**PCP:**

**Discharge Diagnosis: Sinusitis 473.9**

**Comment:**
**PATIENT EDUCATION INFORMATION**
**Instructions:**

**Medication Leaflets:**

**Follow up:**

## MEDICATION LIST
carbamazepine (Tegretol) , 4 times a day, Refills: 0

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54                                    Admitting: Bearry MD,John Houston
FIN: 000145678                                   Admit: 03/17/2012
DOB/Age/Sex: 05/12/1990  22 years    Male        Discharge: 03/17/2012
Location: D1SE

*Discharge Summaries*

**phenobarbital** , Refills: 0

**phenobarbital** , Refills: 0


## DISCHARGE INFORMATION
## Discharge Disposition:
Discharge/Transfer to Other HC Fac


**Comment:**

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:     000145678
DOB/Age/Sex: 05/12/1990   22 years     Male
Location: D1SE

Admitting:  Bearry MD,John Houston
Admit.      03/17/2012
Discharge:  03/17/2012

*ED Physician Record*

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

* Auth (Verified) *

## Emergency Department Provider Documentation Addendum

Facility Name: DELTA REGIONAL MEDICAL CENTER

Patient Name: PRINCE JR, MICHEAL          DOB: 5/12/1990

Date Of Service: 03/17/2012

Facility MRN: M188454

Facility Account Number: 000145678

Encounter #: 31759040

<u>Non-Physician Provider Signature Missing</u>

**By signing, I verify that I treated this patient on the date of service noted above.**

1

**Additional documentation or clarifications**

Electronically signed by:
Thomas, Lesia NP (193766)
4/23/2012 9:37:26 PM

Generated on: 4/23/2012 9.38.14 PM                    Page 1 of 1

*Facility  Delta Regional*

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years  Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Triage Note
03/17/2012 04:20
Auth (Verified)
Dubose,Myrna (03/17/2012 04:20 )
Dubose,Myrna (03/17/2012 04:20 )

## ED Triage Adult Entered On: 03/17/12 4:26 CDT
## Performed On: 03/17/12 4:20 CDT by Dubose, Myrna

**Triage**
*Chief Complaint/*
*Mechanism of Injury :* hit in face with a flashlight , teeth chipped up and left eye swollen
unablee to straighten fingers out on left hand, coughing up blood
*Reason Unable to Obtain Current Visit Information :* None
*Mode of Arrival :* Police
*Pain Symptoms :* Yes, able to self report
*Vital Signs :* Yes
*ED Condensed*
*Treatment & Assessment :* Yes

Dubose, Myrna – 03/17/12 4:20 CDT

Diagnoses(Active)
Eye pain

*Date:* 03/17/2012 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* Probable ; *Clinical Dx:* Eye pain ; *Classification:*
Medical ; *Clinical Service:* Non-Specified ; *Code:* SNOMED
CT , *Probability:* 0 ; *Diagnosis Code:* 2579394014

**ESI**
*Is This*
*Patient Dying? :* No
*Is This a Patient Who Shouldn't Wait? :* No
*How Many Resources Will This Patient Need? :* Many
*Recommended ESI Level :* 3

Dubose, Myrna – 03/17/12 4:20 CDT

DCP GENERIC CODE
*Tracking Acuity :* 3
*Tracking Group :* DLTA ED

Dubose, Myrna – 03/17/12 4:20 CDT

**Allergies/Home Meds**
*ED Hx and Allergies :* Yes

Dubose, Myrna – 03/17/12 4:20 CDT

Allergies (Active)
No Known Allergies

*Estimated Onset Date:* Unspecified ; *Created By:* Dubose,
Myrna; *Reacton Status:* Active ; *Category* Drug ; *Substance:*
No Known Allergies ; *Type:* Allergy ; *Updated By:* Dubose,
Myrna; *Reviewed Date:* 03/17/12 4:24 CDT

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years      Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

<u>Medication List</u>

**Medical History, Problems, Diagnoses**
<u>Diagnoses(Active)</u>
Eye pain

*Date:* 03/17/2012 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* Probable ; *Clinical Dx:* Eye pain ; *Classification:*
Medical ; *Clinical Service:* Non-Specified ; *Code:* SNOMED
CT ; *Probability:* 0 ; *Diagnosis Code:* 2579394014

**Primary Pain ED**
*Primary Pain Location :* Eye
*Numeric Rating Scale :* Yes
*ED Patient No Pain :* Yes
*Numeric Rating :* 6
*Time Pattern :* Acute
*Quality :* Sharp
*Pain Radiates :* No

Dubose, Myrna - 03/17/12 4:20 CDT

**Vitals/Ht/Wt**
*Temperature Oral :* 36.6DegC(Converted to: 97.9DegF)
*Peripheral Pulse Rate :* 68bpm
*Respiratory Rate :* 18br/min
*Systolic/*
*Diastolic BP :* 146mmHg (HI)
*Systolic/*
*Diastolic BP :* 72mmHg
*Height/Length Estimated :* 165.00cm(Converted to: 5ft 5in, 5.41ft, 64.96in)
*Weight Estimated :* 72.730kg(Converted to: 160lb 5oz, 160.342lb)

Dubose, Myrna - 03/17/12 4:20 CDT

**Assess/Tx**
*Level of Consciousness :* Not sedated
*Orientation :* Oriented x 4
*OB Skin Color :* Pink
*Skin Description :* Dry

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years        Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit:       03/17/2012
Discharge: 03/17/2012

*Skin Temperature :* Warm
*Pre-Arrival Treatments :* None

Dubose, Myrna - 03/17/12 4:20 CDT

**Procedure History**


Procedure History


| DOCUMENT NAME: | ED Note-Nursing |
|---|---|
| SERVICE DATE/TIME: | 03/17/2012 04:39 |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Miles,April (03/17/2012 04:39 ) |
| SIGN INFORMATION: | Miles,April (03/17/2012 04:39 ) |

**ED Assessment Adult Entered On: 03/17/12 4:42 CDT**
**Performed On: 03/17/12 4:39 CDT by Miles, April**

**ID Screen**
TB Symptoms Grid
*Bloody Sputum :* No
*Fatigue :* No
*Fever :* No
*Loss of Appetite :* No
*Night Sweats :* No
*Persistent Cough Greater Than 3 Weeks :* No
*Weight Loss :* No

Miles, April - 03/17/12 4:39 CDT

Syndrome Surveillance Symptoms Grid
*Headache :* Yes
*Illness With Generalized Rash :* No
*Muscle Pain :* Yes
*New or Worsening Cough :* No
*Shortness of Breath :* No
*Recent Exposure to Communicable Disease :* No

Miles, April - 03/17/12 4:39 CDT

*Travel Within Last 14 Days :* No

Miles, April - 03/17/12 4:39 CDT

**Past Medical History, Problems, Diagnoses**
Diagnoses(Active)
Eye pain

*Date:* 03/17/2012 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* Probable ; *Clinical Dx:* Eye pain ; *Classification:*
Medical ; *Clinical Service:* Non-Specified ; *Code:* SNOMED
CT ; *Probability:* 0 ; *Diagnosis Code:* 2579394014

