**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

MICHAEL PRINCE, JR.                                                    PLAINTIFF


VS.                                                                    CASE NO. 4:13CV165


WASHINGTON COUNTY, MS, ET AL                                           DEFENDANTS


**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled, or is in

the process of being settled.  Therefore, it is not necessary that the action remain upon

the calendar of the court.

**IT IS FURTHER ORDERED** that this action be dismissed without prejudice.  The

court retains complete jurisdiction to vacate this order and to reopen the action upon

cause shown that settlement has not been completed and further litigation is necessary.

This the 9th day of September, 2014.


                                        /S/ Sharion Aycock
                                    Sharion Aycock
                                    Chief Judge
                                    United States District Court
                                    Northern District of Mississippi