**Procedure History**

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years      Male
Location: D1SE

Admitting:   Bearry MD,John Houston
Admit:       03/17/2012
Discharge:   03/17/2012

Procedure History

**Social History**
*Patient Smoking History :  Current everyday smoker*
*Did the Patient Smoke Cigarettes Anytime During the Past 12 Months Prior to Hospital Arrival? :  Yes*

Miles, April - 03/17/12 4:39 CDT

Social History
Alcohol:                        High Risk
                                (Last Updated: 03/17/12 04:40:38 by Miles, April )

Tobacco:                        High Risk
                                (Last Updated: 03/17/12 04:40:45 by Miles, April )

Substance Abuse:                Denies Substance Abuse
                                (Last Updated: 03/17/12 04:41:14 by Miles, April )

**General**
*Immunizations Current :  Yes*
*Last Tetanus :  Greater than 5 years*
*Influenza Vaccine Status :  Refused*
*Pneumococcal Vaccine Status :  Refused*
*Infectious Diseases :  None*
*Languages :  English*
*Domestic Concerns :  None*
*Suicidal Ideation :  None*
*Pregnancy Status :  N/A*

Miles, April - 03/17/12 4:39 CDT

DOCUMENT NAME:                  ED Patient Education Note
SERVICE DATE/TIME:              03/17/2012 07:35
RESULT STATUS:                  Auth (Verified)
PERFORM INFORMATION:            Johnston,Adam (03/17/2012 07:35 )
SIGN INFORMATION:               Johnston,Adam (03/17/2012 07:35 )

**ED Patient Education Note**

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54
FIN:    000145678
DOB/Age/Sex: 05/12/1990   22 years   Male
Location: D1SE

Admitting:  Bearry MD,John Houston
Admit:      03/17/2012
Discharge:  03/17/2012

## Orders

### Patient Care

**Order: Vision Testing**
Order Date/Time 03/17/2012 05:00
Order Status: Discontinued        Department Status: Discontinued        Activity Type: POC Asmt/Tx/Monitoring
End-state Date/Time: 03/17/2012 07:35        End-state Reason:
Ordering Physician: Thomas,Lesia        Consulting Physician:
Entered By: SYSTEM on 03/17/2012 07:35
Order Details: 03/17/12 5:00:00 CDT, Once, Stop date 03/17/12 5:00:00 CDT
Order Comment:
Action Type: Discontinue        Action Date/Time: 03/17/2012 07:35
Order Details: 03/17/12 5:00:00 CDT, Once, Stop date 03/17/12 5:00:00 CDT
Review Information:
Order Comment:
Action Type: Order        Action Date/Time: 03/17/2012 05:07
Order Details: 03/17/12 5:00:00 CDT, Once, Stop date 03/17/12 5:00:00 CDT
Review Information:
Nurse Review: Electronically Signed, Bennett,Stephanie on 03/17/2012 05:16
Doctor Cosign: Not Reviewed
Order Comment:

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years     Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

*Orders*

*Radiology*

Order: **XR Hand Complete Left**
Order Date/Time: 03/17/2012 05:06
Order Status: Completed          Department Status: Completed          Activity Type: Radiology
End-state Date/Time: 03/17/2012 09:44          End-state Reason:
Ordering Physician: Thomas,Lesia          Consulting Physician:
Entered By: Collier,Michael on 03/17/2012 09:44
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Order Comment:
Action Type: Complete          Action Date/Time: 03/17/2012 09:44
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Order Comment:
Action Type: Status Change          Action Date/Time: 03/17/2012 05:49
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Review Information:
Order Comment:
Action Type: Status Change          Action Date/Time: 03/17/2012 05:33
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Review Information:
Order Comment:
Action Type: Order          Action Date/Time: 03/17/2012 05:07
Order Details: 03/17/12 5:06:00 CDT, Stat, Once, Stop date 03/17/12 5:06:00 CDT, Reason: Injury, hand, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Doctor Cosign: Not Reviewed
Order Comment:

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex. 05/12/1990  22 years   Male
Location: D1SE

Admitting.  Bearry MD,John Houston
Admit:      03/17/2012
Discharge: 03/17/2012

*Orders*

*Radiology*

Order: **CT Maxillofacial w/o Contrast**
Order Date/Time: 03/17/2012 05:05
Order Status: Completed        Department Status: Completed        Activity Type: Radiology
End-state Date/Time: 03/17/2012 09:56        End-state Reason:
Ordering Physician: Thomas,Lesia        Consulting Physician.
Entered By: Collier,Michael on 03/17/2012 09:56
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Order Comment:
Action Type: Complete        Action Date/Time: 03/17/2012 09:56
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Order Comment:
Action Type: Status Change        Action Date/Time: 03/17/2012 05:51
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Order Comment:
Action Type: Status Change        Action Date/Time: 03/17/2012 05:33
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Order Comment:
Action Type: Order        Action Date/Time: 03/17/2012 05:07
Order Details: 03/17/12 5:05:00 CDT, Stat, Once, Stop date 03/17/12 5:05:00 CDT, Reason: Trauma, No
Review Information:
Nurse Review: No Longer Needing Review, SYSTEM on 04/01/2012 01:02
Doctor Cosign: Not Reviewed
Order Comment:

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54                                   Admitting:  Bearry MD,John Houston
FIN:     000145678                                   Admit:      03/17/2012
DOB/Age/Sex: 05/12/1990   22 years      Male         Discharge:  03/17/2012
Location: D1SE

## Progress Notes

Document Type:                           Progress Note - Nursing
Service Date/Time:                       03/17/2012 07:35
Result Status:                           Auth (Verified)
Performed Information:                    Johnston,Adam (03/17/2012 10:45 )
Signed Information:                       Johnston,Adam (03/17/2012 10:45 )

Pt released in sherriff custody. S.O. officer to take patient to UMMC.
Released in hand/feet cuffs.

Delta Regional Medical Center

Patient: PRINCE JR. MICHAEL
MRN: M18-84-54                                  Admitting: Bearry MD,John Houston
FIN: 000145678                                 Admit: 03/17/2012
DOB/Age/Sex: 05/12/1990   22 years   Male      Discharge: 03/17/2012
Location: D1SE

## Allergies

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Reviewed Date/Time |
|---|---|---|---|---|
| No Known Allergies | Allergy | Active | | 03/17/2012 05:00 |

## Social History

**Alcohol (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

**Substance Abuse (Denies Substance Abuse** - Last Update: 03/17/2012 04:41 by Miles,April)

**Tobacco (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678                                    Admitting: Bearry MD,John Houston
DOB/Age/Sex: 05/12/1990  22 years    Male          Admit:     03/17/2012
Location: D1SE                                     Discharge: 03/17/2012

## Computed Tomography

Accession Number        Exam Date/Time        Procedure                           Ordering Dr.
01-CT-12-03106          03/17/2012 05:51      CT Maxillofacial w/o Contrast  Thomas,Lesia

**Reason For Exam**
(CT Maxillofacial w/o Contrast) Trauma

**Report**
History: Assault

CT scan of the face done without intravenous contrast with no
older studies for comparison with previous reading from night rays
which I concur shows mild mucoperiosteal thickening in both
ethmoid and the right maxillary sinus with intact craniocervical
junction and mandible as well as TM joints. The nasal septum is
deviated slightly to the left in the posterior portion with mild
discontinuity here suggesting a small fracture. The nasal bone
shows irregularities suggesting a nondisplaced fracture. The
periorbital region appears intact with no blowout fractures with
no maxillary fractures identified. There is soft tissue swelling
in the left periorbital region with the left globe intact. This
extends into the left knee nasal area. There is disconjugate gaze
with the left eye looking laterally in comparison to the right eye
which probably accounts for the medial deviation of the left optic
nerve.

Impression: Mild nasal fracture with a mild septal fracture with
sinus disease but no blowout fractures. Disconjugate gaze.

***** *Final* *****

*Dictated by: Collier, Michael*
*Dictated DT/TM: 03/17/2012 9:43 am*
*Signed by: Collier, Michael*
*Signed (Electronic Signature): 03/17/2012 9 55 am*

## General Diagnostic

Accession Number        Exam Date/Time        Procedure                Ordering Dr.
01-XR-12-08425          03/17/2012 05:48      XR Hand Complete Left    Thomas,Lesia

**Reason For Exam**
(XR Hand Complete Left) Injury, hand

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54                                        Admitting:   Bearry MD,John Houston
FIN:     000145678                                       Admit:       03/17/2012
DOB/Age/Sex: 05/12/1990   22 years    Male               Discharge:   03/17/2012
Location: D1SE

*General Diagnostic*

Accession Number        Exam Date/Time          Procedure                Ordering Dr.
01-XR-12-08425          03/17/2012 05:48        XR Hand Complete Left     Thomas,Lesia

**Report**
History: Injury

Three views of the left hand shows intact distal radius and ulna
as well as scapholunate distance and carpus with intact
metacarpals.  The digits show intact joint spaces.

Impression: No fractures seen.

***** *Final* *****

*Dictated by:   Collier, Michael*
*Dictated DT/TM· 03/17/2012 9:41 am*
*Signed by: Collier, Michael*
*Signed (Electronic Signature)· 03/17/2012 9.42 am*

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990  22 years  Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

*Consents*

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

\* Auth (Verified) \*

## DELTA REGIONAL
### MEDICAL CENTER
Greenville, Mississippi



PL — PRINCE JR, MICHEAL
DOB: 05/12/1990 21 Years
DOS: 03/17/2012 04:05
ATT:
FIN: 000145678

**Transfer Form**

### 1. PATIENT CONDITION

A. [ ] There is no reasonable likelihood of deterioration from or during transport.

B. [ ✓ ] The patient may be at risk for deterioration from or during transport

C. [ ] Patient is pregnant with contractions

Based upon my examination of the patient and the information available to me at the time of transfer, I certify that the risks of transfer are outweighed by the benefits reasonable anticipated from proper care at the receiving facility.

### 2. RISKS OF TRANSFER

_n/o_

[x] All transfers have inherent risks of delays or accidents in transit, pain or discomfort upon movement, and limited medical capacity of transport units that may limit available care in the event of a crisis.

### 3. BENEFITS OF TRANSFER

_Serum not available_

### 4. REASON FOR TRANSFER

A. [ ] For equipment or services not available at this facility (list)_____

B. [ ] Patient-initiated request for transfer. Services are available here and offered to patient, who wishes of their own volition and request to be transferred.

Physician Certification/Signature _____ Date/Time

### 5. HOSPITAL ACCEPTANCE

A. Name of destination hospital:
_UMMC_

B. Accepted by: _Luat_   _0710_
   Name      Time

[ ] INITIALS OF PERSON OBTAINING ACCEPTANCE

C. Accepting MD: _Ingson_  _0710_
   Name       Time

D. Report Called to: _J S_   _0725_
   Name       Time

[ ] INITIALS OF PERSON OBTAINING ACCEPTANCE

| Discharge Vitals | Time: |
|---|---|
| B/P 157/70 | Pulse 72 |
| Resp 18 | Temp 36.5 |

\*WITHIN 15 MINUTES OF DISCHARGE

### 6. MODE OF TRANSPORT

[ ] ALS Ambulance
[ ] BLS Ambulance
[ ] Helicopter      _By Sheriff_
[ ] Fixed Wing Aircraft
[ ] Additional Personnel:      _UMC aware of this_
   [ ] RN  [ ] Respiratory Therapist
   [ ] Other:_____
Medications/ Equipment sent with patient:

Medical Records sent with patient at the time of transfer (check all that apply)
[ ] Copy of lab results  [✓] Physician H&P
[ ] Copy of EKG      [✓] Progress Notes
[✓] Copy of X-Ray films [ ] Med. Admin. Rec.
[ ] Prenatal Record
Service Contacted:_____
By_____ Time_____ ETA

### 7. PATIENT CONSENT TO TRANSFER

I acknowledge that my medical condition has been evaluated and *explained to me* by the Emergency Department physician or other qualified medical person and/or my attending physician. The potential benefits of such transfer have been explained to me and I fully understand them.

[ ✓ ] I hereby CONSENT to transfer.

[   ] I hereby REFUSE transfer and I request instead to continue treatment at:

_Michael Prince_
Patient signature or on behalf of patient    Time

Witness _____ Time

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:     000145678
DOB/Age/Sex: 05/12/1990   22 years     Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit:     03/17/2012
Discharge: 03/17/2012

*Admission*

Patient Name. PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

\* Auth (Verified) \*

## Delta Regional Medical Center

1400 E Union St
GREENVILLE, MS 387045247

(662) 378-3783

### Patient Information

| | |
|---|---|
| Patient Name: PRINCE JR, MICHEAL | Sex: Male |
| Home Address: 590 HAMEL ST | DOB: 05/12/1990 |
| GREENVILLE, MS 38703283 | Age: 21 Years |
| Home Phone: (662) 335-5755 | Religion: Baptist |
| Employer Name: Not Employed | SSN: 426696731 |
| Employer Phone: | |

### Guarantor Information

| | |
|---|---|
| Guarantor Name: PRINCE JR, MICHEAL | Sex: Male |
| Patient's Reltn: SELF | DOB: 05/12/1990 |
| Billing Address: 590 HAMEL ST | Age: 21 Years |
| GREENVILLE, MS 387032831 | Religion: Baptist |
| Billing Phone: (662) 335-5755 | SSN: 426696731 |
| Employer Name: | |
| Employer Phone: | |

### Contact Information

| | |
|---|---|
| *Emergency Contact* | *Next of Kin* |
| Contact Name: PRINCE, DORA | Contact Name: |
| Patient's Reltn: Other Relationship | Patient's Reltn: |
| Sex: | Sex: |
| Home Phone: (662) 335-5755 | Home Phone: |

### Primary Insurance

| | |
|---|---|
| Subscriber Name: PRINCE JR, MICHEAL | Insurance Name: Miscellaneous Commercial Health Pla |
| Patient's Reltn: SELF | Claim Address: 216 MAIN ST |
| Sex: Male | Greenville, MS 38701 |
| DOB: 05/12/1990 | Insurance Phone: (662) 378-1515 |
| Age: 21 Years | Policy Number: 426696731 |
| Employer Name: Not Employed | Group Number: |
| Employer Phone: | Authorization Number: |
| Financial Class: Commercial Insurance | Authorization Phone: |
| | Authorization Contact: |

### Secondary Insurance

| | |
|---|---|
| Subscriber Name: | Insurance Name: |
| Patient's Reltn: | Claim Address: |
| Sex: | |
| DOB: | Insurance Phone: |
| Age: 0 Days | Policy Number: |
| Employer Name: | Group Number: |
| Employer Phone: | Authorization Number: |
| Financial Class: | Authorization Phone: |
| | Authorization Contact: |

### Encounter Information

| | | |
|---|---|---|
| Reg Dt/Tm: 03/17/2012 04:05 | Patient Type: Emergency | Admit Type: Emergency |
| Est Dt of Arrival: | Medical Service: Emergency Room | Admit Source: Non-HealthCare Poi |
| Inpt Adm Dt/Tm: | Location: D1SE | Advance Directive: No, info not provi |
| Disch Dt/Tm: | Room/Bed: / | Reg Clerk: Jackson, Stacy |
| Observation Dt/Tm: | Isolation: | Admit Physician: Bearry, John Hous |
| VIP Indicator: | Disease Alert: | Attend Physician: Bearry, John Hous |
| Admit Reason: Medical problem | | PCP: |

## PRINCE JR, MICHEAL
**MRN: M18-84-54**

## Male / 21 Years
**FIN: 000145678**

Printed By: Jackson, Stacy on 03/17/2012 05:14 to printer dpemrg01
Registration last updated by: Jackson, Stacy on 03/17/2012 05:14

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54                                    Admitting:  Bearry MD,John Houston
FIN:    000145678                                    Admit:      03/17/2012
DOB/Age/Sex: 05/12/1990   22 years    Male           Discharge:  03/17/2012
Location: D1SE

*Miscellaneous*

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

* Auth (Verified) *

Page 1 of 1

From Rays · · · · · 6623554397 · Page 1/1 · Date 3/17/2012 5:34 AM


rays
ILLUMINATE

**RADIOLOGY
REPORT**

866.915.6900
www.rays.net

**DELTA REGIONAL
MEDICAL CENTER**

**1400 East Union St
P.O. Box 5247
Greenville, Miss 38704**

| Patient | MRN | DOB | Hospital Code | Accession No. | Ref Physician |
|---|---|---|---|---|---|
| PRINCE MICHEAL JR | 188454 | 5/12/1990 | 1132 | 01-CT-12-03106 | THOMAS LESIA |

Study: CT FACE -
Tech Notes.    ASSAULT\FACIAL WO – THOMAS LESIA –
Tech Findings:

Study Date: 03/17/2012 05.39

## *** PRELIMINARY REPORT ***

*** PRELIMINARY REPORT ***

HISTORY:
21M. Assault.

CT the facial bones without contrast, no comparison.

FINDINGS:
Mild left preorbital and premaxillary soft tissue swelling
No evidence of acute fracture.
Regions of mild mucosal thickening within the paranasal sinuses with no air-fluid levels.
Temporomandibular alignment maintained.
Unerupted teeth seen within the anterior aspect of the maxilla
The globes maintain normal contour.
There is mild medial deviation of the left optic nerve in the orbit.
However, there is no evidence of retro-orbital hematoma

IMPRESSION:
1. No acute fracture.
2. Medial deviation of the left optic nerve within the orbit, with no evidence of retro-orbital hematoma
This is of uncertain clinical significance. Correlate with visual acuity and physical examination
3. Left premaxillary/preorbital soft tissue swelling



*E. Brewer*
**Ted Brewer, M.D**
03/17/2012 6.32 AM Central
Turnaround:32m

Confidential Information: This transmission contains information that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reference of the contents of this information is strictly prohibited. Regarding this, please contact us by phone immediately so that we may arrange for the proper delivery of this information. Night:Rays  PA

Facility: Delta Regional

Patient Name: PRINCE JR, MICHAEL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000145678

* Auth (Verified) *

Page 1 of 1



**RADIOLOGY REPORT**

866.915.6900
www.rays.net

**DELTA REGIONAL MEDICAL CENTER**

1400 East Union St
P.O. Box 5247
Greenville, Miss 38704

| Patient | MRN | DOB | Hospital Code | Accession No. |
|---|---|---|---|---|
| PRINCE MICHEAL JR | 188454 | 5/12/1990 | 1132 | 01-CT-12-03106 |

Ref Physician THOMAS LESIA       Study: CT FACE -        Study Date: 03/17/2012 05:39

Tech Notes:
ASSAULT\FACIAL WO ~ THOMAS LESIA ~
Tech Findings:

---

**\*\*\* PRELIMINARY REPORT \*\*\***

**HISTORY:**
21M. Assault.
CT the facial bones without contrast, no comparison.

**FINDINGS:**
Mild left preorbital and premaxillary soft tissue swelling.
No evidence of acute fracture.
Regions of mild mucosal thickening within the paranasal sinuses with no air-fluid levels.
Temporomandibular alignment maintained.
Unerupted teeth seen within the anterior aspect of the maxilla.
The globes maintain normal contour.
There is mild medial deviation of the left optic nerve in the orbit.
However, there is no evidence of retro-orbital hematoma.

**IMPRESSION:**
1. No acute fracture.
2. Medial deviation of the left optic nerve within the orbit, with no evidence of retro-orbital hematoma. This is of uncertain clinical significance. Correlate with visual acuity and physical examination.
3. Left premaxillary/preorbital soft tissue swelling.

---

Ted Brewer, M.D.
03/17/2012 6:32 AM Central
Turnaround:32m

Confidential information: This transmission contains information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. Regarding this, please contact us by phone immediately so that we may arrange for the proper delivery of this information. NightRays, PA

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678                                          Admitting: Bearry MD,John Houston
DOB/Age/Sex: 05/12/1990  22 years    Male               Admit:      03/17/2012
Location: D1SE                                          Discharge: 03/17/2012

## Measurements

| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Height/Length Estimated | 165.00 | cm | |
| Weight Estimated | 72.730 | kg | |

## Vital Signs

| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Temperature Oral | 36.6 | DegC | [35.8-37.3] |
| Peripheral Pulse Rate | 68 | bpm | [60-100] |
| Respiratory Rate | 18 | br/min | [14-20] |
| Systolic Blood Pressure | 146 H | mmHg | [90-140] |
| Diastolic Blood Pressure | 72 | mmHg | [60-90] |

## Pain

### Pain Assessment

| Recorded Date | 03/17/2012 | | |
| Recorded Time | 04:20 | | |
| Recorded By | Dubose,Myrna | | |
| Procedure | | Units | Reference Range |
| Pain Symptoms Self Report | Yes, able to self report | | |
| Primary Pain Location | Eye | | |
| Numeric Pain Scale | 6 | | |
| Primary Pain Time Pattern | Acute | | |
| Primary Pain Quality | Sharp | | |
| Primary Pain Radiation | No | | |

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000145678
DOB/Age/Sex: 05/12/1990   22 years    Male
Location: D1SE

Admitting: Bearry MD,John Houston
Admit: 03/17/2012
Discharge: 03/17/2012

## *Integumentary*

### *Integumentary Assessment*

| | | |
|---|---|---|
| Recorded Date | 03/17/2012 | |
| Recorded Time | 04:20 | |
| Recorded By | Dubose,Myrna | |
| Procedure | | Units   Reference Range |
| Skin Temperature | Warm | |
| Skin Description | Dry | |

## *Neurological*

### *Neurological Assessment*

| | | |
|---|---|---|
| Recorded Date | 03/17/2012 | |
| Recorded Time | 04:20 | |
| Recorded By | Dubose,Myrna | |
| Procedure | | Units   Reference Range |
| Level of Consciousness | Not sedated | |

## *Psychosocial*

### *Suicide Risk Assessment*

| | | |
|---|---|---|
| Recorded Date | 03/17/2012 | |
| Recorded Time | 04:39 | |
| Recorded By | Miles,April | |
| Procedure | | Units   Reference Range |
| Suicidal Ideation | None | |

### *Psychological Functions*

| | | |
|---|---|---|
| Recorded Date | 03/17/2012 | |
| Recorded Time | 04:20 | |
| Recorded By | Dubose,Myrna | |
| Procedure | | Units   Reference Range |
| Orientation Assessment | Oriented x 4 | |

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

 **Delta Regional**
MEDICAL CENTER

1400 East Union St.
PO Box 5247
Greenville, MS 38704-5247

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN:     000261336
DOB/Age/Sex: 05/12/1990   22 years     Male
Location: D1SE

Admitting:
Admit:      03/25/2013
Discharge: 03/26/2013

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Coding Summary
03/26/2013 00.05
Transcribed

CODING DATE: 03/29/2013          FINAL
Delta Regional Medical Center

ADMIT DX:
784.0    HEADACHE

REASON FOR VISIT DX:
784.0    HEADACHE

FINAL DX:
PRINCIPAL:
784.0    HEADACHE

SECONDARY:
V64.2    SURGICAL OR OTHER PROCEDURE NOT CARRIED OUT BECAUSE OF PATIENT'S
         DECISION

         PYMT
PROC APC  STAT DESCRIPTION          DOCTOR NAME          DATE

NOTE: The code number assigned matches the documented diagnosis and / or
procedure in the patient's chart. However, the narrative phrase printed from
the coding software may appear abbreviated, or result in slightly different
terminology.

Coded By: James, Gladys
Date Saved: 3/29/2013 7:02 AM

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336
DOB/Age/Sex: 05/12/1990  22 years   Male
Location: D1SE

Admitting:
Admit:     03/25/2013
Discharge: 03/26/2013

## Discharge Summaries

Document Type:
Service Date/Time.
Result Status:
Performed Information:
Signed Information:

ED Patient Summary
03/26/2013 00:05
Auth (Verified)
Jones RN,Martha (03/26/2013 00:05 )
Jones RN,Martha (03/26/2013 00:05 )

**ED Patient Summary**

# Delta Regional Medical Center
# Patient Discharge Instructions

**Name:** PRINCE JR, MICHAEL
**Current Date:** 03/26/13 00:05:27
**DOB:** 5/12/1990 12:00 AM          **MRN:** M18-84-54          **FIN:** 000261336

**Patient Address:** 590 HAMEL ST GREENVILLE MS 387032831
**Patient Phone:** (662) 820-9784

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Discharge Diagnosis:**

Delta Regional Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Comment:**

PRINCE JR, MICHAEL has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions**

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab
Report Request ID:  5227071          Page 2 of 17          Print Date/Time:  04/16/2013 08:22

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54                              Admitting:
FIN:    000261336                              Admit:     03/25/2013
DOB/Age/Sex: 05/12/1990  22 years    Male     Discharge:  03/26/2013
Location: D1SE

*Discharge Summaries*

## Prescriptions

### New Medications

None

### Medications to Continue Taking That Have Changed

None

### Medications to Continue with No Changes

**carbamazepine (Tegretol)** . 4 times a day, Refills: 0

**phenobarbital** , Refills: 0

**phenobarbital** , Refills: 0

### No Longer Take the Following Medications

None

### Contact Your Physician Prior to Taking the Following Medications

None

I, PRINCE JR, MICHAEL, have received the attached patient education materials/instructions and have verbalized understanding:

_____        _____        _____        _____
Patient Signature              Date             Provider Signature            Date

**Patient education materials, if any, will display below**

**Prescription leaflets, if any, will display below**

Delta Regional Medical Center

Patient:  PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:       000261336                                    Admitting:
DOB/Age/Sex: 05/12/1990   22 years      Male         Admit:      03/25/2013
Location:  D1SE                                         Discharge: 03/26/2013

*Discharge Summaries*

Document Type:                              ED Clinical Summary
Service Date/Time:                          03/26/2013 00.05
Result Status:                              Auth (Verified)
Performed Information:                       Jones RN,Martha (03/26/2013 00:05 )
Signed Information:                          Jones RN,Martha (03/26/2013 00:05 )

**ED Clinical Summary**

# Delta Regional Hospital
# Clinical ED Discharge Instructions

## PERSON INFORMATION
**Name: PRINCE JR, MICHAEL**
**MRN: M18-84-54        FIN#:000261336**

## PHYSICIANS
**Admitting Physician:**
**Attending Physician:** ONeal MD, Ellis Hilton
**PCP:**

**Discharge Diagnosis:**

**Comment:**
**PATIENT EDUCATION INFORMATION**
**Instructions:**

**Medication Leaflets:**

**Follow up:**

## MEDICATION LIST
   **carbamazepine (Tegretol)** , 4 times a day, Refills: 0

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab
Report Request ID:  5227071              Page 4 of 17              Print Date/Time:  04/16/2013 08:22

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336
DOB/Age/Sex: 05/12/1990  22 years  Male
Location: D1SE

Admitting:
Admit: 03/25/2013
Discharge: 03/26/2013

*Discharge Summaries*

**phenobarbital**, Refills: 0

**phenobarbital**, Refills: 0

## DISCHARGE INFORMATION
## Discharge Disposition:
Elopement

**Comment:**

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54
FIN:    000261336                                Admitting:
DOB/Age/Sex: 05/12/1990   22 years    Male       Admit:     03/25/2013
Location: D1SE                                   Discharge: 03/26/2013

DOCUMENT NAME:                                   Triage Note
SERVICE DATE/TIME:                               03/25/2013 23:24
RESULT STATUS:                                   Auth (Verified)
PERFORM INFORMATION:                             Jones RN,Martha (03/25/2013 23:24 )
SIGN INFORMATION:                                Jones RN,Martha (03/25/2013 23:24 )

### ED Triage Adult Entered On: 03/25/13 23:27 CDT
### Performed On: 03/25/13 23:24 CDT by Jones RN, Martha

**Triage**
*Chief Complaint/*
*Mechanism of Injury* :  pt states h/a for 2-3 days, not relieved with advil
*Reason Unable to Obtain Current Visit Information* :  None
*Mode of Arrival* :  Walking
*Pain Symptoms* .  Yes, able to self report
*Vital Signs* :  Yes
*ED Condensed*
*Treatment & Assessment* :  Yes

Jones RN, Martha - 03/25/13 23:24 CDT

Diagnoses(Active)
Headache                       *Date:*  03/25/2013 ; *Diagnosis Type:*  Reason For Visit ;
                               *Confirmation:*  Probable ; *Clinical Dx:*  Headache ;
                               *Classification*  Medical ; *Clinical Service:*  Non-Specified ;
                               *Code:*  PNED ; *Probability:*  0 ; *Diagnosis Code:*
                               06FF0E4F-06F3-468C-AF7B-93D8ED1F1B26

**ESI**
*Is This*
*Patient Dying?* :  No
*Is This a Patient Who Shouldn't Wait?* :  No
*How Many Resources Will This Patient Need?* :  Many
*Recommended ESI Level* :  3

Jones RN, Martha - 03/25/13 23:24 CDT

DCP GENERIC CODE
*Tracking Acuity* :  3
*Tracking Group* :  DLTA ED

Jones RN, Martha - 03/25/13 23:24 CDT

**Allergies/Home Meds**
*ED Hx and Allergies* :  Yes

Jones RN, Martha - 03/25/13 23:24 CDT

Allergies (Active)
No Known Allergies             *Estimated Onset Date:*  Unspecified ; *Created By:*  Dubose
                               RN, Myrna; *Reaction Status:*  Active ; *Category:*  Drug ;
                               *Substance:*  No Known Allergies ; *Type:*  Allergy ; *Updated By:*
                               Dubose RN, Myrna; *Reviewed Date:*  03/17/12 5:00 CDT

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54                                         Admitting:
FIN:    000261336                                         Admit:    03/25/2013
DOB/Age/Sex: 05/12/1990   22 years      Male             Discharge: 03/26/2013
Location: D1SE

Medication List

**Medical History, Problems, Diagnoses**
Diagnoses(Active)
Headache                          *Date:* 03/25/2013 ; *Diagnosis Type:* Reason For Visit ;
                                  *Confirmation:* Probable ; *Clinical Dx:* Headache ;
                                  *Classification:* Medical ; *Clinical Service:* Non-Specified ;
                                  *Code:* PNED ; *Probability:* 0 ; *Diagnosis Code:*
                                  06FF0E4F-06F3-468C-AF7B-93D8ED1F1B26

**Primary Pain ED**
*Primary Pain Location :* Head
*Numeric Rating Scale :* Yes
*ED Patient No Pain :* No
*Numeric Rating :* 8
*Time Pattern :* Intermittent
*Onset :* Sudden
*Pain Duration :* 2-3
*Quality :* Aching
*Pain Radiates :* No
*Aggravating Factors :* None
*Associated Symptoms :* None

*Jones RN, Martha - 03/25/13 23:24 CDT*

**Vitals/Ht/Wt**
*Temperature Source :* Oral
*Temperature :* 36.6DegC
*Apical Heart*
*Rate :* 84bpm
*Respiratory Rate :* 18br/min
*Systolic/*
*Diastolic BP :* 134mmHg
*Systolic/*
*Diastolic BP :* 71mmHg
*SpO2 :* 100%

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54
FIN:     000261336
DOB/Age/Sex: 05/12/1990   22 years     Male
Location: D1SE

Admitting:
Admit:     03/25/2013
Discharge: 03/26/2013

*Height/Length Estimated* : 167.64cm(Converted to: 5ft 6in, 5.50ft, 66.00in)
*Weight Estimated* :  81.820kg(Converted to: 180lb 6oz, 180.382lb)

Jones RN, Martha - 03/25/13 23:24 CDT

**Assess/Tx**
*Level of Consciousness* :  Calm and cooperative
*Orientation* :  Oriented x 4
*Affect/Behavior* :  Appropriate, Calm, Cooperative
*OB Skin Color* :  Pink
*Skin Description* :  Dry
*Skin Temperature* :  Warm
*Pre-Arrival Treatments* :  None

Jones RN, Martha - 03/25/13 23:24 CDT

**Procedure History**

Procedure History

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

ED Note-Nursing
03/25/2013 23:28
Auth (Verified)
Jones RN,Martha (03/25/2013 23:28 )
Jones RN,Martha (03/25/2013 23:28 )

**ED Assessment Adult Entered On: 03/25/13 23:28 CDT**
**Performed On: 03/25/13 23:28 CDT by Jones RN, Martha**

**ID Screen**
TB Symptoms Grid
*Bloody Sputum* :  No
*Fatigue* :  No
*Fever* :  No
*Loss of Appetite* .  No
*Night Sweats* :  No
*Persistent Cough Greater Than 3 Weeks* :  No
*Weight Loss* :  No

Jones RN, Martha - 03/25/13 23:28 CDT

*Alcohol and Drug Use* :  No
*Resident of Institutional Living Environment* :  No
*Employee of Institutional Living Environment* :  No
*Health Care Employee* .  No
*History of Exposure to TB* :  No
*History of Positive Chest X-Ray for TB* :  No
*History of Positive TB Skin Test* :  No
*Homeless* :  No
*Known Immunosuppression* :  No

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:   M18-84-54
FIN:   000261336
DOB/Age/Sex: 05/12/1990   22 years   Male
Location: D1SE

Admitting:
Admit:    03/25/2013
Discharge: 03/26/2013

*Recent Immigrant :*  No

Jones RN, Martha - 03/25/13 23:28 CDT

<u>Syndrome Surveillance Symptoms Grid</u>
*Headache :*  Yes
*Illness With Generalized Rash :*  No
*Muscle Pain :*  No
*New or Worsening Cough :*  No
*Shortness of Breath :*  No
*Recent Exposure to Communicable Disease :*  No

Jones RN, Martha - 03/25/13 23:28 CDT

**Glasgow Coma**
*Eye Opening :*  Spontaneously
*Best Verbal Response :*  Oriented
*Best Motor Response :*  Obeys simple commands
*Glasgow Coma Score :*  15

Jones RN, Martha - 03/25/13 23:28 CDT

**Past Medical History, Problems, Diagnoses**
<u>Diagnoses(Active)</u>
Headache

*Date:*  03/25/2013 , *Diagnosis Type:*  Reason For Visit ;
*Confirmation:*  Probable ; *Clinical Dx:*  Headache ;
*Classification:*  Medical ; *Clinical Service:*  Non-Specified ,
*Code:*  PNED ; *Probability:*  0 ; *Diagnosis Code:*
06FF0E4F-06F3-468C-AF7B-93D8ED1F1B26

**Procedure History**

<u>Procedure History</u>

**Social History**
*Patient Smoking History :*  Current everyday smoker
*Did the Patient Smoke Cigarettes Anytime During the Past 12 Months Prior to Hospital Arrival? :*  Yes

Jones RN, Martha - 03/25/13 23:28 CDT

<u>Social History</u>
Alcohol:

High Risk
(Last Updated. 03/17/12 04:40:38 by Miles RN, April )

Tobacco:

High Risk
(Last Updated. 03/17/12 04:40:45 by Miles RN, April )

Substance Abuse:

Denies Substance Abuse
(Last Updated: 03/17/12 04:41:14 by Miles RN, April )

**ED Trauma Registry**

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:  M18-84-54
FIN:  000261336                                      Admitting:
DOB/Age/Sex: 05/12/1990  22 years      Male          Admit:     03/25/2013
Location: D1SE                                       Discharge: 03/26/2013

*Trauma Activation :*  No

                                                     Jones RN, Martha - 03/25/13 23:28 CDT

**General**
*Immunizations Current :*  Yes
*Influenza Vaccine Status :*  Refused
*Pneumococcal Vaccine Status :*  Refused
*Infectious Diseases :*  None
*Languages :*  English
*Domestic Concerns :*  None
*Suicidal Ideation :*  None

                                                     Jones RN, Martha - 03/25/13 23:28 CDT

DOCUMENT NAME:                          ED Patient Education Note
SERVICE DATE/TIME:                      03/26/2013 00:05
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION.                    Jones RN,Martha (03/26/2013 00:05 )
SIGN INFORMATION:                       Jones RN,Martha (03/26/2013 00:05 )

**ED Patient Education Note**

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54                              Admitting:
FIN: 000261336                             Admit: 03/25/2013
DOB/Age/Sex: 05/12/1990  22 years   Male   Discharge: 03/26/2013
Location: D1SE

*Progress Notes*

Document Type:                             Progress Note - Nursing
Service Date/Time:                         03/26/2013 00:04
Result Status:                             Auth (Verified)
Performed Information.                      Jones RN,Martha (03/26/2013 00:04 )
Signed Information:                         Jones RN,Martha (03/26/2013 00:04 )

left prior to being seen by  md

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:    M18-84-54
FIN:    000261336
DOB/Age/Sex: 05/12/1990   22 years     Male
Location:  D1SE

Admitting:
Admit:      03/25/2013
Discharge:  03/26/2013

## *Allergies*

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Reviewed Date/Time |
|---|---|---|---|---|
| No Known Allergies | Allergy | Active | | 03/17/2012 05:00 |

## *Social History*

**Alcohol (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

**Substance Abuse (Denies Substance Abuse** - Last Update: 03/17/2012 04:41 by Miles,April)

**Tobacco (High Risk** - Last Update: 03/17/2012 04:40 by Miles,April)

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN:     M18-84-54                                    Admitting:
FIN:      000261336                                   Admit:      03/25/2013
DOB/Age/Sex: 05/12/1990   22 years    Male            Discharge:  03/26/2013
Location: D1SE

*Admission*

Patient Name: PRINCE JR, MICHEAL
Date of Birth: 05/12/1990

MRN: M18-84-54
FIN: 000261336

**\* Auth (Verified) \***

## Delta Regional Medical Center

1400 E Union St
GREENVILLE, MS  387045247

(662) 378–3783

### Patient Information

Patient Name:   PRINCE JR, MICHEAL
Home Address:   590 HAMEL ST
                GREENVILLE, MS  38703283
Home Phone:     (662) 820–9784
Employer Name: Not Employed
Employer Phone:

Sex:      Male
DOB:      05/12/1990
Age:      22 Years
Religion: Baptist
SSN:      426696731

### Guarantor Information

Guarantor Name:  PRINCE JR, MICHEAL
Patient's Reltn:  SELF
Billing Address:  590 HAMEL ST
                  GREENVILLE, MS  387032831
Billing Phone: (662) 820–9784
Employer Name: Not Employed
Employer Phone:

Sex:      Male
DOB:      05/12/1990
Age:      22 Years
Religion: Baptist
SSN:      426696731

### Contact Information

*Emergency Contact*
Contact Name:   PRINCE, DORA
Patient's Reltn:  Other Relationship
Sex:
Home Phone: (662) 820–9784

*Next of Kin*
Contact Name:
Patient's Reltn:
Sex:
Home Phone:

### Primary Insurance

Subscriber Name: PRINCE JR, MICHEAL
Patient's Reltn: SELF
Sex:   Male
DOB:   05/12/1990
Age:   22 Years
Employer Name:  Not Employed
Employer Phone:
Financial Class: Self Pay

Insurance Name: Self Pay
Claim Address:

Insurance Phone:
Policy Number:
Group Number:
Authorization Number:
Authorization Phone:
Authorization Contact:

### Secondary Insurance

Subscriber Name:
Patient's Reltn:
Sex:
DOB:
Age:     0 Days
Employer Name:
Employer Phone:
Financial Class:

Insurance Name:
Claim Address:

Insurance Phone:
Policy Number:
Group Number:
Authorization Number:
Authorization Phone:
Authorization Contact:

### Encounter Information

Reg Dt/Tm:        03/25/2013 23:16
Est Dt of Arrival:
Inpt Adm Dt/Tm:
Disch Dt/Tm:
Observation Dt/Tm:
VIP Indicator:
Admit Reason: Headache

Patient Type: Emergency
Medical Service: Emergency Room
Location: D1SE
Room/Bed:  /
Isolation:
Disease Alert:

Admit Type: Emergency
Admit Source: Non–HealthCare Poi
Advance Directive: No, info not provi
Reg Clerk: Slack, Shirley
Admit Physician:
Attend Physician: ONeal MD, Ellis Hil
PCP:

## PRINCE JR, MICHEAL
**MRN: M18–84–54**

## Male / 22 Years
**FIN: 000261336**

Printed By: Slack, Shirley on 03/25/2013 23:35  to printer  dpemrg01
Registration last updated by: Slack, Shirley on  03/25/2013 23:35

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336
DOB/Age/Sex: 05/12/1990   22 years     Male
Location: D1SE

Admitting:
Admit:          03/25/2013
Discharge:   03/26/2013

## Measurements

Recorded Date     03/25/2013
Recorded Time        23:24
Recorded By     Jones RN, Martha

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Height/Length Estimated | 167.64 | cm | |
| Weight Estimated | 81.820 | kg | |

## Vital Signs

Recorded Date     03/25/2013
Recorded Time        23:24
Recorded By     Jones RN, Martha

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Temperature Oral | 36.6 | DegC | [35.8-37.3] |
| Apical Heart Rate | 84 | bpm | [60-100] |
| Respiratory Rate | 18 | br/min | [14-20] |
| Systolic Blood Pressure | 134 | mmHg | [90-140] |
| Diastolic Blood Pressure | 71 | mmHg | [60-90] |

## Pain

### Pain Assessment

Recorded Date     03/25/2013
Recorded Time        23:24
Recorded By     Jones RN, Martha

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Pain Symptoms Self Report | Yes, able to self report | | |
| Primary Pain Location | Head | | |
| Numeric Pain Scale | 8 | | |
| Primary Pain Time Pattern | Intermittent | | |
| Primary Pain Onset | Sudden | | |
| Primary Pain Duration | 2-3 | | |
| Primary Pain Quality | Aching | | |
| Primary Pain Radiation | No | | |
| Primary Pain Aggravating Factors | None | | |
| Pain Associated Symptoms | None | | |

---

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54
FIN: 000261336
DOB/Age/Sex: 05/12/1990    22 years      Male
Location: D1SE

Admitting:
Admit:      03/25/2013
Discharge: 03/26/2013

## *Respiratory*

### *Oxygen Therapy & Oxygenation Information*

Recorded Date      03/25/2013
Recorded Time         23:24
Recorded By    Jones RN,Martha

| Procedure | | Units | Reference Range |
|---|---|---|---|
| SpO2 | 100 | % | |

## *Integumentary*

### *Integumentary Assessment*

Recorded Date      03/25/2013
Recorded Time         23:24
Recorded By    Jones RN,Martha

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Skin Temperature | Warm | | |
| Skin Description | Dry | | |

## *Neurological*

### *Neurological Assessment*

Recorded Date      03/25/2013
Recorded Time         23:24
Recorded By    Jones RN,Martha

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Level of Consciousness | Calm and cooperative | | |

### *Coma Assessment*

Recorded Date      03/25/2013
Recorded Time         23:28
Recorded By    Jones RN,Martha

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Eye Opening Response Glasgow | Spontaneously | | |
| Best Motor Response Glasgow | Obeys simple commands | | |
| Best Verbal Response Glasgow | Oriented | | |
| Glasgow Coma Score | 15 | | |

LEGEND: a-Abnormal, C-Critical, L-Low, H-High, #-Corrected, R-Result Comment, ^-Interp Data, @-Reference Lab

Delta Regional Medical Center

Patient: PRINCE JR, MICHAEL
MRN: M18-84-54                                        Admitting:
FIN: 000261336                                       Admit: 03/25/2013
DOB/Age/Sex: 05/12/1990   22 years   Male            Discharge: 03/26/2013
Location: D1SE

## *Psychosocial*

### *Suicide Risk Assessment*

Recorded Date      03/25/2013
Recorded Time        23:28
Recorded By   Jones RN,Martha
Procedure                          Units   Reference Range
Suicidal Ideation           None

### *Psychological Functions*

Recorded Date              03/25/2013
Recorded Time                23:24
Recorded By            Jones RN,Martha
Procedure                                  Units   Reference Range
Affect/Behavior          Appropriate, Calm, Cooperative
Orientation Assessment           Oriented x 4

---

| DATE | 04/16/2013 | DELTA REGIONAL MEDICAL CTR | | | | PATIENT CONTROL NUMBER | |
|------|-----------|----------------------------|--|--|--|------------------------|--|
| TIME | 08:50:37 AM | 1400 E UNION ST | | | | 1060291 | |
| | | GREENVILLE   MS 387033246 | | | | | |

PATIENT NAME

PRINCE JR, MICHEAL

MEDICAL RECORD NUMBER

188454

INSURANCE BENEFITS
ASSIGNED TO DELTA
REGIONAL MEDICAL CENTER

| BEGINNING DATE OF SERVICE | ENDING DATE OF SERVICE |
|---------------------------|------------------------|
| 031712 | 031712 |

| REV CODE | PROCEDURE DESCRIPTION | HCPCS/ RATES | DATE | UNITS | CHARGE AMOUNT | NC CHARGE AMOUNT |
|----------|----------------------|--------------|--------|-------|---------------|------------------|
| 0320 | XR HAND COMPLETE LEFT | 73130LT | 031712 | 1 | 126.00 | |
| 0350 | CT MAXILLOFACIAL W/O CON | 70486 | 031712 | 1 | 745.00 | |
| 0450 | 99284 - LEVEL 4 | 99284 | 031712 | 1 | 795.00 | |
| 0001 | PAGE   1 OF   1 | | | 3 | 1666.00 | |
| 0001 | TOTAL | | | 3 | 1666.00 | |

## MEDICAL RECORD AUTHORIZATION

**Patient Name:** Michael Prince, Jr.
**Date of Birth:** 5/12/90
**Social Security Number:** XXX-XX-6731

1. I authorize (name of health care provider) _University of MS Medical Center_ to disclose my health information specific to the following date or time period: through the present date.

2. Individual or entity authorized to receive my health information:

   Derek L. Hall
   DEREK L. HALL, PLLC
   1764 Lelia Drive
   Jackson, Mississippi 39216
   Tel. (601)981-4450
   Fax. (601)981-4717

3. Purpose for which disclosure is to be made: Litigation

4. Information to be disclosed: **(check all that apply)***

   ☒ Please send the entire medical record (all information) to the above named recipient.

   ☐ Discharge Summary    ☐ History & Physical Exam    ☐ Operative Report
   ☐ Emergency Room Report    ☐ Laboratory Report    ☐ Radiology Report
   ☐ Pathology Report    ☐ Consultation(s)    ☐ EKG
   ☐ Transcribed Hospital Reports    ☐ Clinician Office Chart Notes    ☐ Billing Statements

   ☐ Other: _____

   *I understand that this will include health information relating to (check **only** if applicable):

   ☐ HIV (human Immunodeficiency Virus) Infection    ☐ Mental Health
   ☐ Treatment for alcohol and/or drug abuse    ☐ Genetic Testing

5. I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or a health plan covered by federal privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

6. I understand that I may inspect or request copies of any information disclosed by this authorization. It is my understanding that this authorization will expire in 90 days from the date signed below unless revoked earlier.

7. I understand that I may revoke this authorization by notifying, in writing, the Medical Records Department, or similar Records Custodian, knowing that previously disclosed information would not be subject to my revoke request.

8. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

_Michael Prince Jr._
Signature of Patient or Patient's Legal Representative Date     _____

_Michael Prince Jr._
Print Name of Patient or Legal Representative     _____
Legal Representative's Relationship to Patient